CENTRAL DISTRICT OF ILLINOIS

# AMENDED JUDGMENT IN A CIVIL CASE

**PFT ROBERSON,**
　　　　　　**Plaintiff,**

　　　　vs.                                                                                           Case Number:    **02-2096**

**VOLVO TRUCKS NOTH AMERICA, INC.,**
**AND VOLVO TRANSPORTATION SERVICES,**
**NORTH AMERICA, INC.,**
　　　　　　**Defendants.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

　　**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiff, PFT Roberson, Inc., on Roberson's breach of contract claim against defendant Volvo Trucks.

　　**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiff, PFT Roberson, Inc., on Roberson's breach of contract claim against Volvo Services.

　　Damages for the plaintiff are awarded as follows:

| | |
|---|---|
| Increased new truck cost: | $2,473,887.00 |
| Reduced trade-in value: | $   273,925.00 |
| Increased trailer maintenance costs: | $2,629,226.00 |
| Increased truck maintenance costs: | $( 297,192.00) |
| Total Award: | $5,079,846.00 |

　　**IT IS FURTHER ORDERED AND ADJUDGED**  that judgment is entered in favor of Volvo Services

on Volvo Services' breach of contract claim against Roberson. Damages for contractual value of maintenance services are awarded in the amount of $79,808.70.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of defendants and against the plaintiff on plaintiff's claims under the Illinois Consumer Fraud and Deceptive Trade Practices Act.

ENTER this 23rd day of July, 2004.

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Talbott
BY: DEPUTY CLERK