Additional Counsel of Record	02-2096 PFT Roberson Inc. v. Volvo Trucks North America Inc et al

| PLAINTIFF'S COUNSEL | DEFENDANTS COUNSEL |
|---|---|
| Joseph G Fisher<br>MCDERMOTT WILL & EMERY<br>31st Floor<br>227 W Monroe<br>Chicago, IL 60606-5096<br>(312) 372-2000 | Christopher M.. Kanis<br>THOMAS MAMER & HAUGHEY<br>P. O. Box 560<br>Champaign, IL 61824-0560<br>(217) 351-1500 |
| Robert S O'Meara<br>MCDERMOTT WILL & EMERY<br>31st Floor<br>227 W Monroe<br>Chicago, IL 60606-5096<br>(312) 372-2000 | Robert K. Villa<br>DYKEMA GOSSETT ROOKS PITTS PLLC<br>10 S Wacker Dr., Suite 2300<br>Chicago, IL 60606<br>(312) 876-1700 |
| Steven H Hoeft<br>MCDERMOTT WILL & EMERY<br>31st Floor<br>227 W Monroe<br>Chicago, IL 60606-5096<br>(312) 372-2000 | Wayne F. Plaza<br>DYKEMA GOSSETT ROOKS PITTS PLLC<br>10 S Wacker Dr, Suite 2300<br>Chicago, IL 60606<br>(312) 876-1700 |
| | William J. Brinkmann<br>THOMAS MAMER & HAUGHEY<br>P. O. Box 560<br>Champaign, IL 61824-0560<br>(217) 351-1500 |