*SEVENTH CIRCUIT APPEAL INFORMATION SHEET*

**FILED**
Friday, 13 August, 2004  08:25:04 AM
Clerk, U.S. District Court, ILCD

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CENTRAL DISTRICT OF IL                 Docket No.: 02-2096

Division: URBANA, IL

**Plaintiff (Petitioner)Short CaptionDefendant (Respondent)**

PFT ROBERSON INC.                    v.    VOLVO TRUCKS NORTH AMERICA INC. ET AL

-------------------------------------------------------------------------------------------------------------------

**Current Counsel for Plaintiff (Petitioner):        Current Counsel for Defendant (Respondent):**

(Use separate sheet for additional counsel)

Name: Jeffrey W. Tock                    Name: Charles A. LeMoine

Firm: HARRINGTON TOCK & ROYSE            Firm: DYKEMA GOSSETT ROOKS PITTS PLLC

Address: 201 W Springfield Ave, Suite 601    Address: 10 S Wacker Dr., Suite 2300

P. O. Box 1550, Champaign, IL 61824-1550    Chicago, IL 60606

Phone: (217) 352-4167                    Phone: (312) 876-1700

-------------------------------------------------------------------------------------------------------------------

Judge: Michael P. McCuskey                Nature of Suit Code:  190

Court Reporter: Lisa Cosimini            Date Filed in District Court:  04/24/02

                                         Date of Judgment: 12/16/03 and 07/23/04

                                         Date of Notice of Appeal: 08/12/04

Counsel:  ___Appointed        ___Retained    ___Pro Se

Fee Status:    ___Paid        ___Due        ___IFP        ___IFP Pending        ___U.S.        ___Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office:        ___Yes        ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE**

**U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**