# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL

Docket No.: 02-2096

Division: Urbana

### Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)

PFT Roberson, Inc.          v.              Volvo Trucks North America, et al.

---

**Current Counsel for Plaintiff (Petitioner):**     **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Steven H. Hoeft, Robert S. O'Meara, Joseph G. Fisher | Name: Charles A. LeMoine, Robert K. Villa, Wayne F. Plaza |
| Firm: McDermott Will & Emery | Firm: Dykema Gossett Rooks Pitts PLLC |
| Address: 227 W Monroe Fl 31 | Address: 10 S Wacker Dr |
| Chicago, IL 60606 | Chicago, IL 60606 |
| Phone: 312-372-2000 | Phone: 312-876-1700 |

---

Judge: Michael P. McCuskey

Court Reporter:

Nature of Suit Code:   190

Date Filed in District Court:  4/24/02

Date of Judgment: 7/23/04

Date of Notice of Appeal: 8/26/04

Counsel:   ___Appointed       __X_Retained   ___Pro Se

Fee Status:    ___Paid      __X_Due        ___IFP        ___IFP Pending        ___U.S.        ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:        ___Yes        _X__No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

Attorneys for Plaintiff:

Jeffrey W. Tock

Harrington Tock & Royse

201 W Springfield Ave Ste 601

Champaign, IL  62824

Telephone 217-352-4167


Attorneys for Defendants:

Christopher M. Kanis

William J. Brinkmann

Thomas Mamer & Haughey

PO Box 560

Champaign, IL 61824

Telephone 217-351-1500