


E-FILED
Friday, 03 September, 2004  04:26:48 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

Gino Agnello
Clerk, U. S. Court of Appeals
Room 2722
219 S. Dearborn St.
Chicago, IL 60604

RE: Filing Fee Paid for PFT Roberson, Inc. v. Volvo, et al.
CASE NO. IN U. S. D. C.  02-2096
CASE NO. IN U. S. C. A.  04-3232

Dear Mr. Agnello:

The filing fee of $255.00 for the notice of appeal filed on August 26, 2004, has been paid to the Clerk, U. S. District Court on September 3, 2004.

Very truly yours,

S/ John M. Waters

JOHN M. WATERS, CLERK
U. S. DISTRICT COURT

JMW/