**E-FILED**
Wednesday, 15 September, 2004  04:42:59 PM
Clerk, U.S. District Court, ILCD

**McDermott, Will & Emery**

**Invoice**

7 Bishopsgate
London EC2N 3AR
020-7577-6900

Roberson Transportation
c/o Roger Roberson
1100 South Roberson Drive
Mahomet, IL  61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1213376 |
| Invoice Date: | 12/01/2002 |

---

## Remittance Copy
### Billing for services rendered through  11/30/2002

---

0013 Volvo Contract

Total Services — $ 12,113.75

Total Costs and Other Charges Posted Through Billing Period — 754.76

**Total This Invoice** — **$ 12,868.51**

McDermott, Will & Emery is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott, Will & Emery (Concentration Account)
Harris Trust & Savings Bank
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C.  20005-3096

VAT #: GB 726 2264 44
Terms: Payable Upon Receipt

BOSTON •CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

McDermott, Will & Emery

**Invoice**

7 Bishopsgate
London EC2N 3AR
020-7577-6900

Roberson Transportation
c/o Roger Roberson
1100 South Roberson Drive
Mahomet, IL  61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1213376 |
| Invoice Date: | 12/01/2002 |

## Client Copy
**Billing for services rendered through  11/30/2002**

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 12,113.75 |
| Total Costs and Other Charges Posted Through Billing Period | 754.76 |
| **Total This Invoice** | **$ 12,868.51** |

McDermott, Will & Emery is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott, Will & Emery (Concentration Account)
Harris Trust & Savings Bank
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C.  20005-3096

VAT #: GB 726 2264 44
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

## McDermott, Will & Emery

7 Bishopsgate
London EC2N 3AR
020-7577-6900

Invoice: 1213376

12/01/2002

Client: 059848

Roberson Transportation
c/o Roger Roberson
1100 South Roberson Drive
Mahomet, IL 61853

For Services Rendered in Connection With:

Matter: 0013          Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/01/02 | R. O'Meara | 0.50 | Review protective order proposed by Volvo. |
| 11/01/02 | M. Katz | 3.00 | Organization of documents in chronological order in preparation for off site storage. |
| 11/04/02 | S. Hoeft, P.C. | 0.25 | Review proposed protective order and office conference with R. O'Meara regarding changes. |
| 11/04/02 | R. O'Meara | 1.00 | Edit and revise protective order; confer with S. Hoeft re: same; correspondence to W. Plaza enclosing same. |
| 11/05/02 | S. Hoeft, P.C. | 4.75 | Telephone conference with C. Hanlin and letter to Volvo regarding maintenance records; draft responses to Volvo's document requests; study Volvo discovery responses and draft letter to Volvo attorney regarding deficiencies. |
| 11/05/02 | R. O'Meara | 1.00 | Multiple conferences with W. Plaza regarding revisions to Protective Order; revise same. |
| 11/06/02 | S. Hoeft, P.C. | 1.00 | Draft responses to Volvo Truck and Volvo Transportation Service interrogatories; telephone conference with C. Hanlin regarding maintenance records. |
| 11/06/02 | R. O'Meara | 1.25 | Edit and revise protective order; Confer with W. Plaza re: same; Confer with J. Tock re: same; Confer with S. Hoeft re: same. |
| 11/07/02 | R. O'Meara | 0.50 | Finalize protective order; Confer with S. Hoeft re: same. |
| 11/08/02 | S. Hoeft, P.C. | 0.50 | Revise letter to Volvo attorney regarding Volvo discovery responses. |
| 11/08/02 | R. O'Meara | 0.25 | Review message from J. Tock re: protective order; message to S. Hoeft re: same. |
| 11/11/02 | S. Hoeft, P.C. | 0.75 | Review response to Volvo discovery requests. |
| 11/11/02 | R. O'Meara | 0.25 | Confer with S. Hoeft re: 30(b)(6) deposition scheduling. |
| 11/12/02 | S. Hoeft, P.C. | 0.50 | Read order regarding removal petition and letter to G. |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

1

# McDermott, Will & Emery

Roberson Transportation

Client:   059848
Invoice:   1213376
Invoice Date:   12/01/2002

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | Wittenbrink regarding same; telephone conference with G. Wittenbrink regarding discovery responses. |
| 11/13/02 | S. Hoeft, P.C. | 0.25 | Telephone conference with C. Wittenbrink regarding discovery and Volvo lease. |
| 11/13/02 | R. O'Meara | 0.25 | Confer with S. Hoeft re extension for discovery responses; telephone call to opposing counsel re: same; review discovery responses and correspondence to client. |
| 11/14/02 | S. Hoeft, P.C. | 1.00 | Telephone conference with C. Hanlin; revise letter to Volvo regarding lease; draft letter to G. Wittenbrink regarding Volvo lease. |
| 11/14/02 | R. O'Meara | 1.00 | Review order of court remanded the case to state court; telephone conference with counsel for Volvo re: extension of time for discovery responses; note to S. Hoeft re: same. |
| 11/15/02 | S. Hoeft, P.C. | 0.25 | Telephone conference with G. Wittenbrink regarding Volvo lease. |
| 11/18/02 | S. Hoeft, P.C. | 0.25 | Revise letter to G. Wittenbrink and letter to Volvo regarding lease. |
| 11/19/02 | S. Hoeft, P.C. | 0.50 | Revise letter to G.W. and to Volvo regarding lease and residual values. |
| 11/20/02 | S. Hoeft, P.C. | 0.25 | Exchange e-mails with G. Wittenbrink and office conference with B. O'Meara regarding protective order. |
| 11/20/02 | R. O'Meara | 0.50 | Confer with S. Hoeft re: status of protective order; review notice of removal filed by Volvo and correspondence relating to same. |
| 11/21/02 | R. O'Meara | 2.00 | Confer with S. Hoeft re: protective order; multiple conferences with W. Plaza re: form and filing of protective order; finalize protective and arrange for filing; confer with J. Tock re: same; note to W. Plaza re: same. |
| 11/25/02 | S. Hoeft, P.C. | 5.75 | Office conference with G. Wittenbrink and C. Hanlin regarding discovery responses; revise response to document requests and interrogatories; exchange e-mails with G. Wittenbrink regarding letter regarding lease; telephone conference with Volvo lawyer regarding Rule 12(d) conference; review Volvo documents regarding settlement and discovery. |
| 11/25/02 | S. Fitzhenry | 0.50 | Attention to S. Hoeft request for production materials to be directed to client. |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

2

# McDermott, Will & Emery

Roberson Transportation

Client:  059848
Invoice:  1213376
Invoice Date:  12/01/2002

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/26/02 | S. Hoeft, P.C. | 2.75 | Review Volvo documents; telephone conference with G. Wittenbrink regarding document review; review and revise responses to document requests and interrogatories. |

| | **Total Hours** | **30.75** | **Total For Services** | **$12,113.75** |
|--|--|--|--|--|

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Facsimile | 15.00 |
| Messenger/Courier | 15.75 |
| Miscellaneous Disbursements including: PAYEE: Document Technologies, Inc.; REQUEST#: 550029; DATE: 11/4/2002 - Copies | 696.36 |
| Photocopy | 26.80 |
| Telecommunications | 0.85 |

| | **Total Costs and Other Charges** | **$754.76** |
|--|--|--|
| | **Total This Invoice** | **$12,868.51** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| S. Fitzhenry | 0.50 | 185.00 | 92.50 |
| S. Hoeft, P.C. | 18.75 | 455.00 | 8,531.25 |
| M. Katz | 3.00 | 115.00 | 345.00 |
| R. O'Meara | 8.50 | 370.00 | 3,145.00 |
| **Totals** | **30.75** | | **$12,113.75** |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

3

McDERMOTT, WILL & EMERY

**Invoice**

7 Bishopsgate
London EC2N 3AR
020-7577-6900

Roberson Transportation
c/o Roger Roberson
1100 South Roberson Drive
Mahomet, IL  61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1219216 |
| Invoice Date: | 01/01/2003 |

## Remittance Copy
### Billing for services rendered through  12/31/2002

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 15,658.75 |
| Total Costs and Other Charges Posted Through Billing Period | 422.50 |
| **Total This Invoice** | **$ 16,081.25** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery (Concentration Account)
Harris Trust & Savings Bank
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C.  20005-3096

VAT #: GB 726 2264 44
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

**Invoice**

7 Bishopsgate
London EC2N 3AR
020-7577-6900

MCDERMOTT, WILL & EMERY

Roberson Transportation
c/o Roger Roberson
1100 South Roberson Drive
Mahomet, IL  61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1219216 |
| Invoice Date: | 01/01/2003 |

## Client Copy
### Billing for services rendered through  12/31/2002

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 15,658.75 |
| Total Costs and Other Charges Posted Through Billing Period | 422.50 |
| **Total This Invoice** | **$ 16,081.25** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery (Concentration Account)
Harris Trust & Savings Bank
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C.  20005-3096

VAT #: GB 726 2264 44
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

## McDermott, Will & Emery

7 Bishopsgate
London EC2N 3AR
020-7577-6900

Invoice: 1219216

01/01/2003

Client: 059848

Roberson Transportation
c/o Roger Roberson
1100 South Roberson Drive
Mahomet, IL 61853

For Services Rendered in Connection With:

Matter: 0013          Volvo Contract

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/03/02 | S. Hoeft, P.C. | 9.00 | Select and review documents for client meeting; office conference with S. Megregian; travel to clients office; meeting with B. Griffin, G. Wittenbrink and C. Hanlin. |
| 12/03/02 | R. O'Meara | 0.25 | Confer with S. Hoeft re: scheduling order and motion to dismiss. |
| 12/03/02 | S. Megregian | 4.00 | Meetings with B Griffin, G Wittenbrink and C Hanlon re outstanding issues raised by discovery, strategy for proceeding with case, assessment of strengths and weaknesses and discussions regarding strategic issues |
| 12/04/02 | S. Hoeft, P.C. | 3.25 | Travel to Chicago; office conference with R. O'Meara regarding discovery. |
| 12/04/02 | R. O'Meara | 1.25 | Conference with S. Hoeft regarding client meeting, strategy and discovery responses; Review and revise response to interrogatories; Email same to G. Wittenbrink. |
| 12/06/02 | S. Hoeft, P.C. | 0.25 | Review final interrogatory answers. |
| 12/06/02 | R. O'Meara | 1.25 | Schedule meeting with W. Plaza; confer with S. Hoeft regarding same; edit and finalize discovery responses; arrange for service and mailing of same. |
| 12/10/02 | R. O'Meara | 0.75 | Conference with S. Hoeft regarding meeting with counsel for Volvo; Begin compiling documents for use at same. |
| 12/11/02 | S. Hoeft, P.C. | 2.50 | Meeting with Volvo lawyers regarding discovery. |
| 12/11/02 | R. O'Meara | 1.50 | Prepare for and attend meeting with counsel for Volvo regarding discovery issues; Confer with S. Hoeft regarding same. |
| 12/12/02 | R. O'Meara | 0.25 | Confer with S. Hoeft re: remainder of discovery meeting with opposing counsel and items to do; Review transcript of P. McNamara's messages and confer with S.hoeft re: |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

1

McDermott, Will & Emery

Roberson Transportation

Client:   059848
Invoice:   1219216
Invoice Date:   01/01/2003

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | same; Review emails between Roberson and N. White; Confer with staff re: printing of same and attachments. |
| 12/13/02 | S. Hoeft, P.C. | 0.25 | Draft letter to B. Griffith regarding Volvo mailing. |
| 12/16/02 | S. Hoeft, P.C. | 0.25 | Revise letter to B. G. regarding Volvo meeting and office conference with R. O'Meara regarding e-mails. |
| 12/16/02 | R. O'Meara | 3.25 | Review and compile documents for production from N. White files; review and analyze emails re details of deal with Volvo for production; confer with S. Hoeft re findings. |
| 12/17/02 | S. Hoeft, P.C. | 1.50 | Review MWE documents for production and privilege. |
| 12/18/02 | S. Hoeft, P.C. | 0.25 | Office conference with R. O'Meara regarding privileged documents and production; e-mail to G. Wittenbrink regarding assignment status. |
| 12/20/02 | R. O'Meara | 4.75 | Confer with S. Hoeft re: document production and comparison of contract documents; review and analyze contract documents including emails. |
| 12/23/02 | R. O'Meara | 0.25 | Confer with S. Hoeft re: status of document review and newly produced documents. |
| 12/30/02 | S. Hoeft, P.C. | 0.25 | Telephone conference with G. Wittenbrink regarding departure. |
| 12/30/02 | S. Megregian | 0.25 | Conferences with Greg Wittenbrink regarding his departure from Roberson and issues re pending litigation; conference with Steve Hoeft regarding issues re pending litigation in light of Greg Wittenbrink's departure. |
| 12/31/02 | R. O'Meara | 1.50 | Confer with S. Hoeft re: Wittenbrink departure and status; review additional documents to be produced. |

**Total Hours**    36.75          **Total For Services**    $15,658.75

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Computer Assisted Research | 12.79 |
| Express Mail | 25.19 |
| Messenger/Courier | 5.50 |
| Photocopy | 35.60 |
| Telecommunications | 48.43 |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

2

# McDermott, Will & Emery

Roberson Transportation

Client:   059848
Invoice:   1219216
Invoice Date:   01/01/2003

| Description | Amount |
|---|---|
| Travel Expenses | 294.99 |
| **Total Costs and Other Charges** | **$422.50** |
| **Total This Invoice** | **$16,081.25** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| S. Hoeft, P.C. | 17.50 | 455.00 | 7,962.50 |
| S. Megregian | 4.25 | 505.00 | 2,146.25 |
| R. O'Meara | 15.00 | 370.00 | 5,550.00 |
| **Totals** | **36.75** | | **$15,658.75** |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.