**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| PFT ROBERSON, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 02-2096 |
| ) | |
| VOLVO TRUCK NORTH AMERICA, ) | |
| INC. and VOLVO TRANSPORTATION ) | |
| SERVICES N.A., INC., ) | |
| ) | |
| Defendants. ) | |

## EXHIBITS – PART 1

Attached hereto is Part 1 of 6 of the Exhibits to PFT Roberson, Inc.'s Motion for Motion For Reconsidearation Of This Court's Ruling Denying Roberson's Fee Petition.

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2004, a copy of the foregoing PFT Roberson, Inc.'s Motion For Reconsidearation Of This Court's Ruling Denying Roberson's Fee Petition was filed electronically. I hereby certify that on September 15, 2004 a copy of the foregoing PFT Roberson, Inc.'s Motion For Reconsidearation Of This Court's Ruling Denying Roberson's Fee Petition was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

| | |
|---|---|
| Wayne F. Plaza | William Brinkmann |
| Charles A. Lemoine | Christopher M. Kanis |
| Robert K. Villa | Thomas, Mamer & Haughey |
| Dykema, Gossett, Rooks, Pitts PLLC | P.O. Box 560 |
| 10 South Wacker Drive, Suite 2300 | Champaign, IL  61824-0560 |
| Chicago, IL  60606-7407 | |

/S/ Jeffrey W. Tock

Prepared by:

Jeffrey W. Tock
Harrington, Tock & Royse
201 W. Springfield Avenue, Suite 601
P.O. Box 1550
Champaign, IL  61824-1550
Telephone:  (217) 352-4167

vlb/Complain.jef/Roberson/Exhibt-Part I