# McDermott, Will & Emery

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

Invoice

7 Bishopsgate
London EC2N 3AQ
020-7577-6900

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1138496 |
| Invoice Date: | 04/18/2002 |

## Remittance Copy
### Billing for services rendered through  03/31/2002

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 18,058.73 |
| Total Costs and Other Charges Posted Through Billing Period | 155.71 |
| **Total This Invoice** | **$ 18,214.44** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
Harris Concentration Account
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C.  20005-3096

VAT #: GB 726 2264 44
Terms: Payable Upon Receipt

BOSTON • CHICAGO • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

Invoice

7 Bishopsgate
London EC2N 3AQ
020-7577-6900

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1138496 |
| Invoice Date: | 04/18/2002 |

## Client Copy
**Billing for services rendered through  03/31/2002**

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 18,058.73 |
| Total Costs and Other Charges Posted Through Billing Period | 155.71 |
| **Total This Invoice** | **$ 18,214.44** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
Harris Concentration Account
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C. 20005-3096

VAT #: GB 726 2264 44
Terms: Payable Upon Receipt

# McDermott, Will & Emery

7 Bishopsgate
London EC2N 3AQ
020-7577-6900

Invoice: 1138496                                              04/18/2002

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

For Services Rendered in Connection With:

Matter: 0013          Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/01/02 | S. Hoeft, P.C. | 1.00 | Telephone conferences with G. Wittenbrink; draft memo and letter re Volvo claim. |
| 03/01/02 | N. White, P.C. | 0.25 | Review and office conference with S. Hoeft regarding breach of contract letter to be sent to Volvo. |
| 03/06/02 | R. O'Meara | 0.25 | Confer with S. Hoeft regarding client meeting on Volvo dispute; arrange details for same. |
| 03/11/02 | S. Hoeft, P.C. | 3.25 | Research regarding statute of fraud; review of signed contracts and e-mails; outline questions for client meeting; telephone conference with G. Wittenbrink; telephone conference with J. Hill regarding settlement. |
| 03/12/02 | S. Hoeft, P.C. | 5.00 | Meeting with R. O'Meara; meeting with G. Wittenbrink and C. Hanlin regarding Volvo claim. |
| 03/12/02 | R. O'Meara | 5.25 | Prepare for and attend client meeting with S. Hoeft re: lawsuit against Volvo. |
| 03/13/02 | S. Hoeft, P.C. | 3.25 | Draft Volvo complaint. |
| 03/14/02 | S. Hoeft, P.C. | 6.25 | Draft and revise Volvo complaint. |
| 03/14/02 | R. O'Meara | 1.50 | Confer with S. Hoeft re: complaint; legal research re: wiretap issue. |
| 03/15/02 | S. Hoeft, P.C. | 2.50 | Draft complaint against Volvo. |
| 03/15/02 | R. O'Meara | 0.75 | Draft electronic discovery correspondence to G. Wittenbrink; confer with S. Hoeft re: same and wiretap research. |
| 03/18/02 | S. Hoeft, P.C. | 1.00 | Review Illinois Deceptive Trade Practice and Deception Business Practices Acts. |
| 03/20/02 | S. Hoeft, P.C. | 1.50 | Review of client's documents regarding preparing Volvo claim. |
| 03/21/02 | S. Hoeft, P.C. | 2.00 | Telephone call with G. Wittenbrink; office conference with R. O'Meara and revise complaint. |
| 03/21/02 | R. O'Meara | 4.75 | Multiple conferences with S. Hoeft re: complaint against |

Boston • Chicago • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

1

**McDermott, Will & Emery**

Roberson Transportation

Client: 059848
Invoice: 1138496
Invoice Date: 04/18/2002

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | Volvo, revisions and changes; Review complaint against Volvo; Edit and revise same; Compile and arrange exhibits to complaint; Telephone call with S. Hoeft, G. Wittenbrink and C. Hamlin to discuss complaint, exhibits, revisions and strategy; Draft correspondence enclosing same to J. Tock; Research location and registration of Volvo Trucks and Volvo Transportation Services; Confer with library staff re: same; Arrange for mailing of complaint. |
| 03/22/02 | S. Hoeft, P.C. | 1.50 | Review and revise complaint; office conference with R. O'Meara and telephone conference with Wittenbrink and Tock. |
| 03/22/02 | R. O'Meara | 3.75 | Edit and revise complaint; Confer with S. Hoeft re: same; Research CT Corporation location for service of process; Telephone call with CT Corporation to confirm agent for Volvo; Confer with law clerks re: out of state service; Review court rules re: same; Research out of state process servers; Confer with C. Bogucki re: same and LaSalle; Telephone call with G. Wittenbrink re: status of filing; Telephone call with J. Tock re: changes to complaint, filing and summons; Confer with S. Hoeft re: all of the above. |
| 03/25/02 | R. O'Meara | 0.25 | Prepare correspondence to S. Megregian enclosing complaint. |
| 03/26/02 | R. O'Meara | 0.75 | Review correspondence from J. Tock re: filed complaint and summons; Contact law clerks re: same; Locate and investigate process servers for N.C.; Message to S. Hoeft re: all of above. |
| 03/27/02 | R. O'Meara | 0.50 | Csonder message from S. Hoeft regarding service of complaint respond to same; telephone conference with G. Wittenbrink regarding same. |

BOSTON • CHICAGO • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

2

**McDermott, Will & Emery**

Roberson Transportation                                             Client:       059848
                                                                    Invoice:      1138496
                                                                    Invoice Date: 04/18/2002

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/28/02 | R. O'Meara | 1.00 | Arrange for summons and service on CT Corporation in Chicago; Confer and arrange with process server regarding out of state service of process on CT Corporation in North Carolina; Prepare correspondence enclosing same to process server; Message to S. Hoeft regarding same; Message to G. Wittenbrink regarding same. |
| | **Total Hours** | **46.25** | **Total For Services** $18,058.73 |

**Costs and Other Charges**

| Description | Amount |
|---|---|
| Facsimile | 37.00 |
| Photocopy | 91.80 |
| Postage | 2.40 |
| Telecommunications | 24.51 |
| **Total Costs and Other Charges** | **$155.71** |
| **Total This Invoice** | **$18,214.44** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| S. Hoeft, P.C. | 27.25 | 445.00 | 12,126.23 |
| R. O'Meara | 18.75 | 310.00 | 5,812.50 |
| N. White, P.C. | 0.25 | 480.00 | 120.00 |
| **Totals** | **46.25** | | **$18,058.73** |

BOSTON • CHICAGO • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

3

# McDermott, Will & Emery

**Invoice**

7 Bishopsgate
London EC2N 3AQ
020-7577-6900

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1145683 |
| Invoice Date: | 05/09/2002 |

## Remittance Copy
### Billing for services rendered through  04/30/2002

   0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 1,166.19 |
| Total Costs and Other Charges Posted Through Billing Period | 1,435.77 |
| **Total This Invoice** | **$ 2,601.96** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
Harris Concentration Account
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C.  20005-3096

VAT #: GB 726 2264 44
Terms: Payable Upon Receipt

BOSTON • CHICAGO • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

**Invoice**

7 Bishopsgate
London EC2N 3AQ
020-7577-6900

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

Client:       059848
Invoice:      1145683
Invoice Date: 05/09/2002

## Client Copy
### Billing for services rendered through 04/30/2002

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 1,166.19 |
| Total Costs and Other Charges Posted Through Billing Period | 1,435.77 |
| **Total This Invoice** | **$ 2,601.96** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
Harris Concentration Account
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C.  20005-3096

VAT #: GB 726 2264 44
Terms: Payable Upon Receipt

Boston • Chicago • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

# McDermott, Will & Emery

7 Bishopsgate
London EC2N 3AQ
020-7577-6900

Invoice: 1145683                                                                                      05/09/2002

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

For Services Rendered in Connection With:

Matter: 0013          Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/03/02 | S. Hoeft, P.C. | 0.25 | E-mail to C. Hamlin regarding payment of Volvo maintenance bill. |
| 04/08/02 | R. O'Meara | 0.25 | Check status of service of complaint on Volvo with LaSalle; confer with S. Hoeft re: same. |
| 04/08/02 | S. Hoeft, P.C. | 0.25 | Telephone conference with C. Wintenbrink and office conference with R. O'Meara regarding service of process. |
| 04/11/02 | R. O'Meara | 0.25 | Draft correspondence to J. Tock re: return of summons. |
| 04/12/02 | S. Hoeft, P.C. | 0.25 | Telephone conference with C. Hamlin regarding Volvo maintenance records. |
| 04/17/02 | S. Hoeft, P.C. | 0.25 | Telephone conference with G. Weddington regarding case status. |
| 04/18/02 | R. O'Meara | 0.25 | Prepare correspondence to J. Tock enclosing return of summons. |
| 04/19/02 | S. Hoeft, P.C. | 0.25 | Telephone conference with C. Hamlin and E. Schock regarding Volvo maintenance records. |
| 04/24/02 | S. Hoeft, P.C. | 0.25 | Review removal notice; draft email and letter to GW regarding same; telephone conference with G. Wittenbrink. |
| 04/24/02 | R. O'Meara | 0.50 | Telephone conference with opposing counsel re: extension for time to answer; review rules re: removal; confer with S. Hoeft re: same and status of case; message to counsel re: same. |
| 04/30/02 | S. Hoeft, P.C. | 0.25 | Telephone conference with C. Hamlin regarding Freightliner service. |

**Total Hours**      **3.00**               **Total For Services**      **$1,166.19**

BOSTON • CHICAGO • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

1

**McDermott, Will & Emery**

Roberson Transportation

Client: 059848
Invoice: 1145683
Invoice Date: 05/09/2002

## Costs and Other Charges

| Description | Amount |
|---|---|
| Computer Assisted Research | 1,134.90 |
| Express Mail | 11.58 |
| Facsimile | 8.70 |
| Meeting Expenses | 118.54 |
| Messenger/Courier | 10.25 |
| Photocopy | 22.72 |
| Service of Summons | 127.00 |
| Telecommunications | 2.08 |
| **Total Costs and Other Charges** | **$1,435.77** |
| **Total This Invoice** | **$2,601.96** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| S. Hoeft, P.C. | 1.75 | 444.97 | 778.69 |
| R. O'Meara | 1.25 | 310.00 | 387.50 |
| **Totals** | **3.00** | | **$1,166.19** |

Boston • Chicago • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

2