**Invoice**

## McDermott, Will & Emery

7 Bishopsgate
London EC2N 3AR
020-7577-6900

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

Client:        059848
Invoice:       1176232
Invoice Date:  08/22/2002

## Remittance Copy
### Billing for services rendered through  07/31/2002

0013 Volvo Contract

Total Services                                                              $ 23,697.48

Total Costs and Other Charges Posted Through Billing Period                     403.56

**Total This Invoice**                                                      **$ 24,101.04**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
Harris Concentration Account
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C.  20005-3096

VAT #: GB 726 2264 44
Terms: Payable Upon Receipt

Boston • Chicago • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

# McDermott, Will & Emery

Invoice

7 Bishopsgate
London EC2N 3AR
020-7577-6900

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

Client:        059848
Invoice:       1176232
Invoice Date:  08/22/2002

## Client Copy
### Billing for services rendered through  07/31/2002

0013 Volvo Contract

Total Services                                                      $ 23,697.48

Total Costs and Other Charges Posted Through Billing Period              403.56

**Total This Invoice**                                              $ 24,101.04

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
Harris Concentration Account
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C.  20005-3096

VAT #: GB 726 2264 44
Terms: Payable Upon Receipt

BOSTON • CHICAGO • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

7 Bishopsgate
London EC2N 3AR
020-7577-6900

Invoice: 1176232                                          08/22/2002

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

For Services Rendered in Connection With:

Matter: 0013         Volvo Contract

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 07/03/02 | S. Hoeft, P.C. | 0.25 | Telephone conference with G. Wittenbrink regarding discovery. |
| 07/03/02 | R. O'Meara | 2.50 | Multiple conferences with counsel for Volvo re: joint discovery plan, answer and motions to dismiss; Edit and revise joint discovery plan; Confer with S. Hoeft re: same; Confer with J. Tock re: same and filing. |
| 07/08/02 | S. Hoeft, P.C. | 0.25 | Review Volvo Services and Volvo Truck answers, motions to dismiss and briefs; draft letter to G. Wittenbrink regarding same. |
| 07/11/02 | S. Hoeft, P.C. | 0.25 | Telephone conference with G. Wittenbrink and C. Hamlin regarding Volvo bumpback. |
| 07/15/02 | S. Hoeft, P.C. | 0.25 | Telephone conference with Craig Handler and Greg Wittenbrink regarding document production. |
| 07/15/02 | R. O'Meara | 1.00 | Confer with S. Hoeft regarding upcoming Rule 16 conference; compile documents for use at same. |
| 07/16/02 | S. Hoeft, P.C. | 7.00 | Attend Rule 26(f) hearing in Urbana; meeting with B. Griffin, etc. regarding case; conference with J. Tuck. |
| 07/17/02 | S. Hoeft, P.C. | 1.50 | Draft letter to G. Wittenbrink regarding scheduling order; review of documents for Rule 26 disclosure; office conference with R. O'Meara regarding scheduling order. |
| 07/17/02 | R. O'Meara | 2.00 | Confer with S. Hoeft re: scheduling conference, timing, file documents and disclosures; Locate and review file documents; TCW opposing counsel re: timing and form of Rule 26 disclosures; Review rule re: same. |
| 07/18/02 | G. Sellers | 0.75 | Document organization of case file documents. |
| 07/18/02 | R. O'Meara | 0.25 | Telephone conference with counsel for plaintiff re: timing of disclosures. |
| 07/19/02 | S. Hoeft, P.C. | 0.25 | Office conference with R. O'Meara regarding document production and Rule 26 disclosure. |

BOSTON • CHICAGO • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

1

**McDermott, Will & Emery**

Roberson Transportation

Client: 059848
Invoice: 1176232
Invoice Date: 08/22/2002

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/19/02 | R. O'Meara | 3.25 | Confer with R. Villa re: exchange of Rule 26 disclosures; Review court rules re: same; Confer with S. Hoeft re: same, timing, documents to produce, damage calculation and witnesses; Confer with S. Fitzhenry re: document production; Telephone conference to C. Hamlin re: damage computation and voicemail. |
| 07/20/02 | R. O'Meara | 0.50 | Messages to and from S. Fitzhenry re: document production; Review court order re: disclosures and Rule 16 conference. |
| 07/22/02 | S. Fitzhenry | 5.50 | Attention to the review and organization of documents in preparation for production per R. O'Meara request. |
| 07/22/02 | R. O'Meara | 6.00 | Multiple conferences with S. Fitzhenry re: document production, privilege documents, imaging and schedule; TC to C. Hamlin and G. Wittenbrink re: damages and documents; Confer with N. White re: documents to produce; Review documents for privilege prior to production; Confer with S. Hoeft re: all of the above. |
| 07/23/02 | S. Hoeft, P.C. | 0.75 | Office conference with R. O'Meara regarding document production; review of damage calculations; telephone conference with G. Wittenbrink regarding damage calculations. |
| 07/23/02 | N. White, P.C. | 0.50 | Reviewing email files regarding documents concerning Volvo contact negotiations and forwarding same to R. O'Meara. |
| 07/23/02 | S. Fitzhenry | 4.25 | Attention to transcription of audio tape; attention to the review and organization of documents to be produced per R. O'Meara; attention to the organization of production documents; attention to the organization of privilege documents withheld from production. |
| 07/23/02 | R. O'Meara | 4.75 | Review answer and motions to dismiss filed by Volvo defendants; confer with S. Fitzhenry regarding document production and privilege review; review documents for privilege prior to production; telephone conference with G. Wittenbrink regarding damage computation; confer with N. White regarding documents to produce; confer with S. Hoeft regarding all of the above. |
| 07/24/02 | S. Hoeft, P.C. | 0.25 | Office conference with R. O'Meara; review of and revise Rule 26 disclosure. |
| 07/24/02 | M. Katz | 1.50 | Worked to separate papers chronologically by year, |

Boston • Chicago • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

2

**McDermott, Will & Emery**

Roberson Transportation

Client: 059848
Invoice: 1176232
Invoice Date: 08/22/2002

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | month, and day. |
| 07/24/02 | S. Fitzhenry | 2.50 | Attention to the preparation of documents to be included in database; attention to the production of documents to opposing counsel. |
| 07/24/02 | R. O'Meara | 3.75 | Edit and revise Rule 26 disclosures; multiple conferences with S. Fitzhenry re: document production; review and analyze vociemail tape and prepare transcript; confer with G. Wittenbrink re: same and damages information; disclosures; confer with S. Hoeft re: all of the above; telephone conference with counsel for defendants re: exchange of disclosures. |
| 07/25/02 | S. Hoeft, P.C. | 0.50 | Office conference with R. O'Meara and review of voice-mail transcripts; review of damage disclosure. |
| 07/25/02 | M. Katz | 1.50 | Analyzed and organized papers chronologically for attorney use. |
| 07/25/02 | S. Fitzhenry | 1.25 | Attention to privilege documents withheld from production and related index; organization of documents to be included in database. |
| 07/25/02 | R. O'Meara | 4.50 | Confer with court clerk re: motion for extension; confer with J. Tock and S. Hoeft re: same; review local court rules; prepare motion for extension an arrange for filing and service; edit and revise transcript of voicemail recordings; Confer with S. Hoeft re: same; confer with S. Fitzhenry re: document production, disclosures and privilege log; review privilege log. |
| 07/26/02 | M. Katz | 3.00 | Order papers chronologically and then searched thorough for duplicates and put duplicates in order by date in order for easy attorney access. |
| 07/26/02 | R. O'Meara | 5.00 | Confer with S. Hoeft re: Volvo disclosures and discovery; review Volvo disclosures and documents produced; telephone conference with R. Villa re: same; review S. Hoeft's notes re: discovery requests; telephone call to court clerk re: motion to extend; begin drafting requests for production of documents to serve on Volvo. |
| 07/26/02 | S. Hoeft, P.C. | 2.75 | Review of documents produced by Volvo; office conference with R. O'Meara; draft document requests, interrogatories and Rule 30(b)(6) descriptions. |
| 07/26/02 | A. Albrecht | 0.25 | Initial telephone conference with Stephen Fitzhenry regarding new case and scope of project; attorney on case |

Boston • Chicago • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

3

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1176232
Invoice Date: 08/22/2002

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | is Steven Hoeft; request for RFP's; 6000 pages of Bates numbered e-mails to be scanned/imaged with basic coding and Bates number capture. |
| 07/27/02 | R. O'Meara | 4.50 | Prepare, edit and extensively revise requests to produce, interrogatories, requests to admit and 30b6 designations to serve on Volvo; review federal and local rules re: same; message and note to S. Hoeft re: same; prepare correspondence to W. Plaza enclosing discovery. |
| 07/29/02 | S. Hoeft, P.C. | 1.75 | Revise interrogatories, document requests and Rule 30(b)(6) description; telephone conference and e-mail with G. Wittenbrink regarding Volvo documents. |
| 07/30/02 | S. Hoeft, P.C. | 2.00 | Revise Rule 30 (b)(6) designation, interrogatories and documents required. |
| 07/30/02 | S. Fitzhenry | 1.50 | Organization of document sent to be used for data entry. |
| 07/31/02 | A. Albrecht | 1.00 | Preparation of formal RFP for scanning/imaging project for this case; e-mailed RFP to 5 vendors; telephone conversations with various vendors regarding scope and deadlines of project; e-mailed initial quotes received thus far to Stephen Fitzhenry for review by Steven Hoeft. |

**Total Hours** 79.25          **Total For Services** $23,697.48

## Costs and Other Charges

| Description | Amount |
|---|---|
| Computer Assisted Research | 272.48 |
| Facsimile | 9.00 |
| Messenger/Courier | 12.39 |
| Photocopy | 106.39 |
| Telecommunications | 3.30 |

**Total Costs and Other Charges** $403.56

**Total This Invoice** $24,101.04

BOSTON • CHICAGO • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

4

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1176232
Invoice Date: 08/22/2002

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. Albrecht | 1.25 | 170.00 | 212.50 |
| S. Fitzhenry | 15.00 | 185.00 | 2,775.00 |
| S. Hoeft, P.C. | 17.75 | 445.00 | 7,898.73 |
| M. Katz | 6.00 | 110.00 | 660.00 |
| R. O'Meara | 38.00 | 310.00 | 11,780.00 |
| G. Sellers | 0.75 | 175.00 | 131.25 |
| N. White, P.C. | 0.50 | 480.00 | 240.00 |
| **Totals** | **79.25** | | **$23,697.48** |

BOSTON • CHICAGO • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

**McDermott, Will & Emery**

7 Bishopsgate
London EC2N 3AR
020-7577-6900

Invoice: 1176232                                          08/22/2002

Client: 059848

June 2002

MCDERMOTT, WILL & EMERY
<u>DISCLOSURE NOTICE</u>

Pursuant to the Gramm-Leach-Bliley Act, Public Law Number 106-102, and the regulations issued by the Federal Trade Commission regarding the Privacy of Consumer Financial Information, 16 C.F.R., Part 313, firms which provide tax preparation and tax planning or certain real estate services to their clients are categorized as financial service providers and required to provide written notices to individual clients regarding disclosure of non-public personal information. Although the applicability of those rules to law firms is uncertain, we have elected to provide a Notice in certain situations.

As attorneys, we receive non-public information about our clients from them, and with their authorization, from third parties, such as accountants, financial advisors, insurance agents, banking institutions, and other advisors. We do not disclose any non-public personal information about our clients or former clients to anyone except as authorized or directed by that client. If we are authorized by our clients, we may disclose non-public personal information to unrelated third parties, such as accountants, financial advisors, insurance agents, or government authorities in connection with our work. We restrict access to non-public personal information about our clients to those persons within our law firm who need to know the information in order to provide the requested legal services. We maintain safeguards that comply with law and our rules of ethics to guard the non-public personal information contained in our client files.

<u>ATTORNEY-CLIENT PRIVILEGE</u>

While the foregoing federal laws and regulations establish rules and non-disclosure requirements, they do not limit the attorney-client privilege or the confidentiality rules applicable to information provided to attorneys. The privilege and confidentiality rules are governed by state law, the rules imposed on attorneys under state law and our ethics standards. In circumstances where applicable

BOSTON • CHICAGO • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

6

McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1176232
Invoice Date: 08/22/2002

federal laws might allow disclosure, we will continue to follow the stricter non-disclosure rules of attorney-client privilege and client confidentiality.

BOSTON • CHICAGO • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

7

# McDermott, Will & Emery

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

| | |
|---|---|
| **Invoice** | |
| 600 13th Street, N.W. | |
| Washington, D.C.  20005-3096 | |
| 202-756-8000 | |
| Client: | 059848 |
| Invoice: | 1184778 |
| Invoice Date: | 09/20/2002 |

## Remittance Copy
### Billing for services rendered through  08/31/2002

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 28,560.31 |
| Total Costs and Other Charges Posted Through Billing Period | 2,329.92 |
| **Total This Invoice** | **$ 30,890.23** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
Harris Concentration Account
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C.  20005-3096

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

Boston •Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

# McDermott, Will & Emery

Invoice

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

Client: 059848
Invoice: 1184778
Invoice Date: 09/20/2002

## Client Copy
### Billing for services rendered through 08/31/2002

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 28,560.31 |
| Total Costs and Other Charges Posted Through Billing Period | 2,329.92 |
| **Total This Invoice** | **$ 30,890.23** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
Harris Concentration Account
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C. 20005-3096

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

09/20/2002

Invoice: 1184778

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

For Services Rendered in Connection With:

Matter: 0013      Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/21/02 | S. Fitzhenry | 1.25 | Attention to the review and organization of documents to be produced per S. Hoeft instructions. |
| 08/01/02 | S. Hoeft, P.C. | 2.25 | Draft request to admit; revise interrogatories, document requests and Rule 30(b)(6) notice to Volvo. |
| 08/01/02 | R. O'Meara | 0.50 | Review revised interrogatories, document requests and requests to admit. |
| 08/05/02 | S. Hoeft, P.C. | 0.75 | Review of all discovery requests; draft letter to G. Wittenbrink regarding same. |
| 08/05/02 | R. O'Meara | 0.50 | Review email from G. Wittenbrink and S. Hoeft re attachments; message for S. Fitzhenry re copy of New Trust Agreement; review changes in draft discovery to Volvo. |
| 08/06/02 | S. Hoeft, P.C. | 0.50 | Telephone conference with G. Wittenbrink and C. Hamlin regarding discovery requests. |
| 08/06/02 | R. O'Meara | 2.75 | Review motions to dismiss; preliminary legal research re case cited by Volvo; begin preparing response motion; confer with S. Hoeft re status and direction of response brief and discovery to Volvo. |
| 08/07/02 | R. O'Meara | 9.75 | Confer with S. Hoeft re response to motion to dismiss and discovery to Volvo; review and analyze two motions to dismiss filed by Volvo Truck and Volvo Service including attachments; begin extensive legal research of cases cited by Volvo and cases in response concerning equitable estoppel, consumer fraud act claim and detrimental reliance; review and analyze legal research re same; begin drafting response brief. |
| 08/08/02 | S. Hoeft, P.C. | 5.75 | Read cases regarding estoppel and statute of frauds; revise discovery requests to Volvo; office conference with R. O'Meara regarding revisions; read and revise |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

1

**McDermott, Will & Emery**

Roberson Transportation

Client: 059848
Invoice: 1184778
Invoice Date: 09/20/2002

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | brief in response to motion to dismiss. |
| 08/08/02 | R. O'Meara | 7.75 | Research, review and analyze case law cited by Volvo's motion to dismiss; research and analyze case law re: estoppel and consumer fraud act; confer with S. Hoeft re: revisions to discovery requests; edit and revise same; confer with S. Hoeft re: attachments to complaint and signature pages; confer with G. Wittenbrink re: classification of trucks in New Truck Agreement; extensive drafting of response to motion to dismiss; confer with S. Hoeft re: same. |
| 08/09/02 | S. Hoeft, P.C. | 5.50 | Review brief in response to motions to dismiss and office conferences with R. O'Meara regarding revisions and research. |
| 08/09/02 | R. O'Meara | 5.75 | Multiple conferences with S. Hoeft re: revisions to latest version of response brief; edit and revise same; confer with office of J. Tock re: filing and service deadlines; confer with W. Plaza re: extension of time; telephone call to court clerk re: same; confer with J. Tock re: same; correspondence to W. Plaza memorializing conversation; confer with P. Urda re: applicable case law; review and analyze cases re: estoppel, consumer fraud act and summary judgment; confer with S. Hoeft re: same and scheduling. |
| 08/09/02 | P. Urda | 2.50 | Office conference with R. O'Meara re: research into equitable estoppel and consideration of outside exhibits on a motion to dismiss. Research into equitable estoppel and consideration of outside exhibits on a motion to dismiss. |
| 08/09/02 | S. Fitzhenry | 1.00 | Attention to contract documents requested by R. O'Meara; file search regarding same. |
| 08/10/02 | R. O'Meara | 2.50 | Draft and revise response to motion to dismiss; review S. Hoeft's comments and incorporate same. |
| 08/11/02 | R. O'Meara | 4.00 | Review, edit and revise response to motion to dismiss; review, analyze and incorporate case law re same. |
| 08/12/02 | R. O'Meara | 6.50 | Edit and revise response to motion to dismiss; multiple conferences with S. Hoeft re same; multiple conferences with J. Tock re filing and service; edit and revise interrogatories, document requests, admissions, and 30(b)(6) request to plaintiffs; arrange for mailing of |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

2

**McDermott, Will & Emery**

Roberson Transportation

Client:      059848
Invoice:     1184778
Invoice Date: 09/20/2002

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | same; prepare correspondence to counsel for plaintiff. |
| 08/12/02 | S. Hoeft, P.C. | 3.50 | Revise and proof brief in opposition to motion to dismiss; telephone conference with G. Wittenbrink regarding status; computer search regarding Volve and lawsuit. |
| 08/14/02 | S. Hoeft, P.C. | 4.25 | Read Volvo documents and Roberson documents; prepare chronology. |
| 08/15/02 | M. Bradtke | 0.25 | Obtained company information on Volvo at request of Steve Hoeft |
| 08/15/02 | S. Hoeft, P.C. | 4.50 | Telephone conference with G. Wittenbrink regarding Daimles meeting; complete review of Roberson documents and chronology. |
| 08/19/02 | S. Fitzhenry | 2.50 | Attention to S. Hoeft request for the organization of key document set coding both Volvo and Robertson document production. |
| 08/20/02 | S. Fitzhenry | 1.00 | Attention to the organization of key documents produced by both parties per S. Hoeft instructions. |
| 08/21/02 | N. White, P.C. | 0.50 | Telephone conference with G. Wittenbrink; review Master Halco Agreement; draft his requested addendum to require Master Halco to have a buyer assume the contract; follow-up telephone conference with G. Wittenbrink regarding additional provisions. |
| 08/21/02 | G. Collazo | 4.00 | Review and organization of key documents; prepare chronology and said documents. |
| 08/22/02 | S. Hoeft, P.C. | 0.25 | Office conference with R. O'Meara regarding document production and depositions. |
| 08/22/02 | G. Collazo | 1.00 | Complete chronology and remove all duplicates from key documents chronology. |
| 08/23/02 | R. O'Meara | 1.00 | Review correspondence from W. Plaza re: document disclosures and deposition scheduling; review message from S. Hoeft re: same; office conference with S. Hoeft re: document production, freightliner documents and 30(b)(6) deposition. |
| 08/26/02 | R. O'Meara | 0.25 | Message to G. Wittenbrink re: freightliner discovery documents. |
| 08/27/02 | R. O'Meara | 2.00 | Review correspondence from W. Plaza re: discovery and 30(b)(6) deposition; Research re: notice and venue provisions for corporate representative deposition; Review Federal Rules of Civil Procedure and local rules re: same; Prepare 30(b)(6) notice of deposition, rider and |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

McDermott, Will & Emery

3

**McDermott, Will & Emery**

Roberson Transportation

Client:  059848
Invoice:  1184778
Invoice Date:  09/20/2002

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | service; Prepare correspondence to W. Plaza re: same, freightliner documents and previous production documents; Message to S. Hoeft re: all of the above. |
| 08/28/02 | S. Hoeft, P.C. | 0.25 | Telephone conference with G. Wittenbrinnk regarding possible press release. |
| 08/29/02 | N. White, P.C. | 0.25 | Office conference with S. Hoeft; review my files regarding executed freightliner documents. |
| 08/29/02 | S. Hoeft, P.C. | 0.25 | Telephone conference with C. Hanlin and G. Wittenbrink regarding freightliner sewer. |
| 08/29/02 | S. Megregian | 0.25 | Conferences with Greg Wittenbrink re: opinions regarding ability to update freightliner contract and status of possible alternatives for expediting settlement in Volvo matter |

|  |  |  |  |
|---|---|---|---|
| **Total Hours** | **85.50** | **Total For Services** | **$28,560.31** |

### Costs and Other Charges

| Description | Amount |
|---|---|
| Administrative Support | 258.75 |
| Express Mail | 9.35 |
| Filing/Registration Fees | 100.00 |
| Meeting Expenses | 9.88 |
| Messenger/Courier | 5.50 |
| Miscellaneous Disbursements including: VENDOR: Document Technologies, Inc.; INVOICE#: 40046; DATE: 7/29/2002 - Audio Tape Reproduction | 42.00 |
| Photocopy | 1,895.25 |
| Postage | 5.15 |
| Telecommunications | 4.04 |

| | |
|---|---|
| **Total Costs and Other Charges** | **$2,329.92** |
| **Total This Invoice** | **$30,890.23** |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

4

**McDermott, Will & Emery**

Roberson Transportation

Client: 059848
Invoice: 1184778
Invoice Date: 09/20/2002

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| M. Bradtke | 0.25 | 105.00 | 26.25 |
| G. Collazo | 5.00 | 145.00 | 725.00 |
| S. Fitzhenry | 5.75 | 185.00 | 1,063.75 |
| S. Hoeft, P.C. | 27.75 | 445.00 | 12,348.75 |
| S. Megregian | 0.25 | 616.24 | 154.06 |
| R. O'Meara | 43.25 | 310.00 | 13,407.50 |
| P. Urda | 2.50 | 190.00 | 475.00 |
| N. White, P.C. | 0.75 | 480.00 | 360.00 |
| **Totals** | **85.50** | | **$28,560.31** |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

5