## Invoice

**McDermott, Will & Emery**

7 Bishopsgate
London EC2N 3AQ
020-7577-6900

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1160005 |
| Invoice Date: | 06/21/2002 |

## Remittance Copy
### Billing for services rendered through 05/31/2002

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 7,476.25 |
| Total Costs and Other Charges Posted Through Billing Period | 121.85 |
| **Total This Invoice** | **$ 7,598.10** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
Harris Concentration Account
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C.  20005-3096

VAT #: GB 726 2264 44
Terms: Payable Upon Receipt

# McDermott, Will & Emery

Invoice

7 Bishopsgate
London EC2N 3AQ
020-7577-6900

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

Client:        059848
Invoice:       1160005
Invoice Date:  06/21/2002

## Client Copy
### Billing for services rendered through 05/31/2002

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 7,476.25 |
| Total Costs and Other Charges Posted Through Billing Period | 121.85 |
| **Total This Invoice** | **$ 7,598.10** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
Harris Concentration Account
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C. 20005-3096

VAT #: GB 726 2264 44
Terms: Payable Upon Receipt

Boston • Chicago • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

# McDermott, Will & Emery

7 Bishopsgate
London EC2N 3AQ
020-7577-6900

Invoice: 1160005                                                                06/21/2002

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

For Services Rendered in Connection With:

Matter: 0013          Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/08/02 | S. Hoeft, P.C. | 0.25 | Telephone conference with C. Hamlin regarding Volvo claims and repair records. |
| 05/08/02 | R. O'Meara | 0.25 | Message from S. Hoeft re: removal motion; confer with library re: corporate history research for same. |
| 05/09/02 | R. O'Meara | 1.25 | Confer with J. Trenholm re: corporate history research; review motion for removal and rules re: same; telephone conference with counsel for defendants re: removal and agreement not to remand; confer with S. Hoeft re: same; draft correspondence agreeing to same. |
| 05/16/02 | S. Hoeft, P.C. | 0.25 | Telephone conference with C. Wittenbrink regarding Freightliner settlement. |
| 05/22/02 | S. Hoeft, P.C. | 0.25 | Office conference with R. O'Meara regarding UCC research on oral contracts. |
| 05/22/02 | R. O'Meara | 0.50 | Confer with S. Hoeft regarding UCC research; confer with B. Webster regarding same. |
| 05/23/02 | S. Hoeft, P.C. | 0.25 | Review of motion for more definite statement and telephone conference with G. Wittenbrink regarding same. |
| 05/23/02 | R. O'Meara | 1.00 | Confer with S. Hoeft re: motion for more definite statement; Review same; draft correspondence to G. Wittenbrink re: same and arrange for mailing; office conference with B. Webster re: UCC research project. |
| 05/23/02 | B. Webster | 3.50 | Office conference with R. O'Meara regarding research assignment; read client complaint and attached exhibits; begin researching Illinois law to determine if client's contract claim can be enforced under the Illinois Uniform Commercial Code. |
| 05/24/02 | B. Webster | 4.25 | Research Illinois statutes and case law to determine whether client's contract claim can be enforced under the |

Boston • Chicago • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

1

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1160005
Invoice Date: 06/21/2002

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/28/02 | S. Hoeft, P.C. | 0.75 | Illinois Uniform Commercial Code.<br>Review of contracts and pleadings; memo to R. O'Meara regarding response to motion for more definite statement |
| 05/28/02 | B. Webster | 7.25 | Research Illinois case law to determine required elements of a Uniform Commercial Code claim; organize research information on the UCC claim for memorandum to R. O'Meara. |
| 05/28/02 | R. O'Meara | 1.00 | Confer with B. Webster regarding research project involving U.CC.; review motion filed by plaintiff; review memorandum from S. Hoeft regarding same; telephone conference with J. Tock regarding hearing on motion; confer with S. Hoeft regarding same. |
| 05/29/02 | B. Webster | 3.00 | Complete research regarding necessary elements needed to have a contract be protected by the Illinois Uniform Commercial Code; begin drafting memorandum to R. O'Meara regarding my findings. |
| 05/30/02 | B. Webster | 3.00 | Continue drafting memorandum to R. O'Meara regarding potential UCC claim against Volvo. |
| 05/30/02 | R. O'Meara | 0.75 | Review motion for more definite statement; review S. Hoeft outline concerning same; draft correspondence to G. Wittenbrink enclosing same; telephone conference with J. Took regarding motion and hearing. |
| 05/31/02 | B. Webster | 2.00 | Finish memorandum to R. O'Meara regarding potential UCC claim against Volvo. |
| 05/31/02 | R. O'Meara | 3.50 | Review rules regarding motion for more definite statement; legal research regarding same; begin drafting answer in response to motion by plaintiff; conference with B. Webster regarding UCC research project. |
| | **Total Hours** | **33.00** | **Total For Services** $7,476.25 |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Facsimile | 71.00 |
| Photocopy | 27.67 |

Boston • Chicago • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

2

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1160005
Invoice Date: 06/21/2002

| Description | Amount |
|---|---|
| Telecommunications | 23.18 |
| **Total Costs and Other Charges** | **$121.85** |
| **Total This Invoice** | **$7,598.10** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| S. Hoeft, P.C. | 1.75 | 445.00 | 778.75 |
| R. O'Meara | 8.25 | 310.00 | 2,557.50 |
| B. Webster | 23.00 | 180.00 | 4,140.00 |
| **Totals** | **33.00** | | **$7,476.25** |

Boston • Chicago • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

3

# McDermott, Will & Emery

| | |
|---|---|
| | **Invoice** |
| | 7 Bishopsgate<br>London EC2N 3AQ<br>020-7577-6900 |

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

Client:       059848
Invoice:      1167614
Invoice Date: 07/27/2002

## Remittance Copy
### Billing for services rendered through 06/30/2002

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 6,942.52 |
| Total Costs and Other Charges Posted Through Billing Period | 660.71 |
| **Total This Invoice** | **$ 7,603.23** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
Harris Concentration Account
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C. 20005-3096

VAT #: GB 726 2264 44
Terms: Payable Upon Receipt

BOSTON • CHICAGO • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

| | |
|---|---|
| **McDermott, Will & Emery** | Invoice<br>7 Bishopsgate<br>London EC2N 3AQ<br>020-7577-6900 |

| | |
|---|---|
| Roberson Transportation<br>c/o Brian Griffin<br>1100 South Roberson Drive<br>Mahomet, IL 61853 | Client: 059848<br>Invoice: 1167614<br>Invoice Date: 07/27/2002 |

## Client Copy
### Billing for services rendered through 06/30/2002

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 6,942.52 |
| Total Costs and Other Charges Posted Through Billing Period | 660.71 |
| **Total This Invoice** | **$ 7,603.23** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
Harris Concentration Account
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C. 20005-3096

VAT #: GB 726 2264 44
Terms: Payable Upon Receipt

BOSTON • CHICAGO • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

7 Bishopsgate
London EC2N 3AQ
020-7577-6900

Invoice: 1167614                                                                      07/27/2002

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

For Services Rendered in Connection With:

Matter: 0013          Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/03/02 | R. O'Meara | 3.50 | Edit and revise response brief on motion for more definite statement; review legal research regarding same. |
| 06/04/02 | S. Hoeft, P.C. | 0.75 | Revise response to motion for more definite statement. |
| 06/04/02 | R. O'Meara | 3.00 | Revise and edit brief on motion for more definate statement; confer with S. Hoeft regarding same; telephone call to opposing counsel regarding same; review memorandum by B. Webster regarding UCC. |
| 06/05/02 | S. Hoeft, P.C. | 0.50 | Telephone conference with G. Wittenbrink re: status and revise response. |
| 06/05/02 | R. O'Meara | 2.00 | Edit and revise response motion; confer with S. Hoeft re: same; confer with J. Tock re: filing and service of same; telephone conference with opposing counsel re: same. |
| 06/06/02 | S. Hoeft, P.C. | 0.25 | Review memo regarding application of UCC to Roberson's claims. |
| 06/06/02 | R. O'Meara | 1.00 | Edit and finalize response brief; email same to J. Tock; message to S. Hoeft regarding same. |
| 06/11/02 | R. O'Meara | 0.25 | Correspondence to G. Wittenbrink enclosing response to motion for more definite statement. |
| 06/14/02 | S. Hoeft, P.C. | 0.25 | Telephone conference with J. Tock regarding status of motion and scheduling conference; telephone conference with G. Wittenbrink regarding status. |
| 06/17/02 | R. O'Meara | 0.50 | Telephone conference with R. Villa re: response motion for more definite statement, scheduling and status; Arrange for fax of same; Message from S. Hoeft re: status of hearing request on motion. |
| 06/19/02 | S. Hoeft, P.C. | 0.50 | Review of scheduling order and Rule 26 disclosures; e-mail to G.W. regarding same. |
| 06/19/02 | R. O'Meara | 1.00 | Review scheduling order issued by Court; Review local |

BOSTON • CHICAGO • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

1

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1167614
Invoice Date: 07/27/2002

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | rules regarding same and discovery requirements; Confer with S. Hoeft re: same; Draft notes re: same. |
| 06/20/02 | S. Hoeft, P.C. | 1.00 | Telephone conference with J. Tock and e-mail to G. Wittenbrink regarding denial of Volvo motion; telephone conference with G. Wittenbrink; prepare witness disclosure. |
| 06/20/02 | R. O'Meara | 0.50 | Confer with S. Hoeft re: Volvo counsel and discovery conference meeting; Prepare email to S. Hoeft re: requirements for same. |
| 06/21/02 | S. Hoeft, P.C. | 0.75 | Telephone conference with Volvo counsel regarding Rule 16 conference; office conference with S. Fitzhenry regarding document production; complete witness list. |
| 06/21/02 | R. O'Meara | 0.25 | Confer with S. Hoeft re office conference with counsel for Volvo and scheduling order and rules re same; arrange for office conference. |
| 06/25/02 | S. Hoeft, P.C. | 0.25 | Telephone conference with G. Wittenbrink and C. Hanlin regarding discovery. |
| 06/25/02 | R. O'Meara | 0.25 | Confer with S. Hoeft regarding conference with counsel for defendants; Arrange for conference room for same. |
| 06/26/02 | S. Hoeft, P.C. | 1.00 | Rule 16 conference with Volvo lawyers; office conference with R. O'Meara; telephone conference with G. Weddington regarding same. |
| 06/26/02 | R. O'Meara | 1.25 | Prepare for discovery conference meeting; confer with Hoeft regarding same; attend meeting with opposing counsel re discovery; telephone call to client and J. Tock regarding scheduling order. |
| 06/28/02 | S. Hoeft, P.C. | 0.25 | Revise Rule 26 submission and telephone conference with Volve attorney regarding Answer. |
| 06/28/02 | R. O'Meara | 1.00 | Prepare joint discovery plan; confer with Hoeft regarding same; transmit same to plaintiff's counsel. |
| | **Total Hours** | **20.00** | **Total For Services** $6,942.52 |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Computer Assisted Research | 569.30 |
| Express Mail | 11.27 |

Boston • Chicago • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

2

**McDermott, Will & Emery**

Roberson Transportation　　　　　　　　　　　　　　　　　　　Client: 059848
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice: 1167614
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice Date: 07/27/2002

| Description | Amount |
|---|---|
| Facsimile | 20.66 |
| Photocopy | 53.78 |
| Telecommunications | 5.70 |
| **Total Costs and Other Charges** | **$660.71** |
| **Total This Invoice** | **$7,603.23** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| S. Hoeft, P.C. | 5.50 | 445.00 | 2,447.48 |
| R. O'Meara | 14.50 | 310.00 | 4,495.04 |
| **Totals** | **20.00** | | **$6,942.52** |

Boston • Chicago • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

3

## McDermott, Will & Emery

7 Bishopsgate
London EC2N 3AQ
020-7577-6900

Invoice: 1167614                                                                07/27/2002

Client: 059848

June 2002

## MCDERMOTT, WILL & EMERY
## DISCLOSURE NOTICE

Pursuant to the Gramm-Leach-Bliley Act, Public Law Number 106-102, and the regulations issued by the Federal Trade Commission regarding the Privacy of Consumer Financial Information, 16 C.F.R., Part 313, firms which provide tax preparation and tax planning or certain real estate services to their clients are categorized as financial service providers and required to provide written notices to individual clients regarding disclosure of non-public personal information. Although the applicability of those rules to law firms is uncertain, we have elected to provide a Notice in certain situations.

As attorneys, we receive non-public information about our clients from them, and with their authorization, from third parties, such as accountants, financial advisors, insurance agents, banking institutions, and other advisors. We do not disclose any non-public personal information about our clients or former clients to anyone except as authorized or directed by that client. If we are authorized by our clients, we may disclose non-public personal information to unrelated third parties, such as accountants, financial advisors, insurance agents, or government authorities in connection with our work. We restrict access to non-public personal information about our clients to those persons within our law firm who need to know the information in order to provide the requested legal services. We maintain safeguards that comply with law and our rules of ethics to guard the non-public personal information contained in our client files.

## ATTORNEY-CLIENT PRIVILEGE

While the foregoing federal laws and regulations establish rules and non-disclosure requirements, they do not limit the attorney-client privilege or the confidentiality rules applicable to information provided to attorneys. The privilege and confidentiality rules are governed by state law, the rules imposed on attorneys under state law and our ethics standards. In circumstances where applicable

BOSTON • CHICAGO • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

4

**McDermott, Will & Emery**

Roberson Transportation

Client: 059848
Invoice: 1167614
Invoice Date: 07/27/2002

federal laws might allow disclosure, we will continue to follow the stricter non-disclosure rules of attorney-client privilege and client confidentiality.

Boston • Chicago • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

5