**E-FILED**
Wednesday, 15 September, 2004 05:09:28 PM
Clerk, U.S. District Court, ILCD

# McDermott, Will & Emery

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

| Invoice |  |
|---|---|
| 600 13th Street, N.W. | |
| Washington, D.C. 20005-3096 | |
| 202-756-8000 | |
| | |
| Client: | 059848 |
| Invoice: | 1190429 |
| Invoice Date: | 10/24/2002 |

## Remittance Copy
### Billing for services rendered through 09/30/2002

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 11,113.75 |
| Total Costs and Other Charges Posted Through Billing Period | 5,265.37 |
| **Total This Invoice** | **$ 16,379.12** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
Harris Concentration Account
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C. 20005-3096

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

Client:        059848
Invoice:       1190429
Invoice Date:  10/24/2002

## Client Copy
### Billing for services rendered through 09/30/2002

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 11,113.75 |
| Total Costs and Other Charges Posted Through Billing Period | 5,265.37 |
| **Total This Invoice** | **$ 16,379.12** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
Harris Concentration Account
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C. 20005-3096

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Invoice: 1190429                                                                 10/24/2002

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

For Services Rendered in Connection With:

Matter: 0013          Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/03/02 | S. Hoeft, P.C. | 1.25 | Review Roberson/Freightline agreements and telephone conference with G. Wittenbrink regarding same; review Volvo counterclaims and draft letter to G. Wittenbrink regarding same. |
| 09/04/02 | S. Hoeft, P.C. | 0.50 | Office conference with R. O'Meara regarding counterclaims and begin drafting answer. |
| 09/04/02 | R. O'Meara | 0.25 | Confer with S. Hoeft regarding Volvo's counterclaim. |
| 09/05/02 | S. Hoeft, P.C. | 1.50 | Draft answers to counterclaim of Volvo Truck and Volvo Services. |
| 09/05/02 | R. O'Meara | 0.50 | Review counterclaims filed by Volvo; Confer with S. Hoeft re: ramifications of same. |
| 09/06/02 | S. Hoeft, P.C. | 1.25 | Office conference with S. Handler regarding strategy; revise answers to Truck and Service counterclaims. |
| 09/06/02 | S. Handler, P.C. | 0.25 | Office conference with S. Hoeft re strategy as to answer to counterclaim. |
| 09/06/02 | R. O'Meara | 0.25 | Confer with S. Hoeft re: documents and new truck agreement; TC to G. Wittenbrink re: same. me. |
| 09/09/02 | S. Hoeft, P.C. | 0.25 | Review answers to counterclaims; draft letter to G. Wittenbrink regarding same. |
| 09/09/02 | R. O'Meara | 0.25 | Confer with S. Hoeft re: discovery; telephone conference with G. Wittenbrink re: truck sale agreement. |
| 09/10/02 | R. O'Meara | 0.50 | Message from R. Villa regarding extension of time; Message to R. Villa regarding same; Confer with S. Hoeft regarding new truck agreement; Telephone conference with G. Wittenbrink regarding same; Review same. |
| 09/11/02 | R. O'Meara | 0.25 | Review correspondence to G. Wittenbrink; message from W. Plaza; return message to same. |
| 09/16/02 | S. Hoeft, P.C. | 2.75 | Telephone conference regarding answers to |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

1

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1190429
Invoice Date: 10/24/2002

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | counterclaims; prepare Rule 30(b)(6) deposition examination. |
| 09/17/02 | S. Hoeft, P.C. | 4.75 | Office conference with R. O'Meara regarding answers to counterclaims; prepare outline for Volvo depositions; prepare chronology. |
| 09/18/02 | R. O'Meara | 1.50 | Review, edit and revise answers to counterclaims filed by Volvo; confer with S. Hoeft re same and guranty; review correspondence from R. Villa re document return; confer with S. Fitzhenry re same; correspondence to J. Tock re filing and service of answers. |
| 09/18/02 | S. Hoeft, P.C. | 4.50 | Telephone conference with G. Wittenbrink and C. Hanlin regarding Volvo and Freightliner issues; review earlier Volvo maintenance agreement regarding lease/purchase and telephone conference with G. Wittenbrink regarding same; complete chronology and deposition outline. |
| 09/19/02 | S. Fitzhenry | 0.75 | Attention to potential redaction of documents per R. O'Meara request. |
| 09/20/02 | S. Hoeft, P.C. | 0.25 | Telephone conferences with G. Wittenbrink regarding case status. |
| 09/20/02 | R. O'Meara | 0.50 | Confer with R. Villa re: discovery responses of Volvo; Confer with S. Hoeft re: same; Investigate document requests; Fax same. |
| 09/23/02 | R. O'Meara | 0.25 | Review correspondence from S. Hoeft re: signed service agreement; Message to counsel for Volvo re: document requests. |
| 09/24/02 | S. Hoeft, P.C. | 0.25 | Read Volvo discovery responses and letter to G. Wittenbrink regarding same. |
| 09/24/02 | R. O'Meara | 0.25 | Message from S. Hoeft re: discovery status; Confer with S. Hoeft re: same. |
| 09/26/02 | S. Hoeft, P.C. | 2.75 | Telephone conferences with G. Wittenbrink and C. Hanlin regarding lease-to-own issues; review Freightliner and Volvo contracts. |
| 09/27/02 | S. Hoeft, P.C. | 1.25 | Review Volvo and Freightliner contracts; telephone conference with G. Wittenbrink and C. Hanlin regarding lease-to-own program. |
| | **Total Hours** | **26.75** | **Total For Services** $11,113.75 |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

2

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1190429
Invoice Date: 10/24/2002

## Costs and Other Charges

| Description | Amount |
|---|---|
| Administrative Support | 112.50 |
| Computer Assisted Research | 5,046.21 |
| Express Mail | 7.50 |
| Facsimile | 27.00 |
| Photocopy | 67.80 |
| Postage | 3.16 |
| Telecommunications | 1.20 |
| **Total Costs and Other Charges** | **$5,265.37** |
| **Total This Invoice** | **$16,379.12** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| S. Fitzhenry | 0.75 | 185.00 | 138.75 |
| S. Handler, P.C. | 0.25 | 495.00 | 123.75 |
| S. Hoeft, P.C. | 21.25 | 445.00 | 9,456.25 |
| R. O'Meara | 4.50 | 310.00 | 1,395.00 |
| **Totals** | **26.75** | | **$11,113.75** |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

3

# McDermott, Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
c/o Roger Roberson
1100 South Roberson Drive
Mahomet, IL 61853

Client:        059848
Invoice:       1199711
Invoice Date:  11/19/2002

## Remittance Copy
### Billing for services rendered through 10/31/2002

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 4,750.00 |
| Total Costs and Other Charges Posted Through Billing Period | 57.01 |
| **Total This Invoice** | **$ 4,807.01** |

| Invoice | Date | | |
|---|---|---:|---:|
| 1190429 | 10/24/2002 | 16,379.12 | |
| Total Outstanding Balance | | | 16,379.12 |
| Total Balance Due | | | $ 21,186.13 |

McDermott, Will & Emery is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott, Will & Emery (Concentration Account)
Harris Trust & Savings Bank
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C. 20005-3096

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
c/o Roger Roberson
1100 South Roberson Drive
Mahomet, IL 61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1199711 |
| Invoice Date: | 11/19/2002 |

## Client Copy
### Billing for services rendered through 10/31/2002

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 4,750.00 |
| Total Costs and Other Charges Posted Through Billing Period | 57.01 |
| **Total This Invoice** | **$ 4,807.01** |

| **Invoice** | **Date** | |
|---|---|---:|
| 1190429 | 10/24/2002 | 16,379.12 |

| | |
|---|---:|
| Total Outstanding Balance | 16,379.12 |
| Total Balance Due | $ 21,186.13 |

McDermott, Will & Emery is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott, Will & Emery (Concentration Account)
Harris Trust & Savings Bank
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C. 20005-3096

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Invoice: 1199711                                                                                         11/19/2002

Client: 059848

Roberson Transportation
c/o Roger Roberson
1100 South Roberson Drive
Mahomet, IL 61853

For Services Rendered in Connection With:

Matter: 0013        Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/10/02 | S. Hoeft, P.C. | 0.50 | Review Freightliner agreement and telephone conference with G. Wittenbrink and C. Hanlin. |
| 10/21/02 | S. Hoeft, P.C. | 0.25 | Letter to G. Wittenbrink regarding Volvo discovery. |
| 10/24/02 | S. Hoeft, P.C. | 0.75 | Office conference with S. Megregian regarding case status; telephone conference with client and S. Megregian regarding case status; settlement and document production |
| 10/24/02 | S. Megregian | 0.50 | Conferences with S Hoeft and Roberson executives regarding questions re case status, issues involving case and alternatives ideas for proceeding with same |
| 10/25/02 | R. O'Meara | 0.50 | Telephone conference with W. Plaza re: protective order and production of documents; confer with S. Hoeft re: same. |
| 10/28/02 | S. Hoeft, P.C. | 0.25 | E-mail to G. Wittenbrink regarding Volvo lease and draft response to Volvo regarding lease termination. |
| 10/29/02 | S. Hoeft, P.C. | 4.50 | Review documents produced by Volvo and Volvo responses to document requests; letter to G. Wittenbrink regarding Volvo documents; review Volvo lease; telephone conference with G. Wittenbrink and C. Hanlin; e-mail to G. Wittenbrink and revise letter regarding Volvo lease and residual value. |
| 10/29/02 | S. Fitzhenry | 0.75 | Attention to the organization of production documents per S. Hoeft. |
| 10/29/02 | R. O'Meara | 1.00 | Confer with S. Hoeft regarding discovery documents, protective order, status of case; Telephone conference with R. Villa regarding production of documents and protective order; Review discovery requests served by plaintiff. |
| 10/30/02 | S. Hoeft, P.C. | 1.50 | Review Volvo lease and demand letter; draft response to |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

1

**McDermott, Will & Emery**

Roberson Transportation                                    Client:       059848
                                                          Invoice:      1199711
                                                     Invoice Date:   11/19/2002

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | same and draft letter to G. Wittenbrink regarding same. |
| 10/30/02 | R. O'Meara | 0.50 | Confer with R. Villa regarding document production and protective order; Note to S. Hoeft regarding same. |
| 10/31/02 | R. O'Meara | 0.25 | Confer with J. Tock regarding status of case; Review email from W. Plaza regarding protective order; Review fax from W. Plaza regarding same. |
| | **Total Hours** | **11.25** | **Total For Services**   $4,750.00 |

### Costs and Other Charges

| Description | Amount |
|---|---|
| Facsimile | 24.00 |
| Photocopy | 30.40 |
| Telecommunications | 2.61 |
| **Total Costs and Other Charges** | **$57.01** |
| **Total This Invoice** | **$4,807.01** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| S. Fitzhenry | 0.75 | 185.00 | 138.75 |
| S. Hoeft, P.C. | 7.75 | 455.00 | 3,526.25 |
| S. Megregian | 0.50 | 505.00 | 252.50 |
| R. O'Meara | 2.25 | 370.00 | 832.50 |
| **Totals** | **11.25** | | **$4,750.00** |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

2