E-FILED
Wednesday, 15 September, 2004  05:10:21 PM
Clerk, U.S. District Court, ILCD

McDermott, Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1243897 |
| Invoice Date: | 04/23/2003 |

## Remittance Copy
### Billing for services rendered through 03/31/2003

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 22,048.75 |
| Total Costs and Other Charges Posted Through Billing Period | 1,747.88 |
| Discount | (11,024.37) |
| **Total This Invoice** | **$ 12,772.26** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

McDermott, Will & Emery

Invoice

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1243897 |
| Invoice Date: | 04/23/2003 |

## Client Copy
### Billing for services rendered through  03/31/2003

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 22,048.75 |
| Total Costs and Other Charges Posted Through Billing Period | 1,747.88 |
| Discount | (11,024.37) |
| **Total This Invoice** | **$ 12,772.26** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

**McDermott, Will & Emery**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Invoice: 1243897                                                      04/23/2003

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

For Services Rendered in Connection With:

Matter: 0013          Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/03/03 | S. Fitzhenry | 0.75 | Attention to the organization of production documents. |
| 03/03/03 | R. O'Meara | 1.00 | Confer with C. Hanlin re: illegible documents; Review new versions of same; Review correspondence and additional documents from B. Griffin re: Jan. 10 offer; Review production for same; Confer with S. Fitzhenry for bates labeling and production of same. |
| 03/04/03 | S. Fitzhenry | 0.75 | Attention to production of additional documents per R. O'Meara request. |
| 03/06/03 | E. Staggs | 1.50 | Created index of Roberson production documents. |
| 03/07/03 | E. Staggs | 2.00 | Review of correspondence to determine dates of Roberson production for index. |
| 03/10/03 | S. Hoeft, P.C. | 4.00 | Prepare deposition outline for Volvo executive. |
| 03/10/03 | R. O'Meara | 0.50 | Review pleadings filed by Volvo requesting additional time; Telephone call to counsel for Volvo re: same and discovery extension. |
| 03/11/03 | S. Hoeft, P.C. | 1.50 | Review Volvo documents for preparing deposition outline |
| 03/12/03 | S. Hoeft, P.C. | 4.50 | Review Volvo documents for deposition outline and chronology; office conference with R. O'Meara regarding subpoena and deposition notices. |
| 03/12/03 | R. O'Meara | 3.50 | Review case documents in preparation of deposition outlines. |
| 03/13/03 | S. Hoeft, P.C. | 5.50 | Review Volvo documents; prepare chronology, and prepare for depositions. |
| 03/13/03 | R. O'Meara | 3.75 | Draft correspondence to counsel for Volvo responding to requests for documents and requesting additional information and deposition dates; draft deposition notice and 30(b)(6) notices and certificates of service re: same; confer with S. Hoeft re: all of the above and subpoenas; |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • San Diego • Silicon Valley • Washington, D.C.

1

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1243897
Invoice Date: 04/23/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | telephone conversation with R. Villa re: same; telephone message to J. Tock re: deposition scheduling. |
| 03/14/03 | S. Hoeft, P.C. | 5.00 | Revise deposition motion; prepare for Volvo depositions; compare contract terms and agreements. |
| 03/14/03 | R. O'Meara | 2.25 | Edit and revise deposition notices, 30(b)(6) notice and letter to Volvo re: discovery issues; arrange for mailing and service of same; confer with S. Fitzhenry re document imaging services and quotes; confer with S. Hoeft re: all of the above. |
| 03/14/03 | A. Albrecht | 2.00 | Telephone conference with Stephen Fitzhenry regarding RFP for 6,000 pages to be scanned/imaged/coded and possibly OCR processed; prepared draft RFP; several telephone conferences with Stephen Fitzhenry to clarify different points in RFP; e-mailed draft RFP to Christopher Nordstrom for review and final revision; e-mailed RFP on Christopher Nordstrom's behalf to four vendors; e-ail to Christopher Nordstrom. |
| 03/14/03 | S. Fitzhenry | 1.00 | Attention to R. O'Meara request for database creation; request PDFs for various vendors. |
| 03/17/03 | R. O'Meara | 0.50 | Review correspondence from counsel for plaintiff and supplemental discovery requests. |
| 03/17/03 | S. Fitzhenry | 3.00 | Attention to document comparison of certain Roberson documents to documents produced by Volvo per S. Hoeft instruction |
| 03/18/03 | S. Fitzhenry | 0.50 | Attention to Volvo documents and certain Roberson documents per S. Hoeft request. |
| 03/19/03 | S. Hoeft, P.C. | 0.25 | Review Volvo supplemental discovery responses and letter to B. Griffin. regarding same. |
| 03/20/03 | S. Hoeft, P.C. | 1.00 | Revise and proof master chronology for depositions. |
| 03/20/03 | S. Fitzhenry | 0.75 | Attention to review of Volvo production documents per S. Hoeft. |
| 03/20/03 | R. O'Meara | 1.00 | Review note from S. Hoeft regarding discovery responses; review same and compare against previous responses; message to S. Hoeft re: same. |
| 03/21/03 | R. O'Meara | 1.25 | Review note from S. Hoeft regarding supplemental discovery responses; Review and compare same to original responses; Message to S. Hoeft regarding same. |
| 03/24/03 | S. Hoeft, P.C. | 0.75 | Review Volvo motions to dismiss and briefs; draft letter to client regarding same. |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

2

# McDermott, Will & Emery

Roberson Transportation

Client:   059848
Invoice:  1243897
Invoice Date:  04/23/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/24/03 | R. O'Meara | 3.50 | Prepare subpoena for service on Missouri Truck Centers; prepare rider requesting documents for same; draft motion to extend discovery dates; check local rules re: same; telephone message to J. Tock re: subpoena service in Missouri; message to S. Hoeft re: same; review discovery responses of Volvo; telephone call to plaintiff re: scheduling and motion to extend; edit and revise 30b6 deposition notice. |
| 03/25/03 | S. Hoeft, P.C. | 0.25 | Office conference with R. O'Meara and revise motion to extend and subpoena |
| 03/25/03 | R. O'Meara | 2.75 | Confer with S. Hoeft re: motion to dismiss, subpoena and motion to extend dates; Edit and revise subpoena and motion to extend; Review scheduling dates re: same; Check rules re: subpoena and contact local counsel re: same; Draft Rule 37 correspondence to counsel for Volvo re: deposition scheduling and motion to extend. |
| 03/25/03 | E. Staggs | 4.00 | Attention to comparison of Roberson and Volvo production documents. |
| 03/26/03 | E. Staggs | 3.00 | Attention to comparison of Roberson and Volvo production documents. |
| 03/26/03 | R. O'Meara | 1.75 | Review correspondence from W. Plaza re: discovery; Respond to same; Confer with S. Hoeft re: same; Multiple conferences with St. Louis counsel re: subpoena; Review rules re: same |
| 03/27/03 | S. Hoeft, P.C. | 0.25 | Office conference with R. O'Meara regarding discovery and response to motion to dismiss. |
| 03/27/03 | R. O'Meara | 0.50 | Confer with S. Hoeft re: status, motion to dismiss and to do items. |
| 03/28/03 | R. O'Meara | 0.25 | Review correspondence from W. Plaza re: motion to extend and discovery. |
| 03/31/03 | R. O'Meara | 1.25 | Review email from W. Plaza and changes to motion to extend; review and analyze motions to dismiss amended complaint. |
| | **Total Hours** | **66.00** | **Total For Services**    **$22,048.75** |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

3

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1243897
Invoice Date: 04/23/2003

**Costs and Other Charges**

| Description | Amount |
|---|---|
| Computer Assisted Research | 938.30 |
| Facsimile | 21.00 |
| Photocopy | 775.12 |
| Postage | 11.05 |
| Telecommunications | 2.41 |
| **Total Costs and Other Charges** | **$1,747.88** |
| **Total This Invoice** | **$23,796.63** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. Albrecht | 2.00 | 170.00 | 340.00 |
| S. Fitzhenry | 6.75 | 185.00 | 1,248.75 |
| S. Hoeft, P.C. | 23.00 | 455.00 | 10,465.00 |
| R. O'Meara | 23.75 | 370.00 | 8,787.50 |
| E. Staggs | 10.50 | 115.00 | 1,207.50 |
| **Totals** | **66.00** | | **$22,048.75** |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

4

# McDermott, Will & Emery

| | |
|---|---|
| | **Invoice** |
| | 600 13th Street, N.W. |
| | Washington, D.C. 20005-3096 |
| | 202-756-8000 |
| Roberson Transportation | Client: 059848 |
| c/o Brian Griffin | Invoice: 1254598 |
| 1100 South Roberson Drive | Invoice Date: 05/21/2003 |
| Mahomet, IL 61853 | |

## Remittance Copy
### Billing for services rendered through 04/30/2003

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 37,827.50 |
| Total Costs and Other Charges Posted Through Billing Period | 2,443.44 |
| Discount | (18,913.75) |
| **Total This Invoice** | **$ 21,357.19** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
202-756-8000

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

Client:         059848
Invoice:        1254598
Invoice Date:   05/21/2003

## Client Copy
### Billing for services rendered through  04/30/2003

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 37,827.50 |
| Total Costs and Other Charges Posted Through Billing Period | 2,443.44 |
| Discount | (18,913.75) |
| **Total This Invoice** | **$ 21,357.19** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

## McDermott, Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Invoice: 1254598                                          05/21/2003

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

For Services Rendered in Connection With:

Matter: 0013            Volvo Contract

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 04/01/03 | S. Fitzhenry | 0.75 | Attention to R. O'Meara's request for Bates ranges of production documents. |
| 04/01/03 | E. Staggs | 3.00 | Attention to comparison of Roberson production documents to Volvo documents to identify missing documents |
| 04/01/03 | R. O'Meara | 1.75 | Review and analyze email and motion from W. Plaza re extension of time; Edit and revise same; Telephone call to same; Review case law on motion to dismiss issues. |
| 04/02/03 | R. O'Meara | 0.25 | Review email correspondence from W. Plaza. |
| 04/04/03 | R. O'Meara | 4.00 | Edit and revise motion to extend dates; draft correspondence to W. Plaza re same, deposition dates, motion to compel and discovery issues; edit and revise subpoena and rider to MTC and arrange for service of same; note to S. Hoeft re update of all of the above. |
| 04/04/03 | E. Staggs | 3.50 | Attention to organization and comparison of Roberson and Volvo documents. |
| 04/08/03 | S. Hoeft, P.C. | 0.25 | Telephone conference with B. Seldom of Seldan Fox regarding expert opinion. |
| 04/08/03 | S. Fitzhenry | 2.50 | Attention to S. Hoeft request for documents in connection with depositions. |
| 04/10/03 | S. Hoeft, P.C. | 5.50 | Telephone conference with B. Griffin regarding Volvo depositions; telephone conference with C. Hanlin regarding depositions and office conference with R. O'Meara regarding same; prepare outline for P. Taylor and S. Warren depositions. |
| 04/10/03 | S. Fitzhenry | 0.75 | Attention to preparation of materials to be used in upcoming depositions per S. Hoeft. |
| 04/10/03 | R. O'Meara | 2.00 | Conference with S. Hoeft regarding deposition scheduling discovery and briefing schedules; Prepare |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

1

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1254598
Invoice Date: 05/21/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | correspondence to W. Plaza regarding same; Multiple conversations with W. Plaza regarding same; Review documents produced and correspondence from W. Plaza regarding same. |
| 04/10/03 | E. Staggs | 4.50 | Attention to the preparation and organization of documents to be used in upcoming deposition. |
| 04/11/03 | S. Fitzhenry | 4.75 | Attention to the preparation and organization of documents to be used in upcoming deposition per S. Hoeft. |
| 04/11/03 | S. Hoeft, P.C. | 6.75 | Review Roberson and Volvo documents for depositions; select exhibits. |
| 04/11/03 | E. Fleischer | 2.00 | Attention to review and organization of documents for use at deposition |
| 04/11/03 | R. O'Meara | 1.25 | Multiple conferences with W. Plaza re: discovery and deposition issues; Review disks and documents produced by Volvo; Message to S. Fitzhenry re same. |
| 04/11/03 | E. Staggs | 4.00 | Attention to the preparation and organization of documents to be used in upcoming depositions. |
| 04/14/03 | E. Fleischer | 5.00 | Attention to review and organization of documents to be used at depositions |
| 04/14/03 | S. Hoeft, P.C. | 4.75 | Prepare for Volvo deposition. |
| 04/14/03 | S. Fitzhenry | 5.75 | Attention to the organization of documents to be used during discovery; attention to the review of documents to be included in deposition. |
| 04/14/03 | E. Staggs | 5.00 | Attention to organization of deposition exhibits. |
| 04/14/03 | S. Katzbeck | 0.25 | Upload new documents to server for review. |
| 04/15/03 | E. Fleischer | 3.25 | Attention to review and organization of documents to be used at depositions |
| 04/15/03 | S. Hoeft, P.C. | 8.00 | Prepare for Taylor, Warren and Tedder depositions; travel to Greensboro. |
| 04/15/03 | R. O'Meara | 1.25 | Confer with S. Fitzhenry re document production and disks; Confer with S. Hoeft in preparation of deposition re strategy and issues; Confirm court reporters for same. |
| 04/15/03 | S. Fitzhenry | 5.00 | Attention to the organization of documents to be used in upcoming depositions per S. Hoeft instructions; attention to Volvo Transportation counterclaim requested by S. Hoeft for use in upcoming deposition. |
| 04/15/03 | S. Katzbeck | 2.50 | Review and analyze documents for document review; upload new coded data to 3rd party database and expert |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

2

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1254598
Invoice Date: 05/21/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | database. |
| 04/16/03 | S. Hoeft, P.C. | 8.50 | Meeting with C. Hanlin; depose P. Taylor and S. Warren; prepare for Tedder deposition. |
| 04/16/03 | R. O'Meara | 0.25 | Confirm deposition dates of Volvo witnesses. |
| 04/17/03 | S. Hoeft, P.C. | 9.00 | Prepare for and depose R. Tedder; return to Chicago. |
| 04/17/03 | R. O'Meara | 0.75 | Confer with paralegals re document production disks; confer with counsel for MTC re response to subpoena; review fax re same. |
| 04/18/03 | S. Hoeft, P.C. | 0.25 | Office conference with R. O'Meara regarding depositions and response to motion to dismiss. |
| 04/18/03 | R. O'Meara | 0.25 | Confer with S. Hoeft re: depositions of Volvo witnesses. |
| 04/21/03 | S. Hoeft, P.C. | 0.75 | Telephone conference with B. Griffin regarding depositions and telephone conference with W. Plaze regarding new depositions; review R. Tedde deposition tape. |
| 04/24/03 | S. Hoeft, P.C. | 0.50 | Telephone conference with attorney representing Great Southern Truck; telephone conference with S. Megregian regarding case status. |
| 04/29/03 | S. Hoeft, P.C. | 0.25 | Draft audit response to reflect counterclaim |
| 04/29/03 | R. O'Meara | 5.75 | Review and analyze motions to dismiss brought by Volvo Truck and Volvo Service; review cases cited by same; begin drafting response brief. |
| 04/30/03 | T. LeRoy | 1.25 | Research the effect of attaching documents to a response to motion to dismiss. |
| 04/30/03 | S. Hoeft, P.C. | 0.25 | Office conference with R. O'Meara regarding response to motion to dismiss. |
| 04/30/03 | R. O'Meara | 7.75 | Confer with counsel for MTC re: response to third party subpoena; confer with local counsel re: same; draft response to motions to dismiss; confer with S. Hoeft re: same. |

| | | Total Hours | 123.75 | Total For Services | $37,827.50 |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Audio/Visual Fee | 234.40 |
| Computer Assisted Research | 105.61 |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1254598
Invoice Date: 05/21/2003

| Description | Amount |
|---|---|
| Express Mail | 9.29 |
| Facsimile | 2.00 |
| Miscellaneous Disbursements including: PAYEE: Document Technologies, Inc.; REQUEST#: 577547; DATE: 4/18/2003 - Copies | 427.55 |
| Photocopy | 247.40 |
| Postage | 1.71 |
| Subpoena Fee | 50.00 |
| Telecommunications | 10.00 |
| Travel Expenses | 1,355.48 |
| **Total Costs and Other Charges** | **$2,443.44** |
| **Total This Invoice** | **$40,270.94** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| S. Fitzhenry | 19.50 | 185.00 | 3,607.50 |
| E. Fleischer | 10.25 | 145.00 | 1,486.25 |
| S. Hoeft, P.C. | 44.75 | 455.00 | 20,361.25 |
| S. Katzbeck | 2.75 | 170.00 | 467.50 |
| T. LeRoy | 1.25 | 210.00 | 262.50 |
| R. O'Meara | 25.25 | 370.00 | 9,342.50 |
| E. Staggs | 20.00 | 115.00 | 2,300.00 |
| **Totals** | **123.75** | | **$37,827.50** |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

4