# MCDERMOTT, WILL & EMERY

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1281951 |
| Invoice Date: | 08/13/2003 |

## Remittance Copy
Billing for services rendered through 07/31/2003

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 33,635.00 |
| Total Costs and Other Charges Posted Through Billing Period | 4,695.09 |
| Discount | (16,817.50) |
| **Total This Invoice** | **$ 21,512.59** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

## McDermott, Will & Emery

| | |
|---|---|
| | **Invoice** |
| | 600 13th Street, N.W. |
| | Washington, D.C. 20005-3096 |
| | 202-756-8000 |

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

Client:        059848
Invoice:       1281951
Invoice Date:  08/13/2003

# Client Copy
## Billing for services rendered through 07/31/2003

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 33,635.00 |
| Total Costs and Other Charges Posted Through Billing Period | 4,695.09 |
| Discount | (16,817.50) |
| **Total This Invoice** | **$ 21,512.59** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

## McDermott, Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Invoice: 1281951                                                                08/13/2003

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

For Services Rendered in Connection With:

Matter: 0013        Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/01/03 | S. Hoeft, P.C. | 0.25 | Telephone conference with G. Wittenbrink and e-mail to Volvo attorney regarding deposition; revise amendment and motion for leave to amend. |
| 07/01/03 | J. Fisher | 0.75 | Discuss revisions to motion to amend complaint and amendments with S. Hoeft; revise same. |
| 07/02/03 | S. Hoeft, P.C. | 0.25 | Telephone conference with B. Griffin regarding amendment to complaint; exchange e-mails with Volvo attorney regarding G. Wittenbrink dep.; exchange voice mails with G.W. regarding deposition. |
| 07/02/03 | A. Bouchard | 0.50 | Office conference with Joe Fisher to discuss assignment regarding research on whether a corporate entity has a duty to inform customer about possible problems with the contract procedure; familiarize self with case by reviewing |
| 07/02/03 | J. Fisher | 3.00 | Telephone conference with J. Tock regarding filing amendments to complaint; office conference with A. Bourchard regarding research for potential fraud claim; review deposition transcript. |
| 07/03/03 | A. Bouchard | 3.50 | Read complaint for assignment; research Illinois and 7th Circuit law regarding the duty a corporate entity owes to give complete information in a transaction. |
| 07/03/03 | S. Hoeft, P.C. | 0.25 | Letter to B. Griffin regarding deposition transcripts; telephone conference with W. Wittenbrink and e-mail to Volvo attorney regarding G.Wittenbrink deposition. |
| 07/07/03 | E. Fleischer | 2.00 | Organize exhibits to B. Griffin deposition and create index of same, per S. Fitzhenry's request |
| 07/07/03 | A. Bouchard | 2.00 | Research regarding the duty a corporation owes to its customers in misrepresentations made regarding contract agreement; research regarding the lack of communication |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

1

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1281951
Invoice Date: 08/13/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | between and among individuals in the same company that led to misrepresentations made to customer; office conference with Joe Fisher to discuss research. |
| 07/07/03 | S. Fitzhenry | 1.25 | Attention to the witness files of B. Griffin and related deposition exhibits; attention to data entry of related testing and exhibits. |
| 07/07/03 | J. Fisher | 0.75 | Review motion to extend dispositive motion date; office conference with Hoeft regarding same. |
| 07/08/03 | E. Fleischer | 0.50 | Organize exhibits to B. Griffin deposition and create index of same, per S. Fitzhenry's request |
| 07/08/03 | S. Hoeft, P.C. | 0.75 | Review B. Griffin calendar entries; revise reply to Volvo motion to extend deadline; telephone conference with G.W. and e-mail to Volvo counsel regarding deposition. |
| 07/08/03 | J. Fisher | 2.00 | Review court order denying prior motion to extend discovery; draft response to Volvo's motion to extend dispositive motion date. |
| 07/08/03 | S. Fitzhenry | 4.75 | Attention to redactions of B. Griffin calendar per S. Hoeft instructions. |
| 07/09/03 | S. Fitzhenry | 4.75 | Attention to the organization of the Griffin witness file and related exhibits; attention to redactions to B. Griffin calendar per S. Hoeft. |
| 07/10/03 | S. Hoeft, P.C. | 1.50 | Telephone conferences with G. Wittenbrink and C. Hanlin, and exchange e-mails with Volvo attorney regarding discovery; draft and revise response to Volvo Truck's and Volvo Service's second set of document requests. |
| 07/10/03 | S. Fitzhenry | 0.75 | Attention to S. Hoeft request for materials relating to B. Griffin. |
| 07/11/03 | E. Fleischer | 0.25 | Assist S. Hoeft with organizing and copying of B. Griffin deposition exhibits to be used at witness interview |
| 07/11/03 | S. Hoeft, P.C. | 6.50 | Prepare outline for G. Wittenbrink deposition; select documents, and meeting with G. Wittenbrink regarding deposition preparation. |
| 07/11/03 | S. Fitzhenry | 0.75 | Attention to documents requested by S. Hoeft regarding Griffin deposition; attention to documents to be used in W. Hemby preparation session per S. Hoeft. |
| 07/12/03 | S. Hoeft, P.C. | 7.00 | Meeting with G. Wittenbrink and defend Wittenbrink deposition. |
| 07/14/03 | S. Fitzhenry | 2.25 | Attention to redaction of B. Griffin calendar per S.Hoeft |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

2

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1281951
Invoice Date: 08/13/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | instructions. |
| 07/15/03 | S. Hoeft, P.C. | 0.25 | Read Volvo response to motion to amend. |
| 07/15/03 | J. Fisher | 2.75 | Review Volvo's response to motion to amend; review B. Griffen deposition regarding same. |
| 07/16/03 | S. Hoeft, P.C. | 4.00 | Telephone conferences with C. Hanlin; e-mails to W. Plaza regarding discovery; review documents produced by Volvo for deposition. |
| 07/16/03 | J. Fisher | 3.75 | Office conference with Hoeft regarding reply brief to motion to amend; review Def's brief and case law cited therein; research for reply brief; review Griffen deposition in preparation for drafting same. |
| 07/17/03 | S. Hoeft, P.C. | 4.75 | Prepare for Volvo deposition; exchange e-mails with Volvo's attorney regarding same. |
| 07/17/03 | S. Fitzhenry | 2.75 | Attention to the additional documents for upcoming depositions per S. Hoeft; attention to audio tape of voicemails per S. Hoeft; telephone conference with court reporter for upcoming deposition. |
| 07/17/03 | E. Staggs | 1.75 | Attention to the organization of additional documents for upcoming depositions. |
| 07/17/03 | J. Fisher | 2.50 | Draft Reply brief to motion to amend. |
| 07/18/03 | E. Fleischer | 1.25 | Review and organize documents to be used by S. Hoeft at upcoming deposition |
| 07/18/03 | S. Hoeft, P.C. | 6.25 | Prepare for McNamara deposition; exchange e-mails with Volvo attorney; revise reply in support of motion to amend. |
| 07/18/03 | J. Fisher | 3.50 | Draft Reply brief to motion to amend; revise/edit same. |
| 07/21/03 | J. Fisher | 3.00 | Revise reply brief per Hoeft's comments; send same to local counsel for filing; telephone conference with Tock regarding same; message to Hoeft regarding additional revisions to brief per Tock's comments; conference with Hoeft and client regarding strategy for discovery/trial issues; additional revisions to reply brief per Hoeft and Tock. |
| 07/21/03 | S. Hoeft, P.C. | 3.50 | Prepare for McNamara deposition; telephone conferences with W. Plaza, S. Megregian, B. Griffin and C. Hanlin regarding cancellation; telephone conference with J. Tock; draft response to Volvo regarding cancellation. |
| 07/21/03 | S. Fitzhenry | 0.75 | Attention to preparation of documents for upcoming depositions per S. Hoeft; telephone conference with court |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

3

# McDermott, Will & Emery

Roberson Transportation

Client:  059848
Invoice:  1281951
Invoice Date:  08/13/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | reporting service regarding deposition schedule. |
| 07/21/03 | E. Staggs | 0.50 | Attention to the preparation of documents for upcoming depositions. |
| 07/21/03 | S. Megregian | 1.00 | Various conferences with S Hoeft re strategy for proceeding with Volvo litigation in light of discovery cut off; discuss strategies with S Hoeft and B Griffin |
| 07/22/03 | S. Hoeft, P.C. | 1.00 | Draft motion for sanctions. |
| 07/22/03 | S. Fitzhenry | 0.75 | Attention to pleadings requested by S. Hoeft. |
| 07/23/03 | S. Hoeft, P.C. | 1.25 | Revise motion for sanctions and letter to Plaza regarding depositions. |
| 07/23/03 | S. Fitzhenry | 1.75 | Attention to the organization of case file; organization of witness files; organization of court pleadings. |
| 07/25/03 | J. Fisher | 0.25 | Telephone conference with Tock regarding denial of motion for leave and strategic options. |
| 07/28/03 | S. Megregian | 0.25 | Review draft motion to compel testimony; voicemail to S Hoeft re same |
| 07/29/03 | M. Pope, P.C. | 0.25 | Confer with Hoeft re strategy for discovery after cut-off date. |
| 07/29/03 | S. Hoeft, P.C. | 0.75 | Telephone conference with S. Megregian and B. Griffin and office conference with M. Pope regarding McNamara deposition; office conference with J. Fitzpatrick regarding objections to Magistrate's report; letter to G. Witttenbrink regarding deposition transcript. |
| 07/29/03 | J. Fisher | 2.50 | Review order denying leave to amend; review local rules regarding appealing same; draft motion and memorandum regarding same. |
| 07/29/03 | S. Megregian | 1.00 | Various conferences with S Hoeft to discuss potential strategy of possible motion to compel discovery verses concluding all discovery; conference with S Hoeft and B Griffin regarding assessment of recommendations re motions to compel discovery and effect on trial strategy |
| 07/30/03 | S. Hoeft, P.C. | 0.75 | Revise objection to magistrate's ruling regarding amended complaint. |
| 07/31/03 | J. Fisher | 1.25 | Revise motion and memorandum re appeal of leave to amend per S. Hoeft's comments; send same to local counsel for filing. |
| 07/31/03 | S. Hoeft, P.C. | 0.25 | Revise objection to ruling on motion to amend. |

**Total Hours**    100.50      **Total For Services**    **$33,635.00**

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1281951
Invoice Date: 08/13/2003

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| A. Bouchard | 6.00 | 195.00 | 1,170.00 |
| J. Fisher | 26.00 | 335.00 | 8,710.00 |
| S. Fitzhenry | 20.50 | 185.00 | 3,792.50 |
| E. Fleischer | 4.00 | 145.00 | 580.00 |
| S. Hoeft, P.C. | 39.25 | 455.00 | 17,858.75 |
| S. Megregian | 2.25 | 505.00 | 1,136.25 |
| M. Pope, P.C. | 0.25 | 515.00 | 128.75 |
| E. Staggs | 2.25 | 115.00 | 258.75 |
| **Totals** | **100.50** | | **$33,635.00** |

## Costs and Other Charges

| Description | Amount |
|---|---:|
| Outside Copy Services | 696.90 |
| VENDOR: Legalink Chicago; INVOICE#: 14011374; DATE: 7/8/2003 - copying | |
| Outside Copy Services | 129.32 |
| VENDOR: Document Technologies, Inc.; INVOICE#: 81077; DATE: 7/17/2003 - Copying | |
| Computer Assisted Research | 3,305.22 |
| Facsimile | 80.00 |
| Meeting Expenses | 32.93 |
| Messenger/Courier | 5.50 |
| Photocopy | 176.20 |
| Postage | 6.55 |
| Telecommunications | 11.88 |
| Travel Expenses | 250.59 |
| **Total Costs and Other Charges** | **$4,695.09** |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

5

June 2003

## MCDERMOTT, WILL & EMERY
## DISCLOSURE NOTICE

Pursuant to the Gramm-Leach-Bliley Act, Public Law Number 106-102, and the regulations issued by the Federal Trade Commission regarding the Privacy of Consumer Financial Information, 16 C.F.R., Part 313, firms which provide tax preparation and tax planning or certain real estate services to their clients are categorized as financial service providers and required to provide written notices to individual clients regarding disclosure of non-public personal information. Although the applicability of those rules to law firms is uncertain, we have elected to provide a Notice in certain situations.

As attorneys, we receive non-public information about our clients from them, and with their authorization, from third parties, such as accountants, financial advisors, insurance agents, banking institutions, and other advisors. We do not disclose any non-public personal information about our clients or former clients to anyone except as authorized or directed by that client. If we are authorized by our clients, we may disclose non-public personal information to unrelated third parties, such as accountants, financial advisors, insurance agents, or government authorities in connection with our work. We restrict access to non-public personal information about our clients to those persons within our law firm who need to know the information in order to provide the requested legal services. We maintain safeguards that comply with law and our rules of ethics to guard the non-public personal information contained in our client files.

## ATTORNEY-CLIENT PRIVILEGE

While the foregoing federal laws and regulations establish rules and non-disclosure requirements, they do not limit the attorney-client privilege or the confidentiality rules applicable to information provided to attorneys. The privilege and confidentiality rules are governed by state law, the rules imposed on attorneys under state law and our ethics standards. In circumstances where applicable federal laws might allow disclosure, we will continue to follow the stricter non-disclosure rules of attorney-client privilege and client confidentiality.

McDermott, Will & Emery

| | Invoice |
|---|---|
| | 600 13th Street, N.W. |
| | Washington, D.C. 20005-3096 |
| | 202-756-8000 |

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

Client:       059848
Invoice:      1292818
Invoice Date: 09/16/2003

## Remittance Copy
### Billing for services rendered through 08/31/2003

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 11,102.50 |
| Total Costs and Other Charges Posted Through Billing Period | 714.99 |
| Discount | (5,597.50) |
| **Total This Invoice** | **$ 6,219.99** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Invoice: 1292818                                                              09/16/2003

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

For Services Rendered in Connection With:

Matter: 0013      Volvo Contract

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 08/04/03 | S. Hoeft, P.C. | 5.50 | Read and summarize B Griffin deposition; e-mails with C. Hanlin regarding damages. |
| 08/05/03 | S. Hoeft, P.C. | 1.00 | Summarize B Griffin testimony. |
| 08/07/03 | S. Hoeft, P.C. | 2.50 | Read and outline B. Griffin deposition. |
| 08/08/03 | S. Hoeft, P.C. | 3.50 | Read and summarize G. Wittenbrink deposition. |
| 08/11/03 | S. Hoeft, P.C. | 0.25 | Telephone conference with C. Hanlin regarding damages calculation. |
| 08/15/03 | S. Hoeft, P.C. | 0.50 | Read Magistrate Judge recommendations regarding motion to dismiss; office conference with J Fisher and letter to B. Griffin regarding same. |
| 08/15/03 | J. Fisher | 0.75 | Review report and recommendation of Magistrate Judge; research re consumer fraud claim for punitive damages and attorneys' fees. |
| 08/18/03 | S. Hoeft, P.C. | 0.25 | Office conference with J.Fisher regarding Consumer Fraud claim and objection to report and recommendations. |
| 08/19/03 | J. Fisher | 0.50 | Research regarding consumer fraud jury trial issues |
| 08/20/03 | J. Fisher | 3.75 | Draft opposition to magistrates report and recommendation for dismissal of Count II; research regarding same; review Court's pre-trial order. |
| 08/21/03 | S. Hoeft, P.C. | 0.75 | Revise objection to Magistrate Judge's recommendation; office conference with JF regarding witness exhibits, motion. |
| 08/21/03 | J. Fisher | 2.25 | Revise motion in opposition to magistrates recommendation and ruling re estoppel count; send same to Tock for filing; office conference with Hoeft regarding trial preparation and pretrial order. |
| 08/21/03 | S. Megregian | 0.50 | Reviewing correspondence from Steve Have regarding |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

1

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1292818
Invoice Date: 09/16/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/22/03 | S. Hoeft, P.C. | 3.50 | Judge's decision; discuss strategy with Steve Have. Draft examination of Eckert; draft examination of Braunsberg. |
| 08/25/03 | S. Hoeft, P.C. | 0.25 | Read Volvo renewed summary judgment motion and letter to B. Griffin regarding same. |
| 08/25/03 | A. Frakes | 0.50 | Office conference with J. Fisher regarding research and preparation of pre-trial memorandum. |
| 08/26/03 | S. Megregian | 0.25 | Review correspondence and order pending trial |

| | Total Hours | 26.50 | Total For Services | $11,102.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Fisher | 7.25 | 335.00 | 2,428.75 |
| A. Frakes | 0.50 | 210.00 | 105.00 |
| S. Hoeft, P.C. | 18.00 | 455.00 | 8,190.00 |
| S. Megregian | 0.75 | 505.00 | 378.75 |
| **Totals** | **26.50** | | **$11,102.50** |

### Costs and Other Charges

| Description | Amount |
|---|---|
| Obtain Copy of Transcripts | 382.95 |
| VENDOR: Legalink Chicago; INVOICE#: 14012627; DATE: 7/30/2003 - Copy of Transcript | |
| Outside Copy Services | 82.32 |
| VENDOR: Copy Corps of Illinois; INVOICE#: 0044941-IN; DATE: 4/11/2003 - Full service heavy litigation | |
| Computer Assisted Research | 148.17 |
| Facsimile | 12.00 |
| Meeting Expenses | 9.88 |
| Photocopy | 65.20 |
| Postage | 0.60 |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1292818
Invoice Date: 09/16/2003

| Description | Amount |
|---|---|
| Telecommunications | 13.87 |
| **Total Costs and Other Charges** | **$714.99** |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

3