# McDermott, Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

Client:        059848
Invoice:       1325516
Invoice Date:  12/17/2003

## Remittance Copy
### Billing for services rendered through 11/30/2003

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 101,621.25 |
| Total Costs and Other Charges Posted Through Billing Period | 1,614.70 |
| Discount | (50,810.62) |
| **Total This Invoice** | **$ 52,425.33** |

McDermott, Will & Emery is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

Client:        059848
Invoice:       1325516
Invoice Date:  12/17/2003

## Client Copy
### Billing for services rendered through 11/30/2003

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 101,621.25 |
| Total Costs and Other Charges Posted Through Billing Period | 1,614.70 |
| Discount | (50,810.62) |
| **Total This Invoice** | **$ 52,425.33** |

McDermott, Will & Emery is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

## McDermott, Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Invoice: 1325516                                               12/17/2003

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

For Services Rendered in Connection With:

Matter: 0013          Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/09/03 | M. Ovalle | 2.25 | Retrieve and copy numerous documents exhibits requested by paralegal for Rooks firm; telephone call with Titus regarding clarification of request. |
| 10/29/03 | M. Ovalle | 1.00 | Organization of documents into files received from records management; organization of defendant's exhibits reviewed and designated by S. Hoeft. |
| 11/03/03 | S. Megregian | 0.50 | Review various additional pleadings; discuss same with S Hoeft |
| 11/03/03 | S. Hoeft, P.C. | 6.25 | Revise response to Motion In Limine No. 10; telephone conference with S. Megregian regarding status; compile Brian Griffin direct and begin drafting C Hanlin direct; study Volvo expert report. |
| 11/03/03 | B. Webster | 1.50 | Conference with S. Hoeft regarding research assignment; research 7th Circuit case law for decisions stating that where evidence is relevant to two issues and one of which the jury is not to consider, jury instructions stating what a jury should and should not consider is a sufficient protection from prejudice thereby precluding the need to bar the jury from hearing the evidence that is relevant to both issues. |
| 11/03/03 | M. Ovalle | 5.25 | Review e-mail from Titus; retrieve documents requested and arrange for delivery of same to Titus; review and assemble documents to conform with plaintiff's Trial Exhibit List submitted with Final Pretrial Order; begin review of all documents on defendants' exhibit list and compare to S. Hoeft's designations as to objections and update chart to reflect same. |
| 11/04/03 | B. Webster | 4.00 | Continue researching 7th Circuit cases regarding limiting |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

1

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1325516
Invoice Date: 12/17/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | instructions as a sufficient protection for prejudicial evidence. |
| 11/04/03 | S. Hoeft, P.C. | 6.75 | Compile draft of C Hanlin direct exam; revise response to Volvo motion; conference with C. Hanlin regarding damages calculation. |
| 11/04/03 | J. Fisher | 3.00 | Review draft opening statement; review Volvo motion for reconsideration; draft response to same. |
| 11/04/03 | M. Ovalle | 6.75 | Review every exhibit on defendants' exhibit list and compare to S. Hoeft's designations as to objections and update chart to reflect same; copy additional exhibits added by defendants for S. Hoeft's review; note exhibits marked as joint exhibits. |
| 11/05/03 | B. Webster | 0.25 | Conference with S. Hoeft regarding research findings. |
| 11/05/03 | S. Handler, P.C. | 0.25 | Office conference with S. Hoeft re trial strategy. |
| 11/05/03 | S. Hoeft, P.C. | 3.75 | Office conference with JF regarding motion to bar expert; revise responses to defense motions; revise objection to Volvo exhibits. |
| 11/05/03 | J. Fisher | 4.25 | Conference with Hoeft regarding trial issues; draft/edit response to motion to compel; draft motion to bar expert; review expert report; review response to motion in limine #10. |
| 11/05/03 | M. Ovalle | 2.50 | Conference with J. Fisher regarding preparation of trial exhibits for scanning; refile all documents previously pulled; begin organizing plaintiff's exhibits to be used at trial. |
| 11/06/03 | S. Hoeft, P.C. | 5.25 | Meeting with JF and graphics expert; outline rebuttal to damages; revise and proof briefs; revise BG direct examination. |
| 11/06/03 | J. Fisher | 4.50 | Review draft opening statement and prepare for meeting with media consultant; meet with Madhava and Hoeft regarding trial preparation and presentation of case; additional work on responses to Volvo motions prepare same and exhibits for sending to local counsel for filing. |
| 11/06/03 | M. Ovalle | 6.50 | Review plaintiff's response to defendant's Motions in Limine No. 10 and retrieve all exhibits referenced; conference with J. Fisher regarding preparation of trial exhibits; telephone call with Judge's clerk regarding marking of trial exhibits; arrange for preparation of |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Milan • Munich • New York
Orange County • Rome • San Diego • Silicon Valley • Washington, D.C.

2

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1325516
Invoice Date: 12/17/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | exhibit labels with appropriate designation pursuant to clerk's instructions; begin marking all plaintiff's trial exhibits with appropriate labels; arrange for creation of jackets and inserts. |
| 11/07/03 | S. Hoeft, P.C. | 7.50 | Prepare P. Taylor cross examination; revise response to In Limine Motion No. 10; revise Brian Griffin direct; draft . P. McNamara cross-exam. |
| 11/08/03 | S. Hoeft, P.C. | 2.75 | Draft cross exam of S. Warren and R. Tedder. |
| 11/10/03 | S. Megregian | 0.50 | Review incoming materials relating to newly designated expert of Volvo and issues to be addressed by same |
| 11/10/03 | S. Hoeft, P.C. | 1.00 | Revise cross examination. |
| 11/10/03 | M. Ovalle | 6.75 | Review e-mail from Titus; copy document requested and fax same to Rooks firm; complete copying gap documents and meet with Brent Gustafson to discuss scanning of plaintiff's trial documents; mark all Joint Trial Exhibits and compare to list submitted with Final Pretrial Order to ensure accuracy; mark additional trial exhibits for S. Hoeft's review to supplement plaintiff's trial exhibit list; organize all documents pulled for refiling. |
| 11/11/03 | J. Fisher | 1.00 | Review Volvo objections to exhibits and jury instructions in preparation for meeting with Hoeft; add additional instruction for Roberson. |
| 11/11/03 | S. Hoeft, P.C. | 4.50 | Review trial exhibits and revise cross examination. |
| 11/11/03 | M. Ovalle | 2.75 | Finalize joint exhibits in preparation for scanning. |
| 11/12/03 | C. Nordstrom | 1.00 | Load CDs to server; Load data to Concordance and IPRO; Create backup set of CDs for archives. |
| 11/12/03 | S. Hoeft, P.C. | 7.25 | Meeting with J Fisher regarding pretrial conferences, telephone conferences with C. Hanlin and R. Roberson; draft response to motion to bar R. Roberson and motion to bar financial statements; revise cross-examinations and study exhibits. |
| 11/12/03 | B. Webster | 3.25 | Conference with S. Hoeft regarding research assignment; research Illinois case law for cases stating that defendant's financial information can be considered in determining the assessment of punitive damages. |
| 11/12/03 | J. Fisher | 5.50 | Conference with S. Hoeft regarding responses to Volvo motion; draft response to motion to exclude damage |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Milan • Munich • New York
Orange County • Rome • San Diego • Silicon Valley • Washington, D.C.

3

McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1325516
Invoice Date: 12/17/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | documents; conference with C. Nemeth regarding research for same; review research for same; send package of information to Media consultant; send letter to Volvo regarding additional exhibits. |
| 11/12/03 | C. Nemeth | 2.75 | Conference with J. Fisher re forthcoming assignment; research re exclusion of exhibits under Fed. R. Civ. Proc. 37(c); conference with J. Fisher re results of research. |
| 11/12/03 | M. Ovalle | 3.00 | Update pleadings index; re-file all documents pulled for exhibits; arrange for creation of new jackets and inserts; organize correspondence, memoranda and other client documents. |
| 11/13/03 | B. Webster | 0.75 | Organize research findings; conference with S. Hoeft regarding research results about punitive damages and the use of a defendant's financial information to calculate this type of damages. |
| 11/13/03 | S. Hoeft, P.C. | 4.75 | Revise cross examination and briefs; read Volvo brief; revise opening statement. |
| 11/13/03 | J. Fisher | 5.25 | Draft/edit responses to Volvo pre-trial motions; additional research re same; add citations re same; telephone conferences with local counsel re filing same; telephone conferences with Volvo counsel re trial exhibits; telephone conference with R. Madhava re trial presentation. |
| 11/14/03 | S. Hoeft, P.C. | 8.50 | Revise opening statement; attend pretrial conference in Champaign; meeting with a/v consultant. |
| 11/14/03 | J. Fisher | 8.50 | Pre-trial conference in Champaign; work with Media consultant re trial presentation. |
| 11/15/03 | S. Hoeft, P.C. | 5.00 | Draft Dawson cross-examination and revise Tedder Cross. |
| 11/16/03 | S. Handler, P.C. | 1.00 | Review draft opening statement in preparation for trial review session. |
| 11/17/03 | S. Megregian | 0.25 | Conference with S Hoeft regarding strategy update relating to upcoming trial |
| 11/17/03 | B. Webster | 0.25 | Conference with J. Fisher regarding two research assignments: (1) ways to bar opposing counsel's expert accountant from testifying on certain issues beyond the scope of his expertise and (2) ways to get notes of a conversation admitted into evidence during trial; develop |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

4

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1325516
Invoice Date: 12/17/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/17/03 | M. Pope, P.C. | 1.50 | research inquiries for answering research questions. Prepare for and attend meeting with Hoeft re trial strategy and evaluation. |
| 11/17/03 | S. Handler, P.C. | 0.75 | Trial evaluation meeting. |
| 11/17/03 | S. Hoeft, P.C. | 7.75 | Trial review with S. Handler and M. Pope; draft and revise cross-exams and opening statement; revise B. Griffin direct; telephone conference with S.M.; office conferences with J. Fisher regarding research. |
| 11/17/03 | J. Fisher | 4.25 | Trial preparation, review transcripts and exhibits in preparation for cross-examinations; conference with S. Hoeft, M. Pope and S. Handler re trial preparation session; conference with B. Webster regarding research for trial. |
| 11/18/03 | S. Hoeft, P.C. | 4.75 | Revise opening statement; telephone conferences with C. Hanlin; office conference with J. Fisher; revise cross examination; review Volvo financial statement. |
| 11/18/03 | B. Webster | 3.25 | Research case law to determine reasons why courts have excluded testimony of accountants qualified as experts. |
| 11/18/03 | J. Fisher | 2.25 | Conference with Hoeft regarding trial preparation, witness exams and presentation of case; review and edit cross-examination outlines and exhibits for same. |
| 11/19/03 | E. Staggs | 3.50 | Attention to J. Fisher requests for deposition transcripts and videotapes; attention to J. Fisher request for Tedder cross-examination exhibits to be used at trial. |
| 11/19/03 | S. Hoeft, P.C. | 5.25 | Revise cross-exams, direct, and opening; review Volvo's newest motion. |
| 11/19/03 | B. Webster | 1.25 | Research case law discussing the exclusion of expert accountants' opinions and determine reasons why courts ruled in favor of exclusion(s); organize research. |
| 11/19/03 | J. Fisher | 6.75 | Review deposition transcripts and exhibits and prepare for trial examinations; telephone conference with Madhava regarding trial presentation issues; review Volvo motions to bar; draft response to same; draft jury instruction |
| 11/20/03 | E. Staggs | 2.00 | Attention to requests by J. Fisher for deposition materials; attention to organization of trial exhibits and returning same to S. Hoeft. |
| 11/20/03 | S. Hoeft, P.C. | 2.75 | Review rulings and letter to client regarding same; revise |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

5

McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1325516
Invoice Date: 12/17/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/20/03 | B. Webster | 1.00 | P. Taylor cross and opening statement. Research case law to determine court justifications for excluding testimony of accountants qualified as experts; conference with J. Fisher regarding research findings. |
| 11/20/03 | J. Fisher | 3.75 | Conferences with Hoeft regarding trial preparation issues; draft/edit response to Volvo motions; research regarding same; telephone conference with Madhava Media regarding trial preparation; conference with B. Webster regarding research re Volvo's expert report; review research and discuss same with Hoeft |
| 11/21/03 | S. Hoeft, P.C. | 6.75 | Revise response to motion rearing use of Volvo counterclaim; revise P. Taylor cross-examination; office conference with JF regarding closing argument; draft deposition notice for expert. |
| 11/21/03 | J. Fisher | 4.00 | Review Wittenbrink deposition and revise/edit direct examination outline; revise response to Volvo motion to bar counterclaim as exhibit; additional research regarding barring/limiting Volvo expert testimony; review revised opening statement; conference with Hoeft regarding same; review privileged documents requested by Volvo. |
| 11/22/03 | S. Hoeft, P.C. | 4.75 | Revise response to motion to bar exhibit; review G. Wittenbrink's notes; revise cross examinations. |
| 11/23/03 | S. Hoeft, P.C. | 2.00 | Revise opening and B. Griffin direct. |
| 11/24/03 | E. Staggs | 1.75 | Attention to S. Hoeft request for copies of trial exhibits for upcoming meeting in Urbana. |
| 11/24/03 | B. Webster | 1.25 | Research 7th Circuit case law for cases stating that the burden of proving a prejudicial effect for a Rule 403 motion is on the moving party; research case law and secondary materials to determine ways notes of a telephone conversation can be entered into evidence. |
| 11/24/03 | S. Hoeft, P.C. | 1.50 | Revise direct exams and pull exhibits for trial preparation. |
| 11/24/03 | J. Fisher | 3.75 | Conference with Hoeft regarding opening argument and trial strategy; continued trial preparation of witness exams and review of potential exhibits |
| 11/25/03 | S. Megregian | 0.25 | Review order from Judge and letter from S Hoeft regarding pre-trial matter; discuss same with S Hoeft |
| 11/25/03 | B. Webster | 5.50 | Research secondary materials and federal case law to |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

6

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1325516
Invoice Date: 12/17/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | determine ways in which notes of a telephone conversation can be entered into evidence; research case law to find a case stating that a party making a Rule 403 motion has the burden of persuasion for proving that a piece of evidence is substantially more prejudicial than probative. |
| 11/25/03 | E. Staggs | 3.00 | Attention to refiling trial exhibits pulled per S. Hoeft instructions. |
| 11/25/03 | S. Hoeft, P.C. | 8.25 | Prepare C. Hanlin an B. Griffin for trial; revise opening and C. Hanlin direct. |
| 11/25/03 | J. Fisher | 4.50 | Designate portions of Wittenbrink deposition for use at trial; conferences with Webster regarding research issues for trial; review research for use in responding to Volvo motions; revise response to same; review research regarding Volvo entities and personnel; continued work on cross-examinations. |
| 11/26/03 | S. Hoeft, P.C. | 0.50 | Office conference with JF and MO regarding trial preparation; telephone conference with Roberson accountant; e-mail to W. Plaza regarding exhibits. |
| 11/26/03 | B. Webster | 1.50 | Research case law to determine requirements for a witness to be "unavailable" under Federal Rule of Evidence 804(a)(5); determine what form testimony can be entered into evidence for a witness who is unavailable to testify; draft e-mail to J. Fisher explaining research findings. |
| 11/26/03 | J. Fisher | 3.75 | Review Warren dep. transcript and designate for trial; meet with Hoeft regarding trial preparation; review additional research regarding Gigou, Alsterholm and Karsten; continued work on trial exhibits and outlines; review research regarding use of depositions for unavailable witnesses. |
| 11/26/03 | M. Ovalle | 3.00 | Meet with S. Hoeft and J. Fisher to discuss logistics for trial; re-file all exhibits pulled for S. Hoeft and arrange for copies of same; arrange for copy of plaintiff's trial exhibits for Judge; review and organize correspondence, pleadings and other documents received from S. Hoeft. |
| 11/27/03 | S. Hoeft, P.C. | 1.25 | Revise opening and McNamara exam; review Volvo's corporate information; revise response to motion in |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

7

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1325516
Invoice Date: 12/17/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | limine. |
| 11/28/03 | S. Hoeft, P.C. | 3.50 | Revise cross exams of Tedder, Dawson and McNamara. |
| 11/29/03 | S. Hoeft, P.C. | 5.50 | Change G. Wittenbrink dep. designations; draft closing argument. |
| 11/30/03 | S. Hoeft, P.C. | 2.50 | Review defendants trial exhibits. |
| 11/30/03 | S. Szulkowski | 2.00 | Trial preparation. |

**Total Hours** 269.75     **Total For Services** $101,621.25

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Fisher | 65.00 | 400.00 | 26,000.00 |
| S. Handler, P.C. | 2.00 | 550.00 | 1,100.00 |
| S. Hoeft, P.C. | 120.25 | 480.00 | 57,720.00 |
| S. Megregian | 1.50 | 515.00 | 772.50 |
| C. Nemeth | 2.75 | 250.00 | 687.50 |
| C. Nordstrom | 1.00 | 190.00 | 190.00 |
| M. Ovalle | 39.75 | 190.00 | 7,552.50 |
| M. Pope, P.C. | 1.50 | 575.00 | 862.50 |
| E. Staggs | 10.25 | 120.00 | 1,230.00 |
| S. Szulkowski | 2.00 | 200.00 | 400.00 |
| B. Webster | 23.75 | 215.00 | 5,106.25 |
| **Totals** | **269.75** | | **$101,621.25** |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Outside Copy Services | 69.60 |
| VENDOR: The Medleh Group; INVOICE#: CHI00019341; DATE: 9/18/2003 - heavy litigation copies | |
| Outside Copy Services | 252.81 |
| VENDOR: The Medleh Group; INVOICE#: CHI00019982; DATE: 10/24/2003 - medium copies | |
| Transportation/Parking | 23.00 |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

8

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1325516
Invoice Date: 12/17/2003

| Description | Amount |
|---|---:|
| VENDOR: Flash Cab Company; INVOICE#: 2000039933; DATE: 11/10/2003 - Flash Cab w/e 100303 | |
| Administrative Support | 90.00 |
| Computer Assisted Research | 219.21 |
| Express Mail | 9.19 |
| Facsimile | 90.00 |
| Messenger/Courier | 11.00 |
| Photocopy | 691.80 |
| Postage | 2.58 |
| Telecommunications | 7.61 |
| Travel Expenses | 147.90 |
| **Total Costs and Other Charges** | **$1,614.70** |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

9