**E-FILED**
Wednesday, 15 September, 2004  05:16:57 PM
Clerk, U.S. District Court, ILCD

## McDermott, Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
202-756-8000

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1227055 |
| Invoice Date: | 02/13/2003 |

---

### Remittance Copy
### Billing for services rendered through  01/31/2003

---

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 20,128.75 |
| Total Costs and Other Charges Posted Through Billing Period | 103.17 |
| Discount | (10,064.37) |
| **Total This Invoice** | **$ 10,167.55** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery (Concentration Account)
Harris Trust & Savings Bank
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C.  20005-3096

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON •CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

MCDERMOTT, WILL & EMERY

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
202-756-8000

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

Client:         059848
Invoice:        1227055
Invoice Date:   02/13/2003

---

## Client Copy
### Billing for services rendered through  01/31/2003

---

0013  Volvo Contract

| | |
|---|---:|
| Total Services | $ 20,128.75 |
| Total Costs and Other Charges Posted Through Billing Period | 103.17 |
| Discount | (10,064.37) |
| **Total This Invoice** | **$ 10,167.55** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery (Concentration Account)
Harris Trust & Savings Bank
ABA #: 071-000-288
Account #: 336-899-0

**Mail Payment To:**
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C.  20005-3096

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
202-756-8000

Invoice: 1227055                                                  02/13/2003

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

For Services Rendered in Connection With:

Matter: 0013          Volvo Contract

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/03/03 | R. O'Meara | 1.00 | Review documents for privilege prior to production; confer with S. Hoeft re: same. |
| 01/04/03 | R. O'Meara | 3.00 | Continue review of additional production documents for privilege; review email to be produced; compare drafts of contract documents. |
| 01/08/03 | R. O'Meara | 1.75 | Continue review of documents for privilege and relevance prior to production. |
| 01/10/03 | S. Hoeft, P.C. | 0.25 | Review report and recommendation of motion to dismiss; letter to client regarding same. |
| 01/13/03 | S. Hoeft, P.C. | 0.25 | Telephone conferences with Megregian regarding case status. |
| 01/14/03 | R. O'Meara | 0.25 | Confer with S. Hoeft re: report and recommendation issued by magistrate. |
| 01/15/03 | S. Hoeft, P.C. | 0.25 | Office conference with R. O'Meara regarding objections to Magistrates report. |
| 01/15/03 | R. O'Meara | 2.50 | Review and analyze report and recommendation dismissing Counts II and III; Review motions to dismiss and response underlying same; Draft note re: same and objections to report; Review federal and local rules re: response, timing and requirements; Telephone call to local counsel re: same; Confer with S. Hoeft re: all of the above. |
| 01/17/03 | R. O'Meara | 6.75 | Confer with S. Hoeft re: due date of objections and strategy re: response brief; review magistrate's report and recommendation, Volvo's motions to dismiss our Roberson's responses; begin drafting Roberson's objections to magistrate's recommendation for dismissal of Counts II and III. |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

1

McDermott, Will & Emery

Roberson Transportation

Client:  059848
Invoice:  1227055
Invoice Date:  02/13/2003

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/20/03 | S. Hoeft, P.C. | 2.75 | Revise objections to Magistrates report and office conference with R. O'Meara regarding same. |
| 01/20/03 | R. O'Meara | 4.50 | Continue drafting objections brief to magistrate's report and recommendation; confer with S. Hoeft re: same, edits and revisions. |
| 01/21/03 | R. O'Meara | 6.75 | Draft, edit and revise objections to magistrate's report and recommendation; confer with S. Hoeft regarding same. |
| 01/22/03 | S. Hoeft, P.C. | 2.25 | Revise objections to report and recommendation, and office conference with R. O'Meara regarding same; letter to B. Griffin regarding Rule 30(b) designations. |
| 01/22/03 | R. O'Meara | 5.25 | Edit and revise brief; Draft additional sections re: reliance; Confer with S. Hoeft re: same; Review and check citations; Confer with J. Tock re: filing and service of brief. |
| 01/23/03 | R. O'Meara | 1.00 | Review documents from J. Tock; Telephone conference with R. Villa re: discovery, deadlines, documents and objections brief; Confer with S. Hoeft re: same and filing. |
| 01/27/03 | S. Hoeft, P.C. | 0.25 | Telephone conference with client regarding status and office conference with R. O'Meara regarding depositions. |
| 01/27/03 | R. O'Meara | 1.50 | Confer with S. Hoeft regarding depositions, scheduling, discovery and court deadlines; review documents for production to Volvo. |
| 01/28/03 | R. O'Meara | 2.00 | Confer with S. Hoeft re: deposition scheduling and privileged documents; Review correspondence from W. Plaza disclosing witnesses with knowledge; Draft correspondence to W. Plaza re: outstanding discovery and deposition scheduling. |
| 01/29/03 | S. Hoeft, P.C. | 0.25 | Office conference with R. O'Meara regarding privileged documents. |
| 01/29/03 | S. Fitzhenry | 1.25 | Attention to the organization of additional production documents per R. O'Meara request. |
| 01/29/03 | R. O'Meara | 4.00 | Confer with C. Murphy re: privilege issues; office conference with S. Hoeft re: same and document production; review and organize documents re: privilege. |
| 01/29/03 | S. Megregian | 0.25 | Conferences with B Griffin regarding assessment of results of Judge's order and strategic concerns from same |
| 01/30/03 | R. O'Meara | 4.00 | Continued review of email and client documents for privilege prior to production; multiple conferences with S. Fitzhenry to coordinate same; confer with S. Hoeft re: |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SILICON VALLEY • WASHINGTON, D.C.

2

# McDermott, Will & Emery

Roberson Transportation

Client:  059848
Invoice:  1227055
Invoice Date:  02/13/2003

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | privilege issues. |
| 01/31/03 | S. Fitzhenry | 1.00 | Attention to the organization of production documents; attention to the organization of privilege documents per R. O'Meara. |
| 01/31/03 | R. O'Meara | 1.00 | Multiple conferences with S. Fitzhenry re: production of documents, copying and privilege log. |

**Total Hours  54.00**      **Total For Services  $20,128.75**

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Facsimile | 2.00 |
| Photocopy | 96.20 |
| Postage | 2.63 |
| Telecommunications | 2.34 |

**Total Costs and Other Charges  $103.17**

**Total This Invoice  $20,231.92**

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| S. Fitzhenry | 2.25 | 185.00 | 416.25 |
| S. Hoeft, P.C. | 6.25 | 455.00 | 2,843.75 |
| S. Megregian | 0.25 | 505.00 | 126.25 |
| R. O'Meara | 45.25 | 370.00 | 16,742.50 |
| **Totals** | **54.00** | | **$20,128.75** |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • Silicon Valley • Washington, D.C.

3

McDermott, Will & Emery

**Invoice**

7 Bishopsgate
London EC2N 3AR
020-7577-6900

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1234014 |
| Invoice Date: | 03/12/2003 |

---

## Remittance Copy
### Billing for services rendered through  02/28/2003

---

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 19,282.50 |
| Total Costs and Other Charges Posted Through Billing Period | 534.52 |
| Discount | (9,641.25) |
| **Total This Invoice** | **$ 10,175.77** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

VAT #: GB 726 2264 44
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

**Invoice**

McDermott, Will & Emery

7 Bishopsgate
London EC2N 3AR
020-7577-6900

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1234014 |
| Invoice Date: | 03/12/2003 |

## Client Copy
### Billing for services rendered through  02/28/2003

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 19,282.50 |
| Total Costs and Other Charges Posted Through Billing Period | 534.52 |
| Discount | (9,641.25) |
| **Total This Invoice** | **$ 10,175.77** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

VAT #: GB 726 2264 44
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

7 Bishopsgate
London EC2N 3AR
020-7577-6900

Invoice: 1234014                                      03/12/2003

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

For Services Rendered in Connection With:

Matter: 0013          Volvo Contract

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/03/03 | S. Fitzhenry | 2.25 | Process requested documents to R. O'Meara to be reviewed for privilege or redactions; attention to R. O'Meara instructions regarding production of documents to Rooks Pitts. |
| 02/03/03 | R. O'Meara | 0.75 | Confer with S. Fitzhenry regarding document production and privilege documents. |
| 02/04/03 | A. Albrecht | 0.25 | Telephone conference with Stephen Fitzhenry to discuss contacting LegaLink regarding possible electronic production of data from opposing counsel. |
| 02/05/03 | R. O'Meara | 0.50 | Confer with S. Fitzhenry regarding document imaging system; confer with S. Hoeft regarding deposition schedule; telephone call to W. Plaza regarding same. |
| 02/05/03 | A. Albrecht | 0.25 | Telephone conference between Stephen Fitzhenry, Bob Garms at LegaLink to discuss logistics/imaging of data being produced from opposing counsel to MWE; discussed formats needed |
| 02/06/03 | R. O'Meara | 0.25 | Confer with S. Hoeft regarding deposition scheduling |
| 02/07/03 | S. Hoeft, P.C. | 0.25 | Review judge's order regarding motion to dismiss and office conference with R. O'Meara regarding same. |
| 02/10/03 | S. Hoeft, P.C. | 0.25 | Letter to B. Griffin regarding dismissal order and amended complaint. |
| 02/10/03 | R. O'Meara | 0.25 | Review correspondence from W. Plaza re: scheduling depositions; message to S. Hoeft re:same. |
| 02/11/03 | A. Albrecht | 0.50 | Meeting with Stephen Fitzhenry to discuss production from opposing counsel and possible use of Bob Garms at LegaLink for scanning/imaging of documents; telephone conference with Bob Garms regarding same; advised Stephen Fitzhenry regarding logistics via telephone conference. |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • San Diego • Silicon Valley • Washington, D.C.

1

McDermott, Will & Emery

Roberson Transportation

Client:   059848
Invoice:   1234014
Invoice Date:   03/12/2003

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/12/03 | R. O'Meara | 1.50 | Confer with S. Fitzhenry re: privileged documents; Review and redact same. |
| 02/13/03 | S. Hoeft, P.C. | 0.25 | Office conference with R. O'Meara regarding amendment of complaint. |
| 02/13/03 | S. Fitzhenry | 2.75 | Attention to R. O'Meara request for production of additional documents; attention to redaction regarding same; attention to organization of production documents into working set per R. O'Meara request. |
| 02/13/03 | B. Taulton | 1.50 | Review, redact and bates label documents for production. |
| 02/13/03 | R. O'Meara | 2.00 | Finalize document production and privilege review; Confer with S. Fitzhenry re: same, document database and chron of documents; Confer with counsel for Volvo re: same. |
| 02/14/03 | S. Hoeft, P.C. | 0.50 | Telephone conferences with client and e-mail to B. Griffith regarding status. |
| 02/14/03 | R. O'Meara | 2.75 | Message to R. Villa re: document production; draft correspondence to same. Edit and revise complaint; review and analyze report and recommendation and Judge's order re: same. |
| 02/14/03 | S. Megregian | 0.25 | Review letter from S Hoeft re motion to dismiss; review email from B Griffin; conference with S Hoeft regarding email |
| 02/18/03 | G. Collazo | 4.50 | Prepare Index of Privilege Documents per Bob O'Meara request. |
| 02/18/03 | S. Hoeft, P.C. | 1.25 | Revise amended complaint and office conference with R. O'Meara regarding changes. |
| 02/18/03 | B. Taulton | 5.00 | Review and organize in chronological order Roberson production documents from 1999 through 2002. |
| 02/18/03 | S. Fitzhenry | 2.75 | Process requested documents to R. O'Meara; attention to the organization of production documents into chronology per R. O'Meara request; attention to the organization of privilege documents to be indexed. |
| 02/18/03 | R. O'Meara | 7.00 | Multiple revisions to amended complaint; multiple conferences with S. Hoeft re: same; legal research and analysis re: conspiracy count and consumer fraud act; draft correspondence and circulate draft of amended |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

2

McDermott, Will & Emery

Roberson Transportation

Client:      059848
Invoice:    1234014
Invoice Date:  03/12/2003

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | complaint to client and local counsel. |
| 02/19/03 | S. Fitzhenry | 0.75 | Attention to privilege documents and related index. |
| 02/19/03 | M. Frank | 3.75 | Continue creating log of documents to be completely withheld. |
| 02/19/03 | R. O'Meara | 0.50 | Check status of amended complaint; review same. |
| 02/20/03 | S. Fitzhenry | 0.75 | Attention to privilege documents and related index. |
| 02/20/03 | M. Frank | 6.25 | Continue adding information regarding privileged documents to be withheld to log. |
| 02/20/03 | S. Hoeft, P.C. | 1.00 | Telephone conferences with J. Tock, office conference with R. O'Meara; telephone conferences with C. Hanlin and revise amended complaint. |
| 02/20/03 | R. O'Meara | 2.50 | Confer with J. Tock re: revisions, exhibits, motion and filing of amended complaint; confer with S. Hoeft re: same; edit and revise amended complaint; arrange with R. Vella re: documents and motion to file compliant; arrange for filing with J. Tock. |
| 02/21/03 | M. Frank | 5.75 | Complete log of completely withheld documents including proofreads and edits and begin log of documents to be produced in redacted form. |
| 02/24/03 | M. Frank | 3.50 | Complete log of documents to be produced in redacted form; proofread; edit; draft e-mail to O'Meara re the same. Revise log of documents to be completely withheld by adding information made by attorney re certain documents and the status of their production. |
| 02/24/03 | S. Fitzhenry | 1.75 | Attention to R. O'Meara request for documents referenced by Plaintiff that either lacked attachments or claimed to be missing from recent document productions; attention to redacted index of documents. |
| 02/24/03 | R. O'Meara | 1.50 | Confer with court clerk re: admission papers; review filing of amended complaint; review correspondence from opposing counsel re missing production documents; confer with S. Fitzhenry re same. |
| 02/25/03 | R. O'Meara | 1.75 | Review correspondence from counsel for Volvo regarding document production; confer with S. Fitzhenry regarding same; review production for document questions; confer with S. Hoeft regarding same. |
| 02/26/03 | R. O'Meara | 1.00 | Continued review of missing documents in response to correspondence from counsel for plaintiff; review email production; confer with S. Hoeft regarding status of |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • San Diego • Silicon Valley • Washington, D.C.

3

# McDermott, Will & Emery

Roberson Transportation

Client:   059848
Invoice:   1234014
Invoice Date:   03/12/2003

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | depositions. |
| 02/27/03 | R. O'Meara | 2.50 | Review production documents for documents relating to January 10th freightliner offer; prepare correspondence to B. Griffin regarding same; telephone call to counsel for Volvo regarding deposition scheduling; confer with S. Hoeft regarding same; begin drafting response letter to C. Lemoine regarding missing production documents and discovery issues. |
| 02/28/03 | S. Hoeft, P.C. | 0.25 | Office conference with R. O'Meara regarding depositions and Roberson documents. |
| 02/28/03 | R. O'Meara | 2.25 | Edit and revise correspondence to C. Lemoine regarding document production issues, discovery, missing documents, deposition scheduling and document database; confer with S. Hoeft regarding same; review correspondence from B. Griffin regarding January 10 meeting; respond to same; message to C. Hanlin regarding illegible email documents; confer with S. Fitzhenry regarding database of documents and production documents; arrange for mailing of letter to C. Lemoine. |

|  |  |  |  |  |
|---|---|---|---|---|
| **Total Hours** | **73.25** | | **Total For Services** | **$19,282.50** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Facsimile | 7.00 |
| Messenger/Courier | 11.00 |
| Photocopy | 375.30 |
| Telecommunications | 141.22 |
| **Total Costs and Other Charges** | **$534.52** |
| **Total This Invoice** | **$19,817.02** |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • San Diego • Silicon Valley • Washington, D.C.

4

# McDermott, Will & Emery

Roberson Transportation

Client:   059848
Invoice:   1234014
Invoice Date:   03/12/2003

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. Albrecht | 1.00 | 170.00 | 170.00 |
| G. Collazo | 4.50 | 145.00 | 652.50 |
| S. Fitzhenry | 11.00 | 185.00 | 2,035.00 |
| M. Frank | 19.25 | 180.00 | 3,465.00 |
| S. Hoeft, P.C. | 3.75 | 455.00 | 1,706.25 |
| S. Megregian | 0.25 | 505.00 | 126.25 |
| R. O'Meara | 27.00 | 370.00 | 9,990.00 |
| B. Taulton | 6.50 | 175.00 | 1,137.50 |
| **Totals** | **73.25** | | **$19,282.50** |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • San Diego • Silicon Valley • Washington, D.C.

5