McDermott, Will & Emery

| | |
|---|---|
| Invoice | |
| 600 13th Street, N.W. | |
| Washington, D.C. 20005-3096 | |
| 202-756-8000 | |

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1299727 |
| Invoice Date: | 10/13/2003 |

## Remittance Copy
Billing for services rendered through 09/30/2003

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 79,610.00 |
| Total Costs and Other Charges Posted Through Billing Period | 3,098.18 |
| Discount | (39,805.00) |
| **Total This Invoice** | **$ 42,903.18** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1299727 |
| Invoice Date: | 10/13/2003 |

## Client Copy
### Billing for services rendered through 09/30/2003

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 79,610.00 |
| Total Costs and Other Charges Posted Through Billing Period | 3,098.18 |
| Discount | (39,805.00) |
| **Total This Invoice** | **$ 42,903.18** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Invoice: 1299727                                                                                       10/13/2003

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

For Services Rendered in Connection With:

Matter: 0013        Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/01/03 | S. Hoeft, P.C. | 0.25 | Read Volvo objections to report. |
| 09/01/03 | S. Megregian | 0.25 | Review correspondence regarding motion from opposing counsel re consumer fraud claim |
| 09/02/03 | S. Hoeft, P.C. | 0.25 | Office conference with J. Fisher. regarding response to objections to Report. |
| 09/03/03 | A. Frakes | 2.75 | Draft proposed voir dire questions of potential jurors; research potential and proper methods for compelling employees and former employees of opposing party to testify. |
| 09/03/03 | J. Fisher | 1.75 | Review Volvo's objection to Report and Recommendation and draft response to same. |
| 09/04/03 | S. Hoeft, P.C. | 1.50 | Study Hanlin damage calculation; revise reply to defendants objection to Magistrate Judge's report. |
| 09/04/03 | J. Fisher | 1.75 | Draft response to Volvo objection to report and recommendation; research regarding same. |
| 09/05/03 | S. Hoeft, P.C. | 6.50 | Revise reply to defendants' objections to Magistrate's report; select trial exhibits. |
| 09/05/03 | J. Fisher | 0.75 | Conference with Hoeft regarding revisions to response to Volvo objection; review pleadings to confirm facts in same. |
| 09/05/03 | A. Frakes | 4.00 | Research regarding methods for compelling employees and former employees to appear as witnesses at trial; draft proposed jury instructions in preparation for pretrial conference; review pattern jury instructions regarding same. |
| 09/08/03 | S. Hoeft, P.C. | 0.25 | Telephone conference with C. Hanlin regarding damages calculation. |
| 09/08/03 | A. Frakes | 0.75 | Office conference with J. Fisher regarding preparation of |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

1

McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1299727
Invoice Date: 10/13/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | jury instructions, uncontested issues of law, and proposed voir dire questions in preparation for pretrial conference; research potential applicability of "missing witness" jury instruction. |
| 09/08/03 | J. Fisher | 3.25 | Office conference with Frakes regarding pretrial order assignments; review and edit voir dire questions; draft statement of case; review documents in preparation for drafting uncontested facts/contested facts. |
| 09/09/03 | M. Ovalle | 0.25 | Met with J. Fisher to discuss trial preparation and organization of file. |
| 09/09/03 | A. Frakes | 2.25 | Continue research of pattern jury instructions; draft proposed jury instructions in preparation of pretrial conference. |
| 09/09/03 | J. Fisher | 5.75 | Review Tedder deposition transcript; work on pretrial order, statement of case, undisputed, disputed facts; jury instructions; conference with Hoeft regarding same. |
| 09/10/03 | A. Frakes | 3.75 | Continue draft of proposed jury instructions in preparation for pretrial conference; research Seventh Circuit case law regarding use of "missing witness" jury instruction; review and revise proposed jury instructions. |
| 09/10/03 | J. Fisher | 3.25 | Revise pre-trial order statement of case; work on statement of facts and jury instructions. |
| 09/11/03 | S. Hoeft, P.C. | 2.50 | Letter to BG regarding adoption of report and recommendation; review FTL maintenance letter and telephone conference with C. Hanlin regarding same; office conference with J. Fisher regarding pretrial materials; revise statement of claim; revise jury voir dire. |
| 09/11/03 | M. Ovalle | 0.25 | Arrange for creation of witness files; retrieve all case files and organize same in case room. |
| 09/11/03 | A. Frakes | 1.50 | Draft memorandum regarding procedure for compelling current and former employees of an opposing party to testify at trial. |
| 09/11/03 | J. Fisher | 4.50 | Conferences with S. Hoeft regarding pre-trial order issues; continued work on same; voir dire questions, jury instructions; undisputed/disputed issues of facts; review pleadings/documents regarding same. |
| 09/12/03 | M. Ovalle | 5.75 | Review and prepare trial exhibit index of documents designated by Hoeft. |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

2

McDermott, Will & Emery

Roberson Transportation

Client:       059848
Invoice:      1299727
Invoice Date: 10/13/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/12/03 | S. Hoeft, P.C. | 3.00 | Telephone conference with C. Hanlin; select trial exhibits. |
| 09/12/03 | J. Fisher | 1.00 | Prepare revisions to pre-trial order. |
| 09/13/03 | M. Ovalle | 5.00 | Review and prepare trial exhibit index of documents designated by Hoeft; sort exhibit list by date and compare additional documents designated by Hoeft in order to delete duplicated; prepare list of questions to discuss with Hoeft. |
| 09/13/03 | S. Hoeft, P.C. | 2.50 | Select trial exhibits. |
| 09/15/03 | S. Hoeft, P.C. | 3.00 | Conference with C. Hanlin regarding damages, letter to B. Griffin; revise pretrial order; revise jury instruction. |
| 09/15/03 | M. Ovalle | 4.75 | Review additional documents designated by S. Hoeft to be marked as trial exhibits; compare same to chronological list in order to eliminate duplicates; complete indexing of trial exhibit list. |
| 09/15/03 | J. Fisher | 3.25 | Conferences with Hoeft regarding pre-trial order; work on providing material to Hoeft regarding same; review Volvo pre-trial motions and attached case law. |
| 09/16/03 | S. Hoeft, P.C. | 6.25 | Telephone conference with C. Hanlin, review and draft damage charts, draft pretrial order; telephone conference with Tock and Plaza regarding briefing schedule; office conferences with J. Hansen and J. Young regarding record for in limine motions; read in limine motions; revise motion to extend briefing schedule; revise voir dire questions. |
| 09/16/03 | M. Ovalle | 5.75 | Revise trial exhibit index pursuant to S. Hoeft's request and organize exhibits to reflect chronological order of index; create deposition exhibit index; arrange for creation of new jackets and inserts; move all files to new case room and organize case room. |
| 09/16/03 | J. Young | 5.50 | Conference with S. Hoeft regarding research associated with response brief; Review pleadings; Legal research regarding parol evidence, latent ambiguity and admissibility of oral testimony. |
| 09/16/03 | J. Hansen | 3.75 | Research re: Rule 37. |
| 09/17/03 | S. Hoeft, P.C. | 5.75 | Revise voir dire, jury instructions and pretrial order; office conferences regarding research; telephone conferences with C. Hanlin, and draft damage disclosure; |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

3

McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1299727
Invoice Date: 10/13/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | draft response to in limine motion. |
| 09/17/03 | M. Ovalle | 3.00 | Update pleadings index; organize case room; re-file original Roberson documents pulled and copied for trial exhibit list; revise trial exhibit list. |
| 09/17/03 | A. Frakes | 4.50 | Draft jury instructions regarding punitive damages, Illinois Consumer Fraud Act, and civil conspiracy per suggestions of S. Hoeft; office conferences with S. Hoeft regarding same; review and revise jury instructions and prepare same for transmittal. |
| 09/17/03 | J. Hansen | 2.75 | Research re: Rule 37 and other related issues. |
| 09/17/03 | J. Young | 4.25 | Conferences with S. Hoeft regarding legal research and follow-up legal research regarding same. |
| 09/18/03 | S. Hoeft, P.C. | 6.00 | Revise pretrial order jury instructions, supplemental discovery and damage calculation; office conferences with J.F. and A.F.; telephone conferences with C.H. |
| 09/18/03 | M. Ovalle | 2.50 | Bates label and copy additional documents designated as trial exhibits; update trial exhibit index to reflect same; create production log. |
| 09/18/03 | T. LeRoy | 0.25 | Office conference with J. Fisher regarding response to motion to bifurcate trial. |
| 09/18/03 | J. Fisher | 7.75 | Conference with Hoeft regarding responses to in limine motions and judgment on pleadings; conferences with J. Young and T. LeRoy regarding research issues for same; review research and conduct additional research regarding same; draft responses to same. |
| 09/18/03 | A. Frakes | 0.75 | Office conference with S. Hoeft regarding proposed jury instructions; review and revise proposed jury instructions per suggestions of S. Hoeft. |
| 09/18/03 | J. Young | 6.50 | Multiple conferences with J. Fisher regarding legal research; Legal research regarding evidentiary issues related to response memorandum |
| 09/19/03 | S. Megregian | 0.50 | Review various correspondence from S Hoeft; conference with S Hoeft regarding current strategy with respect to pre-trial conference |
| 09/19/03 | S. Hoeft, P.C. | 2.00 | Draft response to Volvo in limine motions and office conferences with J Fisher and J Hansen regarding research. |
| 09/19/03 | M. Ovalle | 1.75 | Retrieve and copy exhibits requested by Fisher; update |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

4

McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1299727
Invoice Date: 10/13/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | trial exhibit index to reflect additional documents designated by S. Hoeft. |
| 09/19/03 | J. Hansen | 7.25 | Research re: contract jury issues, statute of frauds, and other related issues. |
| 09/19/03 | J. Fisher | 10.75 | Continued research regarding responses to motions in limine/judgment on pleadings; conferences with J. Young regarding same; draft/edit response to same; conference with S. Hoeft regarding same. |
| 09/19/03 | T. LeRoy | 2.00 | Research response to motion for bifurcation of trial; conference with J. Fisher regarding same. |
| 09/19/03 | J. Young | 7.25 | Conferences with J. Fisher regarding issues related to response brief; Follow-up legal research regarding same. |
| 09/20/03 | S. Hoeft, P.C. | 3.75 | Read cases; revise response to in limine motions; office conference with JF. |
| 09/20/03 | J. Fisher | 8.25 | Conferences with Hoeft regarding responses to in limine motions/ judgment on pleadings; research for same; conferences with J. Hansen regarding additional research issues; revise/edit same. |
| 09/21/03 | S. Hoeft, P.C. | 7.00 | Draft and revise response to in limine motions; and motion to bifurcate, and motion for judgment on the pleading. |
| 09/21/03 | J. Fisher | 7.50 | Conferences with Hoeft regarding responses to in limine motions/ judgment on pleadings; research for same; conferences with J. Hansen regarding additional research issues; revise/edit same; review and put together exhibits for same. |
| 09/22/03 | S. Hoeft, P.C. | 2.25 | Revise and proof responses to Volvo motions. |
| 09/22/03 | M. Ovalle | 1.75 | Retrieve and copy all exhibits referenced in motions in limine; arrange for creation of PDF documents; update trial exhibit index. |
| 09/22/03 | J. Fisher | 4.75 | Conference with S. Hoeft re responses to Volvo motions; revise/edit same; prepare exhibits for same; conference with M. Ovalle re same; telephone conference with J. Tock re filing same. |
| 09/23/03 | M. Ovalle | 7.00 | Retrieve and copy documents for J. Fisher; redact documents for inclusion in trial exhibit list; update trial exhibit index; review and organize pleadings; update pleadings index; re-file original production documents |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Milan • Munich • New York
Orange County • Rome • San Diego • Silicon Valley • Washington, D.C.

5

McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1299727
Invoice Date: 10/13/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | pulled; check Volvo production to ensure set is complete; arrange for creation of various jackets and inserts; arrange for payment of invoices; review and organize correspondence files. |
| 09/24/03 | S. Hoeft, P.C. | 4.00 | Review Volvo proposed uncontested legal issues and statement of facts; pretrial conference with Volvo attorneys; office conferences with J. Fisher.; review proposed jury instruction; telephone conferences with B. Griffen and C. Hansen |
| 09/24/03 | J. Fisher | 9.00 | Review pre-trial order information from Volvo; conference with Hoeft regarding same; meet with Volvo counsel and Hoeft regarding pre-trial order; revise same; various telephone conferences with C. LeMoine (Volvo) regarding same; conference with Hoeft regarding same; prepare final pre-trial order for copying and filing. |
| 09/24/03 | M. Ovalle | 2.00 | Complete organization of pleadings files; organization of second set of Roberson production documents; update trial exhibit list. |
| 09/25/03 | S. Megregian | 0.25 | Conferences with S Hoeft re conference with Judge relating to pre-trial matters; strategy for preparing for trial and plausible settlement |
| 09/25/03 | S. Hoeft, P.C. | 8.00 | Prepare for and attend pretrial conference. |
| 09/25/03 | J. Fisher | 8.00 | Attend pre-trial conference with S. Hoeft in Champaign. |
| 09/25/03 | M. Ovalle | 0.75 | Update pleadings index; arrange for creation of new jackets and inserts. |
| 09/26/03 | S. Megregian | 0.50 | Review various pleadings and other materials filed by plaintiffs and defendants |
| 09/29/03 | M. Ovalle | 1.75 | Update pleadings index; review and organize trial exhibits and update trial exhibit index to reflect same. |

**Total Hours** 249.50    **Total For Services** $79,610.00

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Fisher | 81.25 | 335.00 | 27,218.75 |
| A. Frakes | 20.25 | 210.00 | 4,252.50 |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Milan • Munich • New York
Orange County • Rome • San Diego • Silicon Valley • Washington, D.C.

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1299727
Invoice Date: 10/13/2003

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Hansen | 13.75 | 280.00 | 3,850.00 |
| S. Hoeft, P.C. | 64.75 | 455.00 | 29,461.25 |
| T. LeRoy | 2.25 | 210.00 | 472.50 |
| S. Megregian | 1.50 | 505.00 | 757.50 |
| M. Ovalle | 42.25 | 180.00 | 7,605.00 |
| J. Young | 23.50 | 255.00 | 5,992.50 |
| **Totals** | **249.50** | | **$79,610.00** |

### Costs and Other Charges

| Description | Amount |
|---|---|
| Administrative Support | 472.50 |
| Computer Assisted Research | 1,834.91 |
| Facsimile | 140.00 |
| Messenger/Courier | 5.50 |
| Photocopy | 482.55 |
| Postage | 14.34 |
| Telecommunications | 26.14 |
| Travel Expenses | 122.24 |
| **Total Costs and Other Charges** | **$3,098.18** |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

7

McDermott, Will & Emery

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1312634 |
| Invoice Date: | 11/18/2003 |

## Remittance Copy
### Billing for services rendered through 10/31/2003

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 23,682.50 |
| Total Costs and Other Charges Posted Through Billing Period | 1,201.69 |
| Discount | (11,841.25) |
| **Total This Invoice** | **$ 13,042.94** |

McDermott, Will & Emery is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

McDermott, Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1312634 |
| Invoice Date: | 11/18/2003 |

## Client Copy
### Billing for services rendered through 10/31/2003

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 23,682.50 |
| Total Costs and Other Charges Posted Through Billing Period | 1,201.69 |
| Discount | (11,841.25) |
| **Total This Invoice** | **$ 13,042.94** |

McDermott, Will & Emery is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Invoice: 1312634                                                                                         11/18/2003

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

For Services Rendered in Connection With:

Matter: 0013        Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/10/03 | C. Nordstrom | 0.50 | Add M. Ovalle to project. |
| 10/01/03 | S. Megregian | 0.50 | Review pre-trial statement; conferences with S Hoeft regarding status update |
| 10/01/03 | S. Hoeft, P.C. | 0.50 | Read Volvo's answers to Counts III and IV, and letter to BG regarding same; telephone conferences with Plaza regarding pretrial conference; telephone conference with G. Wittenbrink regarding trial date. |
| 10/10/03 | M. Ovalle | 6.75 | Complete retrieval and duplicating of exhibits requested by paralegal Titus; arrange for delivery of same to Titus; review and organize trial exhibits in chronological order and revise index to reflect correct Bates numbers; reorganize original set of Roberson production documents. |
| 10/13/03 | S. Hoeft, P.C. | 0.25 | Office conference with JF regarding pretrial order revisions. |
| 10/13/03 | J. Fisher | 0.50 | Conference with S. Hoeft regarding pre-trial order; draft letter to Plaza regarding same. |
| 10/13/03 | M. Ovalle | 4.00 | Review and cross-reference plaintiff's and defendant's trial exhibit indices and update both to reflect joint exhibits marked; begin comparison of documents on both indices with similar descriptions but different Bates numbers to ensure documents are identical and to ensure accuracy of joint exhibit list.. |
| 10/14/03 | M. Ovalle | 5.75 | Review and cross-reference plaintiff's and defendant's exhibit lists and update both to reflect joint exhibits marked; compare documents on both indices with similar descriptions but different Bates numbers to ensure documents are identical and to ensure accuracy of joint |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

1

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1312634
Invoice Date: 11/18/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | exhibit list. |
| 10/15/03 | M. Ovalle | 5.75 | Review and cross-reference plaintiff's and defendant's exhibit lists and update both to reflect joint exhibits marked; compare documents on both indices with similar descriptions but different Bates numbers to ensure documents are identical and to ensure accuracy of joint exhibit list. |
| 10/16/03 | M. Ovalle | 7.50 | Retrieve and copy discrepancy documents on plaintiff's and defendant's exhibit list for Fisher's review; telephone call with J. Titus to request exhibits on defendant's trial list; numerous revisions to joint exhibit list; review exhibits received from J. Titus and modify joint exhibit list; review and correct discrepancies; create separate list of proposed defendant's and plaintiff's trial exhibits; make appropriate revisions to both lists; begin assembly of Volvo and Roberson discrepancy exhibits to discuss with Fisher. |
| 10/17/03 | M. Ovalle | 6.25 | Refile all documents pulled for Fisher's review; complete assembly of Volvo and Roberson discrepancy documents to discuss with Fisher; revise plaintiff's and defendant's proposed exhibit list; revise joint exhibit list; meet with Fisher to discuss status of various indices and discrepancy documents. |
| 10/17/03 | J. Fisher | 1.00 | Review joint exhibit list; conference with M. Ovalle regarding same in preparation for filing final pre-trial order. |
| 10/20/03 | S. Hoeft, P.C. | 0.25 | Review document log. |
| 10/20/03 | M. Ovalle | 4.25 | Finalize letter to Rooks, Pitts regarding various issues involving exhibit lists; Bates label all overlapping exhibits with appropriate suffix and revise all indices to reflect same; reorganize all exhibits pulled in cross-referencing plaintiff's and defendant's exhibit list. |
| 10/21/03 | M. Ovalle | 2.25 | Review and organization of all documents including correspondence, case law, maintenance records; arrange for creation of new jackets and inserts. |
| 10/22/03 | J. Fisher | 1.00 | Telephone conferences with Volvo counsel regarding pre-trial order; work with Ovalle regarding same. |
| 10/23/03 | J. Fisher | 1.50 | Telephone conferences with Vovlo's counsel regarding |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Milan • Munich • New York
Orange County • Rome • San Diego • Silicon Valley • Washington, D.C.

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1312634
Invoice Date: 11/18/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | final pre-trial order issues; conferences with Ovalle regarding same; review same before filing. |
| 10/23/03 | M. Ovalle | 3.50 | Meet with J. Fisher to discuss final Pre-Trial Order; prepare e-mail to Villa; make revisions to final Pre-Trial Order for J. Fisher's review; revise joint trial exhibit list to reflect agreement by Volvo's counsel; add documents to Pre-Trial Order that were delivered by Villa; review final Pre-Trial Order and arrange for copies of same; prepare fax to Tock regarding filing tomorrow of Pre-Trial Order; prepare letter to Villa enclosing Pre-Trial Order; review revised defendant's exhibit list filed with Pre-Trial Order and begin retrieval of documents that are designated only by Volvo. |
| 10/24/03 | M. Ovalle | 5.50 | Review latest version of defendant's exhibit list and compare to defendant's proposed exhibit list in order to determine additional documents added by defendant; begin retrieval and organization of documents designated as exhibits only by defendant for Hoeft's review; organize Volvo production documents in Bates order; prepare list of gap documents. |
| 10/27/03 | M. Ovalle | 5.75 | Complete organization of defendant's exhibits for Hoeft's review; organize complete set of joint trial exhibits; review and organize file. |
| 10/27/03 | S. Hoeft, P.C. | 4.25 | Review exhibits designated by Volvo and list objections; e-mails with C. Hanlin an letter to W. Plaza regarding new witness. |
| 10/28/03 | M. Ovalle | 0.75 | Review Hoeft's requests for information on documents identified only by defendants; review of defendant's exhibit list and correspondence files for production dates on certain documents. |
| 10/28/03 | S. Hoeft, P.C. | 0.75 | Review Volvo additional exhibits and list objections. |
| 10/29/03 | S. Hoeft, P.C. | 4.00 | Read new Volvo motions; letter to BG regarding same; draft facts section of reply; and began drafting opening statement. |
| 10/30/03 | J. Fisher | 1.00 | Conference with Hoeft re Volvo motions; review same. |
| 10/30/03 | S. Hoeft, P.C. | 5.00 | Office conference with JF regarding response to Volvo's new motions and trial preparation; draft opening statement. |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

3

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1312634
Invoice Date: 11/18/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/30/03 | M. Ovalle | 1.25 | Update pleadings index and arrange for creation of new jackets and inserts. |
| 10/31/03 | S. Hoeft, P.C. | 6.00 | Revise response to in limine motion; review defendants expert report and letter to client regarding same; draft BG direction examinations. |

| | | | |
|---|---|---|---|
| **Total Hours** | 86.25 | **Total For Services** | **$23,682.50** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Fisher | 5.00 | 400.00 | 2,000.00 |
| S. Hoeft, P.C. | 21.00 | 480.00 | 10,080.00 |
| S. Megregian | 0.50 | 515.00 | 257.50 |
| C. Nordstrom | 0.50 | 175.00 | 87.50 |
| M. Ovalle | 59.25 | 190.00 | 11,257.50 |
| **Totals** | **86.25** | | **$23,682.50** |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Outside Copy Services | 230.66 |
| VENDOR: On-Site Sourcing, Inc.; INVOICE#: CH00109217; DATE: 9/30/2003 - copying costs Inv. #109217 | |
| Transportation/Parking | 8.95 |
| VENDOR: Flash Cab Company; INVOICE#: 2000039554; DATE: 10/3/2003 - Flash Cab w/e 9/19/03 | |
| Computer Assisted Research | 333.06 |
| Express Mail | 8.32 |
| Facsimile | 19.00 |
| Messenger/Courier | 11.00 |
| Photocopy | 552.70 |
| Postage | 3.00 |
| Telecommunications | 35.00 |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Milan • Munich • New York
Orange County • Rome • San Diego • Silicon Valley • Washington, D.C.

4

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1312634
Invoice Date: 11/18/2003

**Description** **Amount**

**Total Costs and Other Charges**  $1,201.69

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.