E-FILED
Wednesday, 15 September, 2004 05:32:50 PM
Clerk, U.S. District Court, ILCD

## McDermott, Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1264791 |
| Invoice Date: | 06/17/2003 |

### Remittance Copy
Billing for services rendered through 05/31/2003

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 21,541.25 |
| Total Costs and Other Charges Posted Through Billing Period | 1,043.16 |
| Discount | (10,770.62) |
| **Total This Invoice** | **$ 11,813.79** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

Client:        059848
Invoice:       1264791
Invoice Date:  06/17/2003

## Client Copy
### Billing for services rendered through 05/31/2003

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 21,541.25 |
| Total Costs and Other Charges Posted Through Billing Period | 1,043.16 |
| Discount | (10,770.62) |
| **Total This Invoice** | **$ 11,813.79** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

## McDermott, Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Invoice: 1264791                                                   06/17/2003

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

For Services Rendered in Connection With:

Matter: 0013          Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/15/03 | E. Staggs | 3.50 | Attention to the organization of documents to be used in upcoming depositions. |
| 05/01/03 | R. O'Meara | 5.75 | Continue drafting response brief re motion to dismiss |
| 05/02/03 | S. Hoeft, P.C. | 1.25 | Revise response to motions to dismiss and office conference with R. O'Meara regarding revisions. |
| 05/02/03 | C. Nordstrom | 2.50 | Contact with Rooks Pitts re cross reference files for image CDs. Create and load imagebase for document management. Contact with IPRO regarding multi page tiff images and problems with loading. |
| 05/02/03 | T. LeRoy | 1.25 | Research specificity required for each defendant in pleading directed at multiple defendants. |
| 05/02/03 | R. O'Meara | 7.50 | Edit, revise and research response to the two motions to dismiss filed by Volvo. |
| 05/03/03 | S. Hoeft, P.C. | 1.25 | Revise response to defendants' motions to dismiss. |
| 05/03/03 | R. O'Meara | 5.25 | Continued legal research and draft, edit and revise response brief to motions to dismiss. |
| 05/04/03 | S. Hoeft, P.C. | 1.75 | Revise response to motion to dismiss. |
| 05/05/03 | S. Hoeft, P.C. | 0.25 | Office conferences with reply brief revisions and oral argument request. |
| 05/05/03 | T. LeRoy | 0.25 | Research civil conspiracy; office conference with B. O'Meara regarding same. |
| 05/05/03 | C. Nordstrom | 1.50 | Correct multi-tiff image file load format and load images to IPRO database. Contact Bob O'Meara regarding coded data. |
| 05/05/03 | R. O'Meara | 6.50 | Confer with S. Hoeft re: response brief; Edit and revise same; Confer with S. Megregian re: trial date; Confer with J. Tock re: filing and service of brief; Confer with W. Plaza re: motion to extend; Review and edit motion to submit brief instanter. |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

1

McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1264791
Invoice Date: 06/17/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/05/03 | E. Staggs | 3.50 | Retrieval and organization of Volvo and Roberson production documents requested by R. O'Meara. |
| 05/06/03 | R. O'Meara | 1.00 | Confer with J. Tock re: status of motion; Confer with S. Hoeft re: same; Email W. Plaza re: discovery issues. |
| 05/07/03 | S. Hoeft, P.C. | 0.75 | Review documents produced by Missouri Truck Center. |
| 05/07/03 | E. Staggs | 2.00 | Attention to refiling of production documents. |
| 05/14/03 | S. Hoeft, P.C. | 0.50 | E-mail to W. Plaza regarding motion to extend and deposition; letter to B. Griffin regarding same; office conference with J. Fisher regarding discovery. |
| 05/14/03 | J. Fisher | 1.25 | Office conference with S. Hoeft regarding case background; pull files and documents regarding same for review |
| 05/15/03 | S. Hoeft, P.C. | 2.50 | Read and summarize R. Tedder deposition. |
| 05/15/03 | S. Fitzhenry | 0.75 | Attention to the organization of R. O'Meara working files and related production documents. |
| 05/16/03 | J. Fisher | 4.50 | Review pleadings for case background in preparation for working on matter. |
| 05/21/03 | S. Hoeft, P.C. | 0.25 | Exchange e-mails with W. Plaza regarding depositions; telephone conferences with B. Griffin and C. Hanlin regarding depositions. |
| 05/21/03 | S. Megregian | 0.25 | Conference with S Hoeft re upcoming deposition of B Griffin and related litigation developments |
| 05/22/03 | S. Fitzhenry | 0.75 | Attention to the organization of deposition testimony and related exhibits. |
| 05/23/03 | S. Hoeft, P.C. | 1.00 | Summarize S. Warren depositions. |
| 05/27/03 | S. Hoeft, P.C. | 1.00 | Read and summarize P. Taylor deposition. |
| 05/30/03 | J. Fisher | 8.25 | Review production documents for case background. |

**Total Hours** 66.75    **Total For Services** $21,541.25

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Fisher | 14.00 | 335.00 | 4,690.00 |
| S. Fitzhenry | 1.50 | 185.00 | 277.50 |
| S. Hoeft, P.C. | 10.50 | 455.00 | 4,777.50 |
| T. LeRoy | 1.50 | 210.00 | 315.00 |
| S. Megregian | 0.25 | 505.00 | 126.25 |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • San Diego • Silicon Valley • Washington, D.C.

2

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1264791
Invoice Date: 06/17/2003

| Name | Hours | Rate | Amount |
|---|---|---|---|
| C. Nordstrom | 4.00 | 175.00 | 700.00 |
| R. O'Meara | 26.00 | 370.00 | 9,620.00 |
| E. Staggs | 9.00 | 115.00 | 1,035.00 |
| **Totals** | **66.75** | | **$21,541.25** |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Miscellaneous | 100.00 |
| PAYEE: Clerk, U.S. District Court; REQUEST#: 582607; DATE: 5/19/2003 - District Court Admission fee Central District | |
| Computer Assisted Research | 463.77 |
| Express Mail | 9.37 |
| Photocopy | 455.16 |
| Postage | 11.33 |
| Telecommunications | 3.53 |
| **Total Costs and Other Charges** | **$1,043.16** |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • San Diego • Silicon Valley • Washington, D.C.

3

# McDermott, Will & Emery

|  |  |
|---|---|
| Roberson Transportation<br>c/o Brian Griffin<br>1100 South Roberson Drive<br>Mahomet, IL 61853 | **Invoice**<br>600 13th Street, N.W.<br>Washington, D.C. 20005-3096<br>202-756-8000<br><br>Client: 059848<br>Invoice: 1273705<br>Invoice Date: 07/21/2003 |

## Remittance Copy
### Billing for services rendered through 06/30/2003

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 28,997.50 |
| Total Costs and Other Charges Posted Through Billing Period | 4,532.72 |
| Discount | (14,555.62) |
| **Total This Invoice** | **$ 18,974.60** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

Client:        059848
Invoice:       1273705
Invoice Date:  07/21/2003

## Client Copy
### Billing for services rendered through 06/30/2003

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 28,997.50 |
| Total Costs and Other Charges Posted Through Billing Period | 4,532.72 |
| Discount | (14,555.62) |
| **Total This Invoice** | **$ 18,974.60** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Invoice: 1273705                                               07/21/2003

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

For Services Rendered in Connection With:

Matter: 0013          Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/04/03 | S. Hoeft, P.C. | 7.00 | Select exhibits and prepare outline for Brian Griffin dep. prep.; meeting with Brian Griffin regarding dep. prep. |
| 06/04/03 | J. Fisher | 2.75 | Prepare B. Griffin for deposition with S. Hoeft. |
| 06/04/03 | S. Fitzhenry | 2.00 | Attention to S. Hoeft request for court pleadings; revise pleading indices regarding same; organization of witness files and related deposition exhibits; attention to data entry of deposition transcripts. |
| 06/05/03 | S. Hoeft, P.C. | 7.00 | Defend Brian Griffin deposition. |
| 06/05/03 | S. Fitzhenry | 0.75 | Attention to court pleading organization; to pleadings index. |
| 06/06/03 | C. Nordstrom | 0.50 | Determine file structure of exhibit CDs and load to network. |
| 06/06/03 | S. Fitzhenry | 1.00 | Attention to the organization of witness files; data entry of deposition testimony of Russ Tedder; organization of deposition exhibits. |
| 06/09/03 | S. Hoeft, P.C. | 0.25 | Exchange e-mails with C. Hanlin and W. Plaza regarding depositions. |
| 06/09/03 | C. Nordstrom | 2.00 | Copy CDs to server and set up IPRO imagebase. Load transcripts to Livenote. |
| 06/10/03 | S. Hoeft, P.C. | 0.25 | Telephone conference with G. Wittenbrink regarding deposition. |
| 06/12/03 | J. Fisher | 1.00 | Office conference with Hoeft regarding motion to extend cut-off dates; review emails regarding same; revise same and draft e-mail to Plaza regarding same. |
| 06/13/03 | S. Hoeft, P.C. | 0.25 | Telephone conference with C. Hanlin regarding deposition and review Volvo second production requests and letter to Brian Griffin regarding same. |
| 06/16/03 | S. Hoeft, P.C. | 3.00 | Exchange e-mails regarding depositions; draft exam. for G. Holderfield deposition. |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1273705
Invoice Date: 07/21/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/18/03 | J. Fisher | 0.75 | Telephone conference with Plaza regarding motion to extend discovery; revise same; telephone conference with Tock regarding filing same; send same to Tock. |
| 06/18/03 | S. Hoeft, P.C. | 3.50 | Draft examination of P. McNamara; exchange e-mails and telephone conferences regarding deposition. |
| 06/19/03 | S. Hoeft, P.C. | 4.00 | Review Volvo documents for Holderfield and McNamara deposition. |
| 06/19/03 | S. Fitzhenry | 6.00 | Attention to the organization of documents to be used in upcoming depositions per S. Hoeft request; attention to revisions to indices of exhibits. |
| 06/19/03 | E. Staggs | 5.00 | Attention to review and organization of documents to be used in upcoming depositions per S. Hoeft; attention to revision of R. Tedder exhibit index. |
| 06/20/03 | S. Hoeft, P.C. | 5.50 | Prepare for G. Holderfield and McNamara depositions. |
| 06/20/03 | S. Fitzhenry | 6.00 | Attention to the organization of materials to be used in upcoming depositions per S. Hoeft; attention to indices of deposition exhibits; attention to additional documents requested by S. Hoeft to be used in upcoming deposition. |
| 06/20/03 | E. Staggs | 4.00 | Attention to the organization of materials to be used in upcoming depositions per S. Hoeft. |
| 06/23/03 | J. Fisher | 1.00 | Review order denying discovery extension; meeting with Hoeft regarding same; draft correspondence to Plaza regarding same and suggestion for renewing motion; telephone conference with Tock regarding same and jury instructions. |
| 06/23/03 | S. Hoeft, P.C. | 3.00 | Review Volvo records for McNamara dep.; telephone conferences and e-mails with Brian Griffin, Craig Hanlin and Volvo lawyers regarding discovery rescheduling; telephone conference with G. Wittenbrink regarding deposition. |
| 06/23/03 | S. Fitzhenry | 2.75 | Attention to the organization of deposition preparation materials per S. Hoeft; attention to deposition exhibits from Tealer deposition. |
| 06/23/03 | E. Staggs | 2.50 | Attention to the organization of deposition preparation materials per S. Hoeft. |
| 06/24/03 | S. Hoeft, P.C. | 9.00 | Meeting with B. Griffin and defend deposition. |
| 06/24/03 | S. Fitzhenry | 0.50 | Attention to production documents requested by S. Hoeft. |
| 06/25/03 | S. Hoeft, P.C. | 0.25 | Telephone conference with C. Hanlin regarding deposition, and exchange e-mails with Volvo attorney |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • San Diego • Silicon Valley • Washington, D.C.

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1273705
Invoice Date: 07/21/2003

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | regarding same. |
| 06/25/03 | S. Megregian | 0.25 | Conference with S Hoeft regarding results of B Griffin deposition and strategic issues re upcoming expiration of data for expert designator |
| 06/26/03 | J. Fisher | 0.75 | Office conference with Hoeft regarding amending estoppel claim and fraud issues. |
| 06/26/03 | S. Hoeft, P.C. | 2.25 | E-mails with Volvo attorney and Craig Hanlin regarding discovery; revise chronology; office conference with J. Fisher regarding amended complaint and fraud records. |
| 06/30/03 | J. Fisher | 2.25 | Review discovery documents in preparation for drafting amendment to complaint; draft amended paragraphs to same and motion for leave to file same. |
| 06/30/03 | S. Hoeft, P.C. | 0.25 | Revise motion ot amend and amendment. |

| | **Total Hours** | **87.25** | **Total For Services** | **$28,997.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Fisher | 8.50 | 335.00 | 2,847.50 |
| S. Fitzhenry | 19.00 | 185.00 | 3,515.00 |
| S. Hoeft, P.C. | 45.50 | 455.00 | 20,702.50 |
| S. Megregian | 0.25 | 690.00 | 172.50 |
| C. Nordstrom | 2.50 | 175.00 | 437.50 |
| E. Staggs | 11.50 | 115.00 | 1,322.50 |
| **Totals** | **87.25** | | **$28,997.50** |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Obtain Copy of Transcripts | 603.60 |
| PAYEE: Legalink; REQUEST#: 587817; DATE: 6/19/2003 - Copy of the Transcripts | |
| Obtain Copy of Transcripts | 463.40 |
| PAYEE: Esquire Deposition Services, Inc.; REQUEST#: 588612; DATE: 6/24/2003 - Transcript | |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Munich • New York • Orange County • San Diego • Silicon Valley • Washington, D.C.

3

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1273705
Invoice Date: 07/21/2003

| Description | Amount |
|---|---|
| Obtain Copy of Transcripts<br>PAYEE: Esquire Deposition Services, Inc.; REQUEST#: 588613; DATE: 6/24/2003 - Transcript | 460.00 |
| Obtain Copy of Transcripts<br>PAYEE: Esquire Deposition Services, Inc.; REQUEST#: 588614; DATE: 6/24/2003 - Transcript | 823.70 |
| Obtain Copy of Transcripts<br>PAYEE: Esquire Deposition Services, Inc.; REQUEST#: 588615; DATE: 6/24/2003 - Transcript | 820.00 |
| Obtain Copy of Transcripts<br>PAYEE: Esquire Deposition Services, Inc.; REQUEST#: 588616; DATE: 6/24/2003 - Transcript | 520.90 |
| Outside Copy Services<br>VENDOR: Document Technologies, Inc.; INVOICE#: 74725; DATE: 5/27/2003 - Copies | 104.91 |
| Outside Copy Services<br>VENDOR: Copy Corps of Illinois; INVOICE#: 0047164-IN; DATE: 6/20/2003 - Copiesd | 605.20 |
| Outside Copy Services<br>VENDOR: Document Technologies, Inc.; INVOICE#: 78298; DATE: 6/23/2003 - copies | 36.80 |
| Facsimile | 24.00 |
| Photocopy | 53.80 |
| Postage | 3.32 |
| Telecommunications | 13.09 |
| **Total Costs and Other Charges** | **$4,532.72** |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • ORANGE COUNTY • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

4

June 2003

## MCDERMOTT, WILL & EMERY
### DISCLOSURE NOTICE

Pursuant to the Gramm-Leach-Bliley Act, Public Law Number 106-102, and the regulations issued by the Federal Trade Commission regarding the Privacy of Consumer Financial Information, 16 C.F.R., Part 313, firms which provide tax preparation and tax planning or certain real estate services to their clients are categorized as financial service providers and required to provide written notices to individual clients regarding disclosure of non-public personal information. Although the applicability of those rules to law firms is uncertain, we have elected to provide a Notice in certain situations.

As attorneys, we receive non-public information about our clients from them, and with their authorization, from third parties, such as accountants, financial advisors, insurance agents, banking institutions, and other advisors. We do not disclose any non-public personal information about our clients or former clients to anyone except as authorized or directed by that client. If we are authorized by our clients, we may disclose non-public personal information to unrelated third parties, such as accountants, financial advisors, insurance agents, or government authorities in connection with our work. We restrict access to non-public personal information about our clients to those persons within our law firm who need to know the information in order to provide the requested legal services. We maintain safeguards that comply with law and our rules of ethics to guard the non-public personal information contained in our client files.

### ATTORNEY-CLIENT PRIVILEGE

While the foregoing federal laws and regulations establish rules and non-disclosure requirements, they do not limit the attorney-client privilege or the confidentiality rules applicable to information provided to attorneys. The privilege and confidentiality rules are governed by state law, the rules imposed on attorneys under state law and our ethics standards. In circumstances where applicable federal laws might allow disclosure, we will continue to follow the stricter non-disclosure rules of attorney-client privilege and client confidentiality.