## MCDERMOTT, WILL & EMERY

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Client:       059848
Invoice:      1340802
Invoice Date: 02/16/2004

### Remittance Copy
Billing for services rendered through 01/31/2004

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 34,108.75 |
| Total Costs and Other Charges Posted Through Billing Period | 3,093.92 |
| Discount | (17,054.37) |
| **Total This Invoice** | **$ 20,148.30** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • BRUSSELS • CHICAGO • DÜSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH
NEW YORK • ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

## McDermott, Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

Client:       059848
Invoice:      1340802
Invoice Date: 02/16/2004

### Client Copy
Billing for services rendered through 01/31/2004

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 34,108.75 |
| Total Costs and Other Charges Posted Through Billing Period | 3,093.92 |
| Discount | (17,054.37) |
| **Total This Invoice** | **$ 20,148.30** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • BRUSSELS • CHICAGO • DÜSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH
NEW YORK • ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

## McDermott, Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Invoice: 1340802                                                                                     02/16/2004

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

For Services Rendered in Connection With:

Matter: 0013          Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/03/04 | S. Hoeft, P.C. | 8.00 | Read and summarized trial testimony. |
| 01/05/04 | S. Megregian | 1.50 | Conference with Steve Hoeft regarding application for costs and review of materials re backup data for cost application; contacts with accounting re preparation of materials for cost application. |
| 01/05/04 | S. Hoeft, P.C. | 5.25 | Draft and revise proposed findings and conclusions; telephone conference with J. Tock; office conference with J. Fisher regarding Volvo post-trial motion. |
| 01/05/04 | A. Frakes | 1.75 | Continue research of Seventh Circuit case law regarding level of detail required in attorneys' fees motions and potential recovery of contingent attorneys' fees. |
| 01/05/04 | M. Ovalle | 1.75 | Telephone call with court reporter re delivery of several trial transcripts; organize all trial materials into newly created jackets; update pleadings index to incorporate all post-trial motions received. |
| 01/06/04 | S. Hoeft, P.C. | 4.75 | Draft and revise proposed findings and conclusions; office conference with J Fisher regarding Volvo post-trial motions; office conference with AF regarding fee petition. |
| 01/06/04 | J. Killacky | 1.75 | Office conference with J. Fisher re: research on damages; legal research re: review of jury damage awards. |
| 01/06/04 | J. Fisher | 4.25 | Conference with Hoeft regarding post-trial briefs; review Volvo's briefs; draft response to motion for extension of time and send to Tock for filing; conference with Killacky regarding research issues for response briefs. Meet with Killacky regarding research results; telephone conference with Tock regarding court order; work on consumer fraud brief. |
| 01/06/04 | A. Frakes | 0.75 | Office conference with S. Hoeft regarding drafting |

BOSTON • BRUSSELS • CHICAGO • DÜSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH
NEW YORK • ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

1

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1340802
Invoice Date: 02/16/2004

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | motion for attorneys' fees and costs; draft motion for attorneys' fees and costs pursuant to contract and Illinois Consumer Fraud and Deceptive Practices Act. |
| 01/07/04 | S. Hoeft, P.C. | 3.00 | Read and summarize trial testimony of Taylor, Dawson, and Morton; revise proposed findings and conclusions. |
| 01/07/04 | J. Killacky | 2.00 | Continue legal research re: review of jury damage awards; office conference with J. Fisher re: results of research. |
| 01/07/04 | A. Frakes | 2.25 | Draft motion for award of attorneys' fees pursuant to contract and Illinois Consumer Fraud Act. |
| 01/08/04 | S. Megregian | 0.50 | Review orders from Judge relating to trial; review new complaint filed against Volvo truck; conference with S Hoeft regarding strategy for accelerating conclusion of project and related issues |
| 01/08/04 | J. Fisher | 2.00 | Conference with Hoeft and Megregian regarding post-trial briefs and appeal issues; review draft consumer fraud brief; conferences with Killacky regarding research for same. |
| 01/08/04 | S. Hoeft, P.C. | 3.00 | Office conference with JF regarding fee petition and proposed findings and conclusions; revise same. |
| 01/08/04 | J. Killacky | 6.00 | Draft argument re: damages for Response to Motion For New Trial; review Proposed Findings of Fact and Conclusions of Law; research re: damages in cases with breach of contract and consumer fraud counts. |
| 01/08/04 | A. Frakes | 1.25 | Review and revise motion for recovery of attorneys' fees; additional research of standards for awards of attorneys' fees pursuant to the Illinois Consumer Fraud and Deceptive Practices Act. |
| 01/09/04 | M. Ovalle | 1.25 | Meet with J. Fisher regarding McNamara cites regarding fraud and review McNamara trial testimony; telephone call with court reporter re final copies of entire trial transcript; prepare letter to Jeffrey Tock enclosing all trial transcripts to attach to brief.. |
| 01/09/04 | S. Hoeft, P.C. | 1.50 | Office conferences with J.F. and revise proposed findings and conclusions. |
| 01/09/04 | J. Killacky | 4.00 | Analyze case law re: damages in breach of contract and consumer fraud actions; office conference with J. Fisher re: same; revise proposed Findings of Fact and |

BOSTON • BRUSSELS • CHICAGO • DÜSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH
NEW YORK • ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

## McDERMOTT, WILL & EMERY

Roberson Transportation

Client: 059848
Invoice: 1340802
Invoice Date: 02/16/2004

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | Conclusions of Law. |
| 01/09/04 | J. Fisher | 6.50 | Review draft brief regarding consumer fraud; conference with Killacky regarding research for same; conference with Hoeft regarding issues for same; research and review case law regarding consumer fraud claim and attorneys' fees. |
| 01/12/04 | S. Megregian | 0.75 | Review various post-trial pleadings; discuss status of post trial proceeding with S Hoeft |
| 01/12/04 | J. Killacky | 1.25 | Research and analyze Supreme Court case law re: punitive damage awards. |
| 01/12/04 | S. Hoeft, P.C. | 0.25 | Letter to B. Griffin regarding proposed findings and conclusions. |
| 01/12/04 | M. Ovalle | 2.00 | Review Consumer Fraud Brief for all cites to McNamara trial testimony and report corrections to J. Fisher; telephone call with court reporter regarding final copy of trial transcript; prepare e-mail to Jeff Tock's office enclosing Hanlin transcript; assemble set of trial transcripts for Plaza; retrieve and copy defendant post-trial motions for Fisher; arrange for creation of new jackets and inserts. |
| 01/12/04 | J. Fisher | 5.50 | Continued work on consumer fraud brief; edits to same; citations to same; review case law regarding same; conferences with Ovalle and Hoeft regarding filing same and transcripts for same. |
| 01/13/04 | S. Hoeft, P.C. | 0.50 | Revise fee petition and affidavit, and office conferences with J Fisher regarding same. |
| 01/13/04 | M. Ovalle | 4.50 | Retrieve Griffin trial testimony for delivery to Plaza; review all billing statements to date and redact and copy selected pages for submission with fee petition; calculate all fee and cost amounts and report same to J. Fisher; telephone call with court reporter regarding final billing statement amount and calculate total court reporter fees for submission with fee petition; arrange for final payment of court reporter invoice; review file for copy of retention letter and telephone call with Megregian's office to request copy of same. |
| 01/13/04 | J. Fisher | 6.75 | Draft, edit fee petition; review documents re same; conference with S. Hoeft re same; conference with Tock |

BOSTON • BRUSSELS • CHICAGO • DÜSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH
NEW YORK • ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1340802
Invoice Date: 02/16/2004

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | re same. |
| 01/14/04 | S. Megregian | 0.25 | Review files for materials re request for justification of attorneys fees |
| 01/15/04 | S. Megregian | 0.25 | Review correspondence to B Griffin regarding findings of facts and conclusions of law |
| 01/19/04 | S. Hoeft, P.C. | 0.25 | Letter to B Griffin regarding fee petition. |
| 01/22/04 | M. Ovalle | 4.75 | Review all trial testimony cites in Consumer Fraud brief filed with court and compare same to final trial transcripts; revise trial testimony cites in brief to reflect testimony in final trial transcripts. |
| 01/23/04 | S. Hoeft, P.C. | 0.25 | Letter to client regarding fee petition. |
| 01/23/04 | M. Ovalle | 3.75 | Complete review and revisions of final trial testimony cites in Consumer Fraud brief and conference with S. Hoeft re same; update pleadings index to reflect all minute orders filed during trial and all post-trial motions; update correspondence files; arrange for creation of new jackets and inserts. |
| 01/26/04 | S. Megregian | 0.50 | Review various materials regarding request for attorneys fees |
| 01/30/04 | M. Ovalle | 0.75 | Organization of all materials in records management jackets; update pleadings index; arrange for selected materials to be sent to off-site storage. |

**Total Hours** 95.25        **Total For Services** $34,108.75

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Fisher | 25.00 | 400.00 | 10,000.00 |
| A. Frakes | 6.00 | 250.00 | 1,500.00 |
| S. Hoeft, P.C. | 26.75 | 480.00 | 12,840.00 |
| J. Killacky | 15.00 | 285.00 | 4,275.00 |
| S. Megregian | 3.75 | 515.00 | 1,931.25 |

Boston • Brussels • Chicago • Düsseldorf • London • Los Angeles • Miami • Milan • Munich
New York • Orange County • Rome • San Diego • Silicon Valley • Washington, D.C.

4

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1340802
Invoice Date: 02/16/2004

| Name | Hours | Rate | Amount |
|---|---|---|---|
| M. Ovalle | 18.75 | 190.00 | 3,562.50 |
| Totals | 95.25 | | $34,108.75 |

### Costs and Other Charges

| Description | Amount |
|---|---|
| Miscellaneous<br>VENDOR: Law Bulletin Publishing Co.; INVOICE#: 170926; DATE: 12/31/2003 - access plus | 100.00 |
| Obtain Copy of Transcripts<br>VENDOR: Lisa Knight Cosimini; INVOICE#: 011304; DATE: 1/13/2004 - Payment of court reporter inv. | 916.26 |
| Outside Copy Services<br>VENDOR: IKON Office Solutions, Inc.; INVOICE#: CHI222444; DATE: 11/24/2003 - Copying | 95.16 |
| Outside Copy Services<br>VENDOR: IKON Office Solutions, Inc.; INVOICE#: CHI222621; DATE: 1/8/2004 - Copying | 291.35 |
| Transportation/Parking<br>VENDOR: Flash Cab Company; INVOICE#: 2000042072; DATE: 1/6/2004 - Flash Cab w/e 12/5/03 | 22.00 |
| Transportation/Parking<br>VENDOR: Flash Cab Company; INVOICE#: 2000042072; DATE: 1/6/2004 - Flash Cab w/e 12/5/03 | 21.10 |
| Transportation/Parking<br>VENDOR: Flash Cab Company; INVOICE#: 2000042072; DATE: 1/6/2004 - Flash Cab w/e 12/5/03 | 22.00 |
| Computer Assisted Research | 701.91 |
| Express Mail | 197.54 |
| Meeting Expenses | 7.68 |
| Messenger/Courier | 11.00 |
| Photocopy | 649.40 |
| Postage | 17.69 |
| Telecommunications | 40.83 |

BOSTON • BRUSSELS • CHICAGO • DÜSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH
NEW YORK • ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1340802
Invoice Date: 02/16/2004

Description　　　　　　　　　　　　　　　　　　　　　　　　　　　Amount

Total Costs and Other Charges　　$3,093.92

Boston • Brussels • Chicago • Düsseldorf • London • Los Angeles • Miami • Milan • Munich
New York • Orange County • Rome • San Diego • Silicon Valley • Washington, D.C.

6