## MCDERMOTT, WILL & EMERY

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

Client: 059848
Invoice: 1330202
Invoice Date: 01/16/2004

---

### Remittance Copy
Billing for services rendered through 12/31/2003

---

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 211,067.50 |
| Total Costs and Other Charges Posted Through Billing Period | 22,253.68 |
| Discount | (105,533.75) |
| **Total This Invoice** | **$ 127,787.43** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

## McDermott, Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1330202 |
| Invoice Date: | 01/16/2004 |

### Client Copy
Billing for services rendered through 12/31/2003

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 211,067.50 |
| Total Costs and Other Charges Posted Through Billing Period | 22,253.68 |
| Discount | (105,533.75) |
| **Total This Invoice** | **$ 127,787.43** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Invoice: 1330202                                                                                   01/16/2004

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

For Services Rendered in Connection With:

Matter: 0013          Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/01/03 | L. Brown | 2.00 | Review opposing counsel exhibits for documents related to Neal White. |
| 12/01/03 | M. Ovalle | 10.00 | Meet with S. Hoeft and J. Fisher to discuss tasks in preparation for trial; print and review witness examinations and prepare chart reflecting all exhibits to be used with each witness; review plaintiff's trial exhibit list for identification of exhibits listed by Bates number only in witness outline; telephone call with Judge McCuskey's clerk regarding several logistical matters; telephone call with Judge McCuskey's court report regarding several matters including costs for daily transcripts and prepare e-mail to S. Hoeft and J. Fisher regarding same; discuss with L. Brown review of defendant's documents for references to N. White. |
| 12/01/03 | S. Szulkowski | 8.00 | Travel to Chicago for trial preparation. Begin trial preparation |
| 12/01/03 | B. Webster | 3.25 | Draft and revise memorandum to J. Fisher regarding ways to enter notes of a telephone conversation into evidence. |
| 12/01/03 | S. Hoeft, P.C. | 7.75 | Trial preparation; revise Hanlin re damages; telephone conference with account; office conference with J.F.; draft motion to bar expert; review defendants jury instructions; office conference with J Fisher and M.O. |
| 12/01/03 | J. Fisher | 7.25 | Conferences with Hoeft re trial issues; review/revise opening and closing; send information to Media consultants; discuss same with Media consultants; research Volvo entities information; review same; file response brief; continued work on examinations and exhibits for same; review Volvo's jury instructions for |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

1

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1330202
Invoice Date: 01/16/2004

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | objections. |
| 12/02/03 | M. McMillan | 0.50 | Company info AB Volvo Trucks N.A. & Volvo transportation services for Joseph Fisher. |
| 12/02/03 | B. Webster | 2.00 | Revise memorandum to J. Fisher regarding ways to enter notes of a telephone conversation into evidence; organize cases to be attached to memorandum. |
| 12/02/03 | M. Ovalle | 9.50 | Retrieve arrange for copying of all joint exhibits referenced in witness outlines; retrieve and arrange for copying all witness deposition transcripts; telephone call with court reporter regarding minuscript copy of written briefs; review subset of exhibits to be given to jury and correct where necessary; arrange for copies of entire set of plaintiff's exhibits; arrange for delivery of supplies to be sent to Champaign; telephone call with Judge's clerk regarding joint exhibit list. |
| 12/02/03 | S. Hoeft, P.C. | 1.50 | Meeting with expert regarding exhibits; revised Dawson cross-exam. |
| 12/02/03 | S. Szulkowski | 15.00 | Trial preparation; send boxes to Champaign, Illinois |
| 12/02/03 | A. Frakes | 0.75 | Review proposed jury instructions submitted by defendants. |
| 12/02/03 | J. Fisher | 5.00 | Continued work on trial preparation; meeting with Media consultants and Hoeft re same. |
| 12/03/03 | S. Megregian | 0.50 | Conferences with S Hoeft regarding trial strategy, outstanding issues and approach to concerns regarding case |
| 12/03/03 | M. McMillan | 0.25 | Officer information on Volvo Transportation Services Joseph Fisher (Chicago Office) |
| 12/03/03 | C. Nordstrom | 2.50 | Locate rental company and arrange for printer rental for trial in Champaign, IL. |
| 12/03/03 | N. White, P.C. | 1.00 | Conference with S. Hoeft regarding my role as witness in Volvo case. |
| 12/03/03 | S. Hoeft, P.C. | 10.00 | Prepare Neal White for testimony and revise exam; meeting with JF et. al.; office conference with AF regarding objections to instructions; review exhibits. |
| 12/03/03 | J. Fisher | 6.25 | Conferences with Hoeft regarding trial issues; Conferences with Ovalle regarding same; conf. call with Hoeft and accountants regarding Volvo expert; additional work on jury instructions; conference with Frakes |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1330202
Invoice Date: 01/16/2004

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | regarding objections to same; review closing argument; conferences with Media consultants; revise/files response to volvo motions. |
| 12/03/03 | S. Szulkowski | 15.00 | Trial preparation; send boxes and materials to Champaign, IL. |
| 12/03/03 | B. Webster | 2.25 | Research 7th circuit case law regarding requirements for a witness to be deemed unavailable to testify; organize and tab relevant sections of cases for trial. |
| 12/03/03 | A. Frakes | 4.25 | Review defendants' proposed jury instructions in preparation for trial; office conferences with J. Fisher and S. Hoeft regarding drafting objections to same. |
| 12/03/03 | M. Ovalle | 8.75 | Meeting with J. Fisher, S. Hoeft and S. Szulkowski to discuss status of tasks in connection with trial preparation; review McNamara outline and retrieve questionable exhibits for Hoeft's review; prepare letter to R. Villa enclosing plaintiff's trial exhibits and arrange for delivery of same; review plaintiff's Motion to Bar Defendant's Opinion Witness and retrieve and organize exhibits referred in same; telephone call with Judge's court report regarding exhibit issue. |
| 12/04/03 | J. Fisher | 6.25 | Send unredacted docs to Volvo; meet with Frakes regarding jury instructions; revise same; meet with Media consultants and revise timelines, media presentation; conferences with Ovalle and Szulkowski regarding trial preparation issues; continued trial preparation work; telephone conference with Hoeft regarding same; continued work on Volvo expert report. |
| 12/04/03 | S. Hoeft, P.C. | 7.25 | Trial preparation; preparation of Hanlin; revise Hanlin and Griffin examinations; revise objections to defendant's jury instructions; revise closing argument. |
| 12/04/03 | S. Szulkowski | 15.00 | Revise DTX; revise PTX; travel to Champaign, IL; setup war room; update witness outlines; revise objections to jury instructions; telephone conferences with JF and MO; office conference with SHH regarding assignments; trial preparation. |
| 12/04/03 | A. Frakes | 7.00 | Draft objections to Defendants' proposed jury instructions in preparation for trial; office conference with J. Fisher to discuss same; review and revise |

Boston • Chicago • Dusseldorp • London • Los Angeles • Miami • Milan • Munich • New York
Orange County • Rome • San Diego • Silicon Valley • Washington, D.C.

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1330202
Invoice Date: 01/16/2004

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | objections per suggestions of J. Fisher. |
| 12/04/03 | M. Ovalle | 5.00 | Telephone call with Wayne Plaza regarding exchange of reduced exhibit lists; begin assembly of plaintiff jury trial exhibits binders; telephone call with Lisa Cosmini, court report regarding issue of delivering transcripts on daily basis; begin packing materials for delivery to Champaign; update pleadings index; begin packing materials to be sent to Champaign. |
| 12/04/03 | E. Staggs | 3.50 | Attention to review of redacted materials to be produced as non-redacted. |
| 12/05/03 | J. Fisher | 6.25 | Continued work regarding trial preparation; review/revision of exam outlines; finalize and file objections to jury instruction; review research regarding same; conferences with Frakes regarding same; conferences with Ovalle/Szulkowski regarding exhibits; telephone conference with Plaza (Volvo) regarding trial exhibits; work on damage charts; conference with Media consultants regarding same; prepare and organize all needed trial materials. |
| 12/05/03 | S. Szulkowski | 11.00 | Trial preparation; revise outlines. |
| 12/05/03 | S. Hoeft, P.C. | 9.00 | Prepare C. Hanlin for trial testimony; revise cross examinations, revise closing argument; trial preparation. |
| 12/05/03 | E. Staggs | 2.00 | Attention to review of previously redacted documents to be produced as non-redacted. |
| 12/05/03 | A. Frakes | 3.25 | Research Illinois and Seventh Circuit case law regarding whether equitable estoppel and statute of frauds defenses are proper jury questions; research Illinois case law regarding applicability of and exceptions to the statute of frauds; office conference with J. Fisher regarding same. |
| 12/05/03 | M. Ovalle | 10.00 | Review e-mails from Rooks, Pitts regarding defendant's reduced trial exhibit list; review plaintiff's revised exhibit list and pull additional exhibits added and arrange for multiple copies of same; complete assembly of volumes 1 and 2 of plaintiff's trial exhibits for jury members; telephone call with Wayne Plaza regarding copies of defendant's trial exhibits and conference with J. Fisher regarding same; telephone call with Lisa Cosmini, court report regarding delivery of daily transcripts; prepare list |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1330202
Invoice Date: 01/16/2004

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | of exhibits to be reviewed for accuracy in all jury binders; re-file exhibits pulled from full set of exhibits; complete packing of all materials and arrange for federal express delivery of same to Champaign. |
| 12/06/03 | S. Hoeft, P.C. | 8.50 | Prepare C. Hanlin and B. Griffin for trial testimony; revise cross exam of Volvo witnesses; review and revise exhibits; trial preparation. |
| 12/06/03 | S. Szulkowski | 13.00 | Revise outlines; conform trial exhibits to graphic numbers for Graphics; prepare witness file for Tedder; trial preparation. |
| 12/06/03 | J. Fisher | 11.00 | Work with Brian Griffin and Craig Hanlin re trial preparation at Roberson; revise witness outlines; trial preparation; work on media presentation. |
| 12/06/03 | M. Ovalle | 5.00 | Travel to Champaign; review opening statement; unpack boxes delivered to hotel and begin checking exhibit binders for gaps. |
| 12/07/03 | S. Szulkowski | 14.00 | Trial preparation. |
| 12/07/03 | S. Hoeft, P.C. | 14.00 | Review Morton cross; prepare Griffin and Hanlin; revise and practice opening; trial preparation. |
| 12/07/03 | J. Fisher | 12.75 | Work with Brian Griffin re direct exam; revise same; work with S. Hoeft re closing; work on media presentation; trial preparation. |
| 12/07/03 | M. Ovalle | 11.00 | Review Taylor outline and retrieve and copy all exhibits referenced in outline; review defendant's reduced exhibit list, retrieve same and deliver exhibits to Kinko's for copying; review on set of plaintiff's reduced set of exhibits and note and copy discrepancy documents for all juror sets; final review and organization of plaintiff's full set of exhibits; retrieve and organize for J. Fisher all documents relating to pretrial issues; assist S. Szulkowski with organization and packing of materials to take to trial. |
| 12/08/03 | B. Webster | 1.00 | Conference with Joe Fisher regarding emergency research assignment; find case law or other supporting authority that states that a client representative at trial cannot be a former employee who is also a key witness for the opposing side; report research findings to Joe Fisher |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1330202
Invoice Date: 01/16/2004

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/08/03 | S. Szulkowski | 17.00 | Trial preparation; assist with trial logistics |
| 12/08/03 | S. Hoeft, P.C. | 14.00 | Revise opening; prepare Griffin; trial preparation; trial. |
| 12/08/03 | J. Fisher | 13.25 | Trial; jury selection; opening arguments; draft statute of frauds brief; work with witnesses; trial preparation. |
| 12/08/03 | A. Frakes | 8.25 | Research Illinois and Seventh Circuit case law regarding applicability of statute of frauds; draft memorandum of law to J. Fisher and S. Hoeft regarding same; review and revise memorandum; telephone conference with J. Fisher regarding same. |
| 12/08/03 | M. Ovalle | 14.00 | Attend trial; pick up defendant's exhibits at Kinko's; review revised outlines for Hanlin, McNamara and Griffin and retrieve, copy and organize exhibits to be used by S. Hoeft; retrieve and copy documents for Morton deposition; complete organization of Taylor witness binder for J. Fisher; retrieve all of defendant's exhibits referencing Freightliner for S. Hoeft. |
| 12/09/03 | M. McMillan | 0.25 | Illinois statute of frauds research for Aron Frakes. |
| 12/09/03 | S. Hoeft, P.C. | 14.50 | Trial and trial preparation. |
| 12/09/03 | S. Szulkowski | 14.00 | Trial and trial preparation. |
| 12/09/03 | E. Staggs | 1.00 | Attention to search for telephone transcripts and whether same had been produced. |
| 12/09/03 | J. Fisher | 14.75 | Attend trial; draft SOL Jury Instruction memo; review court's proposed jury instructions; work with witnesses; work on Taylor cross exam. |
| 12/09/03 | A. Frakes | 0.25 | Compile case law for J. Fisher for use at trial. |
| 12/09/03 | M. Ovalle | 8.00 | Attend trial, retrieve and copy all exhibits marked during trial; review notes and update index to reflect exhibits entered. |
| 12/10/03 | S. Szulkowski | 20.00 | Trial and trial preparation. |
| 12/10/03 | S. Hoeft, P.C. | 14.50 | Trial and trial preparation. |
| 12/10/03 | J. Fisher | 15.25 | Attend trial; jury instruction conference with judge; work on Taylor's cross; witness preparation; draft statute of frauds brief and Daubert motion. |
| 12/10/03 | M. Ovalle | 9.00 | Attend trial; comparison of trial notes to J. Fisher's notes in order to update exhibits marked during trial; retrieve and add to file plaintiff's exhibits marked during today's trial. |
| 12/11/03 | S. Hoeft, P.C. | 13.50 | Trial and trial preparation. |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1330202
Invoice Date: 01/16/2004

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/11/03 | S. Szulkowski | 12.00 | Trial preparation; trial. |
| 12/11/03 | J. Fisher | 15.75 | Trial; trial preparation; draft directed verdict motion re statute of frauds; draft statute of frauds jury instruction; Taylor examination; draft motion to bar expert. |
| 12/11/03 | M. Ovalle | 10.00 | Attend trial; pull all original plaintiff trial exhibits admitted to date for submission to court; review and copy McNamara trial testimony to attach to plaintiff's motion for filing tomorrow; review and copy Morton deposition pages to attach to motion for filing tomorrow with court. |
| 12/12/03 | S. Megregian | 0.50 | Various conferences with S Hoeft regarding update as to developments in proceedings, strategy for completing hearing, etc |
| 12/12/03 | S. Hoeft, P.C. | 13.00 | Trial and trial preparation. |
| 12/12/03 | S. Szulkowski | 12.00 | Trial preparation; trial. |
| 12/12/03 | J. Fisher | 13.00 | Trial; trial preparation; jury instructions; closing preparation. |
| 12/12/03 | M. Ovalle | 11.50 | Attend trial; meet with Judge's clerk to verify plaintiff's exhibits admitted; separate exhibits not to be shown to jury and remove pages from selected exhibits for submission to jury; pack all materials in court room to return to hotel; return to Chicago. |
| 12/12/03 | A. Frakes | 1.50 | Research Illinois law regarding joint and several liability of co-obligors under a contract. |
| 12/13/03 | S. Hoeft, P.C. | 7.00 | Prepare closing argument; read trial transcript; review exhibits. |
| 12/13/03 | S. Szulkowski | 6.00 | Begin packing up "war room"; print trial transcripts; prepare exhibits entered into evidence to be presented to the jury. |
| 12/14/03 | S. Hoeft, P.C. | 12.00 | Preparation and research of closing argument; revise verdict forms and brief; prepare for closing argument. |
| 12/14/03 | S. Szulkowski | 12.00 | Prepare for closing argument. |
| 12/14/03 | J. Fisher | 10.75 | Work on jury instruction issues; research on joint contractual liability, review same and draft memo of law on same; draft alternative jury verdict form to be filed with memo; review transcript for cites for same; work on closing arguments. |
| 12/15/03 | S. Megregian | 0.50 | Consider voicemail from S Hoeft; conferences regarding status of Volvo litigation |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1330202
Invoice Date: 01/16/2004

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/15/03 | S. Hoeft, P.C. | 10.00 | Prepare for and closing argument; return to Chicago; wait for and receive verdict. |
| 12/15/03 | S. Szulkowski | 11.00 | Trial and travel to Chicago. |
| 12/15/03 | J. Fisher | 8.00 | Trial of case and jury issues. |
| 12/16/03 | S. Megregian | 1.00 | Various conferences with S Hoeft regarding proceedings forward in light of jury verdict including papers to court on consumer fraud claim etc |
| 12/17/03 | S. Szulkowski | 2.00 | Paperwork. |
| 12/17/03 | S. Hoeft, P.C. | 0.25 | Telephone conference with R. Roberson regarding collection of judgment. |
| 12/22/03 | S. Megregian | 0.50 | Conference with S Hoeft regarding process for finalising judgement; outstanding claim to be decided by judge and issues re: timing of appeal. |
| 12/22/03 | S. Hoeft, P.C. | 2.50 | Letter to Brian Griffin regarding entry of judgment order; read Consumer Fraud Act and cover; office conference with J Fisher regarding findings. |
| 12/22/03 | J. Fisher | 2.50 | Conference with S. Hoeft regarding consumer fraud issues, attorney's fees and bill of costs; research regarding same and look at consumer fraud proof for brief. |
| 12/22/03 | M. Ovalle | 1.00 | Review and organize boxes of trial materials brought back by S. Hoeft; telephone call with Judge's court reporter regarding payment of invoice. |
| 12/23/03 | M. Ovalle | 6.00 | Unpack all boxes returned from Champaign trial; update correspondence files and update pleadings index; organize all trial notes and transcripts; arrange for creation of new jackets and inserts; organize and mark boxes of plaintiff and defendant trial exhibits. |
| 12/29/03 | A. Frakes | 1.00 | Research Seventh Circuit and other federal case law regarding proper method for requesting attorneys fees pursuant to a contractual provision. |
| 12/30/03 | S. Hoeft, P.C. | 0.50 | Office conference with A. Frakes regarding fee petition and research; telephone conference with BG regarding fees and consumer fraud claim. |
| 12/30/03 | A. Frakes | 2.25 | Research Federal case law regarding whether attorneys fees owed under a contract may be requested by post-trial motion; office conference with S. Hoeft to discuss findings of same. |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

8

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1330202
Invoice Date: 01/16/2004

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/31/03 | A. Frakes | 2.25 | Research Seventh Circuit case law regarding amount of detail required in attorneys fees petitions and treatment of contingency fee arrangements. |

| | Total Hours | 678.75 | Total For Services | $211,067.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| L. Brown | 2.00 | 120.00 | 240.00 |
| J. Fisher | 148.00 | 400.00 | 59,200.00 |
| A. Frakes | 30.75 | 250.00 | 7,687.50 |
| S. Hoeft, P.C. | 159.75 | 480.00 | 76,680.00 |
| M. McMillan | 1.00 | 120.00 | 120.00 |
| S. Megregian | 3.00 | 515.00 | 1,545.00 |
| C. Nordstrom | 2.50 | 190.00 | 475.00 |
| M. Ovalle | 118.75 | 190.00 | 22,562.50 |
| E. Staggs | 6.50 | 120.00 | 780.00 |
| S. Szulkowski | 197.00 | 200.00 | 39,400.00 |
| B. Webster | 8.50 | 215.00 | 1,827.50 |
| N. White, P.C. | 1.00 | 550.00 | 550.00 |
| **Totals** | **678.75** | | **$211,067.50** |

### Costs and Other Charges

| Description | Amount |
|---|---|
| Business Meals<br>Dinner for four at Harry Caray's (Karen DeMeo and clients). | 176.79 |
| Business Meals<br>Trial | 107.76 |
| Business Meals<br>Trial | 821.55 |
| Business Meals<br>Lunches and dinner for team. | 161.94 |

Boston • Chicago • Dusseldorf • London • Los Angeles • Miami • Milan • Munich • New York
Orange County • Rome • San Diego • Silicon Valley • Washington, D.C.

9

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1330202
Invoice Date: 01/16/2004

| Description | Amount |
|---|---|
| Depositions | 100.00 |
| VENDOR: Stephens Reporting LTD; INVOICE#: KD4643; DATE: 12/2/2003 - Deposition | |
| Miscellaneous | 40.00 |
| Trial | |
| Miscellaneous | 4,693.45 |
| VENDOR: Lisa Knight Cosimini; INVOICE#: 121903; DATE: 12/22/2003 - Trial transcription | |
| Outside Copy Services | 73.38 |
| VENDOR: On-Site Sourcing, Inc.; INVOICE#: 113174; DATE: 11/20/2003 - Outside copying Scanning of 1 box of documents/ Concordance | |
| Outside Copy Services | 268.61 |
| VENDOR: On-Site Sourcing, Inc.; INVOICE#: IC00113173; DATE: 11/20/2003 - Copying costs Scanning of 3 boxes of documents | |
| Outside Copy Services | 1,617.28 |
| VENDOR: The Medleh Group; INVOICE#: CHI00020776; DATE: 12/17/2003 - Copying reduced set of Pltf's trial exhs for jury Volume 3 | |
| Outside Copy Services | 283.92 |
| VENDOR: The Medleh Group; INVOICE#: CHI00020658; DATE: 12/17/2003 - Coying of complete set of trial exhibits for judge | |
| Outside Copy Services | 284.54 |
| VENDOR: The Medleh Group; INVOICE#: CHI00020695; DATE: 12/17/2003 - Copyng trial exhibits for witness files and jury binders | |
| Outside Copy Services | 793.56 |
| VENDOR: The Medleh Group; INVOICE#: CHI00020725; DATE: 12/17/2003 - Coying 3 complete set of trial exhibits | |
| Outside Copy Services | 1,353.90 |
| VENDOR: The Medleh Group; INVOICE#: CHI00020736; DATE: 12/17/2003 - Copying reduced set of Pltf's trial exhs for jury | |
| Professional Services/Consultants | 830.16 |
| VENDOR: SZULKOWS; INVOICE#: 12/17/03; DATE: 12/17/2003 - Trial Expenses. | |
| Transportation/Parking | 12.00 |
| Dinner for four at Harry Caray's (Karen DeMeo and clients). | |
| Transportation/Parking | 102.00 |
| Preparation for Trial, late evening work and taxis from office, assist with pretrial | |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

10

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1330202
Invoice Date: 01/16/2004

| Description | Amount |
|---|---:|
| motions, plantiff trial exhibits, index and preparation for shopping all trial materials to Champaign. | |
| Transportation/Parking | 23.00 |
| VENDOR: Flash Cab Company; INVOICE#: 2000041554; DATE: 12/11/2003 - Flash Cab w/e 11/21/03 | |
| Transportation/Parking | 75.00 |
| Trial | |
| Transportation/Parking | 30.00 |
| Trial-Misc. Expense-parking tickets incurred during trial | |
| Administrative Support | 168.75 |
| Computer Assisted Research | 8,360.51 |
| Express Mail | 479.57 |
| Facsimile | 4.00 |
| Messenger/Courier | 27.69 |
| Photocopy | 646.80 |
| Postage | 2.08 |
| Telecommunications | 15.20 |
| Travel Expenses | 700.24 |
| **Total Costs and Other Charges** | **$22,253.68** |

BOSTON • CHICAGO • DUSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH • NEW YORK
ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

11