Invoice

## McDermott, Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1349484 |
| Invoice Date: | 03/15/2004 |

### Remittance Copy
Billing for services rendered through 02/29/2004

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 1,128.75 |
| Total Costs and Other Charges Posted Through Billing Period | 155.22 |
| Discount | (564.37) |
| **Total This Invoice** | **$ 719.60** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • BRUSSELS • CHICAGO • DÜSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH
NEW YORK • ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

## McDERMOTT, WILL & EMERY

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

Client:       059848
Invoice:      1349484
Invoice Date: 03/15/2004

### Client Copy
**Billing for services rendered through 02/29/2004**

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 1,128.75 |
| Total Costs and Other Charges Posted Through Billing Period | 155.22 |
| Discount | (564.37) |
| **Total This Invoice** | **$ 719.60** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • BRUSSELS • CHICAGO • DÜSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH
NEW YORK • ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

## McDermott, Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Invoice: 1349484                                                03/15/2004

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

For Services Rendered in Connection With:

Matter: 0013     Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/13/04 | J. Fisher | 0.25 | Review Volvo motion and court order regarding extension of time. |
| 02/13/04 | S. Hoeft, P.C. | 0.25 | Letter to client regarding adjusted briefing schedule. |
| 02/17/04 | J. Fisher | 0.50 | Review letter from Lemoine regarding attorney fee issues; review local rules and case law regarding same. |
| 02/18/04 | S. Megregian | 0.25 | Various incoming letters from Steve Hoeft regarding status of attorney's fees applicable; questions re: same. |
| 02/19/04 | J. Fisher | 0.50 | Review fee petition to prepare response to Volvo letter re same. |
| 02/24/04 | M. Ovalle | 0.75 | Telephone conference with J. Tock's secretary regarding motion for attorneys' fees and costs; print and complete court reporter fees on Bill of Costs and forward same to J. Fisher; update correspondence file; arrange for creation of new jackets and inserts. |
| 02/25/04 | M. Ovalle | 1.25 | Update pleadings file and pleadings index to reflect documents received. |

|  | Total Hours | 3.75 | Total For Services | $1,128.75 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Fisher | 1.25 | 400.00 | 500.00 |
| S. Hoeft, P.C. | 0.25 | 480.00 | 120.00 |
| S. Megregian | 0.25 | 515.00 | 128.75 |

BOSTON • BRUSSELS • CHICAGO • DÜSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH
NEW YORK • ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1349484
Invoice Date: 03/15/2004

| Name | Hours | Rate | Amount |
|---|---|---|---|
| M. Ovalle | 2.00 | 190.00 | 380.00 |
| **Totals** | **3.75** | | **$1,128.75** |

### Costs and Other Charges

| Description | Amount |
|---|---|
| Miscellaneous<br>VENDOR: Courthouse News Service; INVOICE#: 20141; DATE: 1/30/2004 - Download copy of document/copying fee | 41.00 |
| Transportation/Parking<br>VENDOR: Flash Cab Company; INVOICE#: 020204; DATE: 2/2/2004 - Flash Cab w/e 12/12/03 | 21.00 |
| Express Mail | 64.68 |
| Photocopy | 25.40 |
| Postage | 0.74 |
| Telecommunications | 2.40 |
| **Total Costs and Other Charges** | **$155.22** |

BOSTON • BRUSSELS • CHICAGO • DÜSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH
NEW YORK • ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

2

## Invoice

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

**McDermott, Will & Emery**

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL  61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1358339 |
| Invoice Date: | 04/22/2004 |

### Client Copy
Billing for services rendered through  03/31/2004

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 41,867.50 |
| Total Costs and Other Charges Posted Through Billing Period | 3,999.77 |
| Discount | (20,933.75) |
| **Total This Invoice** | **$ 24,933.52** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • BRUSSELS • CHICAGO • DÜSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH
NEW YORK • ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

04/22/2004

Invoice: 1358339

Client: 059848

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

For Services Rendered in Connection With:

Matter: 0013    Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/01/04 | S. Hoeft, P.C. | 1.25 | Letter to B. Griffin and C. Hanlin regarding Volvo post-trial filings; read brief. |
| 03/02/04 | J. Fisher | 1.00 | Review Volvo post-trial motions. |
| 03/03/04 | S. Megregian | 1.00 | Review various pleadings from Volvo including motion for new trial objections etc; conference with S Hoeft re same |
| 03/03/04 | S. Hoeft, P.C. | 5.75 | Outline response to Volvo motion for new trial; research regarding Rule 59 standards; check all Volvo record citations and outline rebuttal. |
| 03/05/04 | S. Hoeft, P.C. | 7.00 | Read Volvo Fraud Brief, Objections and Proposed Findings; review and compare record cites; research regarding contract issues; revise response to Rule 59 motion. |
| 03/06/04 | S. Hoeft, P.C. | 6.50 | Draft response to Volvo's proposed findings of fact and read cases regarding contract formation. |
| 03/07/04 | J. Fisher | 1.25 | Review draft response to Volvo consumer fraud brief and research issues. |
| 03/08/04 | B. Webster | 0.50 | Conference with Joe Fisher regarding post-trial brief research; formulate research inquiries. |
| 03/08/04 | S. Hoeft, P.C. | 3.25 | Revise response to Rule 59 motion; draft reply to Volvo prepared conclusion of law. |
| 03/08/04 | J. Fisher | 0.50 | Conference with Webster regarding research issues for post-trial briefs. |
| 03/09/04 | B. Webster | 6.50 | Research the following issues dealing with Defendant's Post Trial Motions: for a claim under the Consumer Fraud Act, is an omission sufficient for alleging a deceptive practice; are motions in limine sufficient to preserve objections when an objection is not made at trial; what circumstances are general objections |

BOSTON • BRUSSELS • CHICAGO • DÜSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH
NEW YORK • ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1358339
Invoice Date: 04/22/2004

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | reviewable by an appellate court; does proof of damages require absolute certainty and, for future losses, are they admissible even though they are speculative; can a bait and switch apply to general contract negotiations. |
| 03/09/04 | S. Hoeft, P.C. | 2.00 | Revise post trial brief. |
| 03/10/04 | B. Webster | 1.00 | Research Illinois law discussing damages and who can testify on this issue; research Illinois law to determine whether "bait and switch" is applicable to general contract negotiations. |
| 03/10/04 | S. Hoeft, P.C. | 5.75 | Revise brief and proposed findings. |
| 03/11/04 | B. Webster | 7.00 | Research Illinois and 7th Circuit law regarding: whether available relief under Consumer Fraud Act is available when the compensatory damages awarded under the Act are the same as those awarded for a breach of contract; whether the same evidence can be used for both a breach of contract claim and a consumer fraud claim; whether a "bait and switch" concept can apply to contract negotiations or to an existing contract; what is the standard of proof under the Consumer Fraud Act. |
| 03/11/04 | M. Ovalle | 0.75 | Review pleadings and provide memo to J. Fisher outlining all extensions granted to defendants for filing post-trial motions. |
| 03/11/04 | S. Hoeft, P.C. | 2.25 | Revise reply regarding Consumer Fraud Act. |
| 03/11/04 | J. Fisher | 0.75 | Draft motion for extension of time; file same |
| 03/12/04 | S. Hoeft, P.C. | 2.75 | Read cases for reply brief. |
| 03/13/04 | S. Hoeft, P.C. | 4.50 | Review response to Rule 59 motion. |
| 03/17/04 | B. Webster | 7.25 | Review accuracy of citations contained in Rule 59 post-trial brief and Consumer Fraud Act post-trial brief; research and add additional citations to briefs. |
| 03/17/04 | S. Hoeft, P.C. | 1.50 | Revise Consumer Fraud Act reply. |
| 03/17/04 | J. Fisher | 1.75 | Review Roberson responses to post-trial motions |
| 03/18/04 | B. Webster | 4.50 | Revise citations to Rule 59 Response Brief; research 7th Circuit and Illinois law for cases to add to Rule 59 brief; conference with Joe Fisher regarding research findings. |
| 03/18/04 | J. Fisher | 2.75 | Conference with Hoeft regarding post-trial briefs; revise/edit same. |
| 03/18/04 | S. Hoeft, P.C. | 2.75 | Revise Consumer Fraud Act brief. |
| 03/19/04 | B. Webster | 3.00 | Make revisions to case citations to Rule 59 Response |

BOSTON • BRUSSELS • CHICAGO • DÜSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH
NEW YORK • ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1358339
Invoice Date: 04/22/2004

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | Brief; research 7th circuit law for additional citations; conference with Joe Fisher regarding citation changes. |
| 03/19/04 | J. Fisher | 2.50 | Conferences with B. Webster regarding citations to post-trial briefs; edit same and conferences with Ovalle regarding same |
| 03/19/04 | S. Hoeft, P.C. | 3.75 | Revise Rule 59 brief and response to proposal findings. |
| 03/20/04 | S. Hoeft, P.C. | 3.00 | Add record citations to brief and revise brief. |
| 03/21/04 | M. Ovalle | 7.75 | Review all factual cites in Roberson's Response to Volvo's Findings of Fact, Response to Volvo's Rule 59, Reply in Support of its proposed conclusions of law and review all trial testimony and add correct trial transcript cites to all three responses. |
| 03/22/04 | J. Fisher | 5.50 | Revise/edit post-trial briefs; add cites; check same; review Hoeft changes; telephone conference with local counsel regarding filing; conferences with Ovalle regarding citations; prepare final documents for filing. |
| 03/22/04 | M. Ovalle | 3.25 | Assist J. Fisher with final check of cites in Roberson's three responses to be filed today; re-file all materials and update pleadings index. |
| 03/23/04 | S. Megregian | 1.00 | Review papers re Volvo opposition to jury verdict and motions for damages |
| 03/23/04 | S. Hoeft, P.C. | 1.50 | Proof Rule 59 and Consumer Fraud Brief. |
| 03/24/04 | S. Megregian | 0.25 | Update with S Hoeft regarding timing of Volvo's responses to pleadings and likely next steps |

**Total Hours** 113.25         **Total For Services** $41,867.50

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Fisher | 16.00 | 400.00 | 6,400.00 |
| S. Hoeft, P.C. | 53.50 | 480.00 | 25,680.00 |
| S. Megregian | 2.25 | 515.00 | 1,158.75 |
| M. Ovalle | 11.75 | 190.00 | 2,232.50 |

BOSTON • BRUSSELS • CHICAGO • DÜSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH
NEW YORK • ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

3

## McDermott, Will & Emery

Roberson Transportation

Client: 059848
Invoice: 1358339
Invoice Date: 04/22/2004

| Name | Hours | Rate | Amount |
|---|---|---|---|
| B. Webster | 29.75 | 215.00 | 6,396.25 |
| **Totals** | **113.25** | | **$41,867.50** |

### Costs and Other Charges

| Description | Amount |
|---|---|
| Transportation/Parking | 23.00 |
| Flash Cab w/e 1/2/04 Inv.#200004328 | 157.50 |
| Administrative Support | 3,560.64 |
| Computer Assisted Research | 218.30 |
| Photocopy | 21.48 |
| Postage | 18.85 |
| Telecommunications | |
| **Total Costs and Other Charges** | **$3,999.77** |

BOSTON • BRUSSELS • CHICAGO • DÜSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH
NEW YORK • ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

4

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

# McDermott, Will & Emery

Roberson Transportation
c/o Brian Griffin
1100 South Roberson Drive
Mahomet, IL 61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1358339 |
| Invoice Date: | 04/22/2004 |

## Remittance Copy
Billing for services rendered through 03/31/2004

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 41,867.50 |
| Total Costs and Other Charges Posted Through Billing Period | 3,999.77 |
| Discount | (20,933.75) |
| **Total This Invoice** | **$ 24,933.52** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • BRUSSELS • CHICAGO • DÜSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH
NEW YORK • ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.