Invoice

## McDermott, Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
1100 South Roberson Drive
Mahomet, IL 61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1368258 |
| Invoice Date: | 05/13/2004 |

**Remittance Copy**
Billing for services rendered through 04/30/2004

0013 Volvo Contract

| | |
|---|---|
| Total Services | $ 430.00 |
| Total Costs and Other Charges Posted Through Billing Period | 78.45 |
| Discount | (215.00) |
| **Total This Invoice** | **$ 293.45** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • BRUSSELS • CHICAGO • DÜSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH
NEW YORK • ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Roberson Transportation
1100 South Roberson Drive
Mahomet, IL 61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1368258 |
| Invoice Date: | 05/13/2004 |

## Client Copy
### Billing for services rendered through 04/30/2004

---

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 430.00 |
| Total Costs and Other Charges Posted Through Billing Period | 78.45 |
| Discount | (215.00) |
| **Total This Invoice** | **$ 293.45** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott, Will & Emery
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott, Will & Emery Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

BOSTON • BRUSSELS • CHICAGO • DÜSSELDORF • LONDON • LOS ANGELES • MIAMI • MILAN • MUNICH
NEW YORK • ORANGE COUNTY • ROME • SAN DIEGO • SILICON VALLEY • WASHINGTON, D.C.

# McDermott, Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
202-756-8000

Invoice: 1368258

05/13/2004

Client: 059848

Roberson Transportation
1100 South Roberson Drive
Mahomet, IL 61853

For Services Rendered in Connection With:

Matter: 0013    Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/19/04 | M. Ovalle | 1.00 | Review and assemble post-trial materials received from S. Hoeft and arrange for creation of new files; update pleadings index. |
| 04/26/04 | S. Hoeft, P.C. | 0.50 | Read Volvo post trial briefs and letter to client regarding same. |

|  | Total Hours | 1.50 | Total For Services | $430.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| S. Hoeft, P.C. | 0.50 | 480.00 | 240.00 |
| M. Ovalle | 1.00 | 190.00 | 190.00 |
| **Totals** | **1.50** |  | **$430.00** |

### Costs and Other Charges

| Description | Amount |
|---|---|
| Transportation/Parking flash cab w/e 1/30/04 | 23.00 |
| Photocopy | 46.80 |
| Postage | 3.73 |
| Telecommunications | 4.92 |
| **Total Costs and Other Charges** | **$78.45** |

Boston • Brussels • Chicago • Düsseldorf • London • Los Angeles • Miami • Milan • Munich
New York • Orange County • Rome • San Diego • Silicon Valley • Washington, D.C.

1

## McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202.756.8000

Roberson Transportation
1100 South Roberson Drive
Mahomet, IL 61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1377399 |
| Invoice Date: | 06/11/2004 |

### Remittance Copy
Billing for services rendered through 05/31/2004

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 1,823.75 |
| Total Costs and Other Charges Posted Through Billing Period | 38.78 |
| Discount | (911.87) |
| **Total This Invoice** | **$ 950.66** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP   Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  London  Los Angeles  Miami  Milan
Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
202.756.8000

Roberson Transportation
1100 South Roberson Drive
Mahomet, IL 61853

| | |
|---|---|
| Client: | 059848 |
| Invoice: | 1377399 |
| Invoice Date: | 06/11/2004 |

## Client Copy
### Billing for services rendered through 05/31/2004

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 1,823.75 |
| Total Costs and Other Charges Posted Through Billing Period | 38.78 |
| Discount | (911.87) |
| **Total This Invoice** | **$ 950.66** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  London  Los Angeles  Miami  Milan
Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

# McDermott Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
202.756.8000

06/11/2004

Invoice: 1377399
Client: 059848

Roberson Transportation
1100 South Roberson Drive
Mahomet, IL 61853

For Services Rendered in Connection with:

Matter: 0013        Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/03/04 | S. Megregian | 0.50 | Conferences with S Hoeft re update on Volvo final documentation; meeting with R Roberson and S Hoeft re status of Volvo case and assessment of further requirements |
| 05/05/04 | S. Megregian | 0.75 | Review pleadings filed by Roberson; follow up by Volvo with respect to Roberson; discuss same with S Hoeft |
| 05/05/04 | B. Webster | 1.50 | Judgment research for Steve Hoeft. |
| 05/05/04 | S. Hoeft, P.C. | 0.25 | Telephone conference with client regarding possible settlement options. |
| 05/07/04 | M. Ovalle | 1.25 | Organize pleadings and update pleadings index; update correspondence files; incorporate documents into jackets received from Records Management Dept. |
| 05/11/04 | J. Fisher | 1.25 | Review Volvo post-trial briefs; discuss same with Hoeft. |

**Total Hours**    5.50    **Total For Services**    $1,823.75

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| J. Fisher | 1.25 | 400.00 | 500.00 |
| S. Hoeft, P.C. | 0.25 | 480.00 | 120.00 |
| S. Megregian | 1.25 | 515.00 | 643.75 |
| M. Ovalle | 1.25 | 190.00 | 237.50 |

# McDermott Will & Emery

Roberson Transportation

| | | Client: | 059848 |
| | | Invoice: | 1377399 |
| | | Invoice Date: | 06/11/2004 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| B. Webster | 1.50 | 215.00 | 322.50 |
| **Totals** | **5.50** | | **$1,823.75** |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Computer Research | 2.10 |
| Computer Assisted Research | 33.53 |
| Telecommunications | 3.15 |
| **Total Costs and Other Charges** | **$38.78** |

# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Milan
Munich New York Orange County Rome San Diego Silicon Valley Washington, D.C.

We wish to inform you that McDermott Will & Emery has elected to be governed by the Illinois Uniform Partnership Act (1977), and has registered as a limited liability partnership. As a result, the Firm name has changed to McDermott Will & Emery LLP. This change went into effect June 1, 2004. If you have any questions regarding this information, please contact your regular Firm lawyer.

Thank you for choosing McDermott Will & Emery.

U.S. practice conducted through McDermott Will & Emery LLP.

600 13th Street, N.W. Washington, D.C. 20005-3096  Telephone: 202.756.8000  www.mwe.com

# McDermott Will & Emery

**Invoice**
600 13th Street, N.W.
Washington, D.C. 20005-3096
202.756.8000

Roberson Transportation
1100 South Roberson Drive
Mahomet, IL 61853

Client:       059848
Invoice:      1396807
Invoice Date: 08/16/2004

## Remittance Copy
### Billing for services rendered through 07/31/2004

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 1,235.00 |
| Total Costs and Other Charges Posted Through Billing Period | 113.39 |
| Discount | (617.50) |
| **Total This Invoice** | **$ 730.89** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  London  Los Angeles  Miami  Milan
Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

# McDermott Will & Emery

**Invoice**
600 13th Street, N.W.
Washington, D.C. 20005-3096
202.756.8000

Roberson Transportation
1100 South Roberson Drive
Mahomet, IL 61853

Client:        059848
Invoice:       1396807
Invoice Date:  08/16/2004

## Client Copy
### Billing for services rendered through 07/31/2004

0013 Volvo Contract

| | |
|---|---:|
| Total Services | $ 1,235.00 |
| Total Costs and Other Charges Posted Through Billing Period | 113.39 |
| Discount | (617.50) |
| **Total This Invoice** | **$ 730.89** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  London  Los Angeles  Miami  Milan
Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

# McDermott Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
202.756.8000

08/16/2004

Invoice: 1396807
Client: 059848

Roberson Transportation
1100 South Roberson Drive
Mahomet, IL 61853

For Services Rendered in Connection with:

Matter: 0013   Volvo Contract

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/08/04 | S. Megregian | 0.25 | Conference with S Hoeft re: status of Judge review of proposed pending motions and effect of Judge heart attack on same. |
| 07/26/04 | S. Megregian | 0.25 | Conferences with S Hoeft re entry of final judgment and next steps in relation to appeal and possible use of final judgment and financing of settlement |
| 07/26/04 | S. Hoeft, P.C. | 1.00 | Meeting with R. Roberson et al.; review judgment order; telephone conferences with B. Griffin and S Megregian regarding same. |
| 07/27/04 | S. Megregian | 0.50 | Review judge's order in Volvo case relating to defendant's motion for new trial, etc, and plaintiff's motion for judgment on consumer fraud claim; discuss strategy with S Hoeft re same |
| 07/27/04 | S. Hoeft, P.C. | 0.25 | Telephone conference with D. Wilson regarding affect of entry of judgment. |
| 07/29/04 | S. Hoeft, P.C. | 0.25 | Telephone conference with B Griffin regarding possible sale of judgment. |

**Total Hours** 2.50      **Total For Services** $1,235.00

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| S. Hoeft, P.C. | 1.50 | 480.00 | 720.00 |

# McDermott Will & Emery

Roberson Transportation

| | | Client: | 059848 |
| | | Invoice: | 1396807 |
| | | Invoice Date: | 08/16/2004 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| S. Megregian | 1.00 | 515.00 | 515.00 |
| Totals | 2.50 | | $1,235.00 |

**Costs and Other Charges**

| Description | Amount |
|---|---|
| Administrative Support | 45.00 |
| Facsimile | 26.00 |
| Photocopy | 18.00 |
| Telecommunications | 24.39 |
| **Total Costs and Other Charges** | **$113.39** |