Attached are statements that show either the amount charged or the hours expended for legal services provided by Harrington, Tock & Royse (now known as Harrington & Tock) to PFT Roberson, Inc..

The rate at which PFT Roberson, Inc. was charged for these legal services ranted from $140.00 per hour in 2001 and 2002 to $150.00 per hour in 2003 and $170.00 in 2004.

Our billing system will not generate one statement that contains both hours and dollar amounts.

HARRINGTON & TOCK

201 West Springfield Avenue, Suite 601
P.O. Box 1550
Champaign, IL 61824-1550
(217) 352-4167

# Invoice/Statement

| DATE |
|---|
| 7/31/2004 |

BILL TO:

PFT Roberson, Inc. & CX Roberson, Inc.
1100 Roberson Drive
Mahomet, IL 61853
Client # 36300

| DATE | ATTY # | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---:|---:|
| 11/30/2001 | | Balance forward | | 0.00 |
| 12/11/2001 | 08 | call from Steve Hoeft, atty for Roberson | 70.00 | 70.00 |
| 12/12/2001 | 08 | reviewed complaint and supporting docs | 280.00 | 350.00 |
| 12/12/2001 | 08 | conf. call w/ Roberson & Hoeft | 105.00 | 455.00 |
| 12/12/2001 | 08 | call to Hoeft | 35.00 | 490.00 |
| 12/13/2001 | 08 | reviewed complaint and docs; call to Steve Hoeft | 420.00 | 910.00 |
| 12/17/2001 | 08 | reviewed complaint revised by Steve | 140.00 | 1,050.00 |
| 12/19/2001 | 08 | call to Steve Hoeft | 35.00 | 1,085.00 |
| 12/21/2001 | 08 | call to Steve Hoeft | 35.00 | 1,120.00 |
| 12/26/2001 | 08 | revised complaint re: Freightliner | 560.00 | 1,680.00 |
| 12/26/2001 | 08 | conf. call Hoeft & Greg Wittenbrink | 70.00 | 1,750.00 |
| 12/26/2001 | 08 | conf. Greg Wittenbrink | 70.00 | 1,820.00 |
| 12/26/2001 | 08 | filed complaint | 70.00 | 1,890.00 |
| 12/28/2001 | | PMT | -63.50 | 1,826.50 |
| 12/28/2001 | Exp | Exp-Madison Cty Sheriff | 67.00 | 1,893.50 |
| 01/07/2002 | 08 | reviewed correspondence; called Hoeft | 35.00 | 1,928.50 |
| 01/14/2002 | 08 | call to Hoeft re: letter to Freightliner | 35.00 | 1,963.50 |
| 01/29/2002 | | PMT | -1,893.50 | 70.00 |
| 02/04/2002 | 08 | call from Freightliner atty | 35.00 | 105.00 |
| 02/05/2002 | 08 | call from Tom Hill | 35.00 | 140.00 |
| 02/05/2002 | 08 | conf. atty Frieghtliner | 35.00 | 175.00 |
| 02/20/2002 | 08 | conf. atty Lyke | 35.00 | 210.00 |
| 03/22/2002 | Exp | Exp-Clerk, Volvo complaint filing fee | 146.50 | 356.50 |
| 04/05/2002 | | PMT | -210.00 | 146.50 |
| 06/05/2002 | 08 | call from O'Meara re: Volvo | 35.00 | 181.50 |
| 06/07/2002 | | PMT | -146.50 | 35.00 |
| 06/14/2002 | 08 | calls to clerk & Hoeft re: Volvo | 35.00 | 70.00 |
| 06/27/2002 | 08 | re: Volvo - call to Hoeft re: Rule 16 | 35.00 | 105.00 |
| 07/03/2002 | 08 | re: Volvo - calls to O'Meara; reviewed/revised Rule 26(F) plan; filed same | 140.00 | 245.00 |
| 07/16/2002 | 08 | conf. with client and Steve Hoeft re: Volvo | 140.00 | 385.00 |
| 07/16/2002 | 08 | case management conf. re: Volvo | 140.00 | 525.00 |
| 07/25/2002 | 08 | filed motion for extension re: Volvo | 70.00 | 595.00 |
| 08/12/2002 | 08 | reviewed our response to motion to dismiss and filed with clerk | 280.00 | 875.00 |
| 08/21/2002 | | PMT | -595.00 | 280.00 |
| 09/19/2002 | 08 | re: Volvo - reviewed answers to counterclaims | 70.00 | 350.00 |

**Please indicate your client number when sending your payment.
Thank you for your business.**

| AMOUNT DUE |
|---|
| $ 802.50 |

Page 1

HARRINGTON & TOCK

201 West Springfield Avenue, Suite 601
P.O. Box 1550
Champaign, IL 61824-1550
(217) 352-4167

# Invoice/Statement

| DATE |
|---|
| 7/31/2004 |

| BILL TO: |
|---|

PFT Roberson, Inc. & CX Roberson, Inc.
1100 Roberson Drive
Mahomet, IL 61853
Client # 36300

| DATE | ATTY # | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|---|
| 09/19/2002 | 08 | re: Volvo - filed answers in clerk's office | 70.00 | 420.00 |
| 09/30/2002 | Exp | Exp-Fed Ex | 10.48 | 430.48 |
| 11/04/2002 | | PMT | -430.48 | 0.00 |
| 11/22/2002 | 08 | call Bob O'Meara; call clerk; letter to Judge Bernthal | 70.00 | 70.00 |
| 12/20/2002 | | PMT | -70.00 | 0.00 |
| 01/22/2003 | 08 | re: Volvo - reviewed pleadings; call Bob O'Meara; filed pleading | 210.00 | 210.00 |
| 02/07/2003 | 08 | call to Circuit Clerk; letter to Judge Ladd re: removal to Federal Court | 75.00 | 285.00 |
| 02/19/2003 | Exp | Exp-Fed Ex | 22.16 | 307.16 |
| 02/19/2003 | 08 | reviewed revised complaint | 75.00 | 382.16 |
| 02/20/2003 | 08 | call to Rob & Steve re: amended complaint; prepared motion etc. | 375.00 | 757.16 |
| 02/20/2003 | 08 | filed and refiled motion to file amended complaint | 150.00 | 907.16 |
| 03/14/2003 | Exp | Exp-Fed Ex | 27.18 | 934.34 |
| 03/17/2003 | | PMT | -210.00 | 724.34 |
| 04/14/2003 | 08 | call from Bob O'Meara; prepared and filed motion for enlargement of time | 300.00 | 1,024.34 |
| 04/23/2003 | 08 | letter to Clifton Gunderson | 37.50 | 1,061.84 |
| 05/02/2003 | 08 | call from Bob O'Meara | 37.50 | 1,099.34 |
| 05/05/2003 | 08 | reviewed revised memo; prepared motion; filed same | 525.00 | 1,624.34 |
| 05/06/2003 | 08 | call from Bob O'Meara and to Clerk | 37.50 | 1,661.84 |
| 06/18/2003 | 08 | re: Volvo - filed motion for extension | 150.00 | 1,811.84 |
| 07/02/2003 | 08 | filed motion to amend re: Volvo | 150.00 | 1,961.84 |
| 07/10/2003 | 08 | filed response brief | 150.00 | 2,111.84 |
| 07/14/2003 | | PMT | -724.34 | 1,387.50 |
| 07/21/2003 | 08 | call from Steve Hoeft | 37.50 | 1,425.00 |
| 07/21/2003 | 08 | reviewed reply brief; call to Joe Fisher | 75.00 | 1,500.00 |
| 07/23/2003 | 08 | prepared and filed motion for leave to file reply brief | 225.00 | 1,725.00 |
| 09/05/2003 | 08 | filed pleading | 112.50 | 1,837.50 |
| 09/16/2003 | 08 | call to Steve Hoeft; call to Court; prepared motion for more time; call to Brinkman | 300.00 | 2,137.50 |
| 09/16/2003 | 08 | revised motion; filed motion | 150.00 | 2,287.50 |
| 09/17/2003 | | PMT | -1,811.84 | 475.66 |
| 09/22/2003 | 08 | reviewed our pleadings; prepared exhibits; filed pleading | 525.00 | 1,000.66 |
| 09/25/2003 | 08 | conf. Steve Hoeft; Joe Fisher; pre-trial conf. | 450.00 | 1,450.66 |
| 10/06/2003 | 08 | letter Hoeft | 37.50 | 1,488.16 |
| 10/06/2003 | 08 | filed pre-trial order | 75.00 | 1,563.16 |

**Please indicate your client number when sending your payment.**
**Thank you for your business.**

| AMOUNT DUE |
|---|
| $ 802.50 |

HARRINGTON & TOCK

201 West Springfield Avenue, Suite 601
P.O. Box 1550
Champaign, IL 61824-1550
(217) 352-4167

# Invoice/Statement

| DATE |
|---|
| 7/31/2004 |

BILL TO:

PFT Roberson, Inc. & CX Roberson, Inc.
1100 Roberson Drive
Mahomet, IL 61853
Client # 36300

| DATE | ATTY # | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|---|
| 10/06/2003 | Exp | exp-transcripts | 9.13 | 1,572.29 |
| 10/07/2003 | Exp | Exp-UPS | 22.92 | 1,595.21 |
| 10/30/2003 | | PMT | -1,450.66 | 144.55 |
| 10/30/2003 | Exp | Exp-transcipt proceedings | 15.77 | 160.32 |
| 11/07/2003 | 08 | prepared pleadings for filing and filed | 150.00 | 310.32 |
| 11/13/2003 | 08 | review pleadings; filed pleadings | 150.00 | 460.32 |
| 11/14/2003 | 08 | pretrial hearing | 375.00 | 835.32 |
| 12/04/2003 | 08 | filed motion to bar expert | 150.00 | 985.32 |
| 12/05/2003 | 08 | prepared objection to jury instructions for filing and filed | 150.00 | 1,135.32 |
| 12/07/2003 | 08 | conf at Roberson with Hoeft, Fisher, Griffin and Hanlin | 750.00 | 1,885.32 |
| 12/07/2003 | 08 | conf. with Brian Griffin, Craig Honlin, Steve Hoeft and Joe Fisher | 750.00 | 2,635.32 |
| 12/08/2003 | 08 | trial | 1,500.00 | 4,135.32 |
| 12/09/2003 | 08 | conf. Hoeft et al | 150.00 | 4,285.32 |
| 12/09/2003 | 08 | trial | 525.00 | 4,810.32 |
| 12/09/2003 | 08 | prepared for Morton deposition | 150.00 | 4,960.32 |
| 12/10/2003 | 08 | took deposition of Volvo expert | 150.00 | 5,110.32 |
| 12/10/2003 | 08 | attended trial | 150.00 | 5,260.32 |
| 12/10/2003 | 08 | reviewed jury instructions; attended instructions conf. | 375.00 | 5,635.32 |
| 12/12/2003 | 08 | trial | 450.00 | 6,085.32 |
| | 08 | | | |
| 12/31/2003 | Exp | Exp-UPS | 10.91 | 6,096.23 |
| 01/12/2004 | 08 | prepared and filed pleadings | 170.00 | 6,266.23 |
| 01/13/2004 | 08 | prepared and filed motion re: Griffin transcript | 170.00 | 6,436.23 |
| 01/14/2004 | 08 | prepared pleadings re: petition for fees; filed | 255.00 | 6,691.23 |
| 03/10/2004 | 08 | prepared and filed motion for extension | 170.00 | 6,861.23 |
| 03/22/2004 | 09 | phone call McDermott Will & Emery; file briefs in response to Volvo post-trial motions and e-mail confirmation and serve and prep. certificate | 112.50 | 6,973.73 |
| 03/30/2004 | | PMT | -6,171.23 | 802.50 |

**Please indicate your client number when sending your payment.
Thank you for your business.**

| AMOUNT DUE |
|---|
| $ 802.50 |

HARRINGTON & TOCK

201 West Springfield Avenue, Suite 601
P.O. Box 1550
Champaign, IL 61824-1550
(217) 352-4167

# STATEMENT

Date

7/31/2004

Bill To

PFT Roberson, Inc. & CX Roberson, Inc.
1100 Roberson Drive
Mahomet, IL 61853
Client # 36300

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/30/2001 | | Balance forward | |
| 12/11/2001 | 08 | call from Steve Hoeft, atty for Roberson | 0.5 |
| 12/12/2001 | 08 | reviewed complaint and supporting docs | 2 |
| 12/12/2001 | 08 | conf. call w/ Roberson & Hoeft | 0.75 |
| 12/12/2001 | 08 | call to Hoeft | 0.25 |
| 12/13/2001 | 08 | reviewed complaint and docs; call to Steve Hoeft | 3 |
| 12/17/2001 | 08 | reviewed complaint revised by Steve | 1 |
| 12/19/2001 | 08 | call to Steve Hoeft | 0.25 |
| 12/21/2001 | 08 | call to Steve Hoeft | 0.25 |
| 12/26/2001 | 08 | revised complaint re: Freightliner | 4 |
| 12/26/2001 | 08 | conf. call Hoeft & Greg Wittenbrink | 0.5 |
| 12/26/2001 | 08 | conf. Greg Wittenbrink | 0.5 |
| 12/26/2001 | 08 | filed complaint | 0.5 |
| 12/28/2001 | | PMT | |
| 12/28/2001 | Exp | Exp-Madison Cty Sheriff | 1 |
| 01/07/2002 | 08 | reviewed correspondence; called Hoeft | 0.25 |
| 01/14/2002 | 08 | call to Hoeft re: letter to Freightliner | 0.25 |
| 01/29/2002 | | PMT | |
| 02/04/2002 | 08 | call from Freightliner atty | 0.25 |
| 02/05/2002 | 08 | call from Tom Hill | 0.25 |
| 02/05/2002 | 08 | conf. atty Frieghtliner | 0.25 |
| 02/20/2002 | 08 | conf. atty Lyke | 0.25 |
| 03/22/2002 | Exp | Exp-Clerk, Volvo complaint filing fee | 1 |
| 04/05/2002 | | PMT | |
| 06/05/2002 | 08 | call from O'Meara re: Volvo | 0.25 |
| 06/07/2002 | | PMT | |
| 06/14/2002 | 08 | calls to clerk & Hoeft re: Volvo | 0.25 |
| 06/27/2002 | 08 | re: Volvo - call to Hoeft re: Rule 16 | 0.25 |
| 07/03/2002 | 08 | re: Volvo - calls to O'Meara; reviewed/revised Rule 26(F) plan; filed same | 1 |
| 07/16/2002 | 08 | conf. with client and Steve Hoeft re: Volvo | 1 |
| 07/16/2002 | 08 | case management conf. re: Volvo | 1 |
| 07/25/2002 | 08 | filed motion for extension re: Volvo | 0.5 |
| 08/12/2002 | 08 | reviewed our response to motion to dismiss and filed with clerk | 2 |
| 08/21/2002 | | PMT | |
| 09/19/2002 | 08 | re: Volvo - reviewed answers to counterclaims | 0.5 |
| 09/19/2002 | 08 | re: Volvo - filed answers in clerk's office | 0.5 |
| 09/30/2002 | Exp | Exp-Fed Ex | 1 |
| 11/04/2002 | | PMT | |
| 11/22/2002 | 08 | call Bob O'Meara; call clerk; letter to Judge Bernthal | 0.5 |
| 12/20/2002 | | PMT | |
| 01/22/2003 | 08 | re: Volvo - reviewed pleadings; call Bob O'Meara; filed pleading | 1.5 |

Page 1

HARRINGTON & TOCK

201 West Springfield Avenue, Suite 601
P.O. Box 1550
Champaign, IL 61824-1550
(217) 352-4167

# STATEMENT

Date

7/31/2004

Bill To

PFT Roberson, Inc. & CX Roberson, Inc.
1100 Roberson Drive
Mahomet, IL 61853
Client # 36300

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/07/2003 | 08 | call to Circuit Clerk; letter to Judge Ladd re: removal to Federal Court | 0.5 |
| 02/19/2003 | Exp | Exp-Fed Ex | 1 |
| 02/19/2003 | 08 | reviewed revised complaint | 0.5 |
| 02/20/2003 | 08 | call to Rob & Steve re: amended complaint; prepared motion etc. | 2.5 |
| 02/20/2003 | 08 | filed and refiled motion to file amended complaint | 1 |
| 03/14/2003 | Exp | Exp-Fed Ex | 1 |
| 03/17/2003 | | PMT | |
| 04/14/2003 | 08 | call from Bob O'Meara; prepared and filed motion for enlargement of time | 2 |
| 04/23/2003 | 08 | letter to Clifton Gunderson | 0.25 |
| 05/02/2003 | 08 | call from Bob O'Meara | 0.25 |
| 05/05/2003 | 08 | reviewed revised memo; prepared motion; filed same | 3.5 |
| 05/06/2003 | 08 | call from Bob O'Meara and to Clerk | 0.25 |
| 06/18/2003 | 08 | re: Volvo - filed motion for extension | 1 |
| 07/02/2003 | 08 | filed motion to amend re: Volvo | 1 |
| 07/10/2003 | 08 | filed response brief | 1 |
| 07/14/2003 | | PMT | |
| 07/21/2003 | 08 | call from Steve Hoeft | 0.25 |
| 07/21/2003 | 08 | reviewed reply brief; call to Joe Fisher | 0.5 |
| 07/23/2003 | 08 | prepared and filed motion for leave to file reply brief | 1.5 |
| 09/05/2003 | 08 | filed pleading | 0.75 |
| 09/16/2003 | 08 | call to Steve Hoeft; call to Court; prepared motion for more time; call to Brinkman | 2 |
| 09/16/2003 | 08 | revised motion; filed motion | 1 |
| 09/17/2003 | | PMT | |
| 09/22/2003 | 08 | reviewed our pleadings; prepared exhibits; filed pleading | 3.5 |
| 09/25/2003 | 08 | conf. Steve Hoeft; Joe Fisher; pre-trial conf. | 3 |
| 10/06/2003 | 08 | letter Hoeft | 0.25 |
| 10/06/2003 | 08 | filed pre-trial order | 0.5 |
| 10/06/2003 | Exp | exp-transcripts | 1 |
| 10/07/2003 | Exp | Exp-UPS | 1 |
| 10/30/2003 | | PMT | |
| 10/30/2003 | Exp | Exp-transcipt proceedings | 1 |
| 11/07/2003 | 08 | prepared pleadings for filing and filed | 1 |
| 11/13/2003 | 08 | review pleadings; filed pleadings | 1 |
| 11/14/2003 | 08 | pretrial hearing | 2.5 |
| 12/04/2003 | 08 | filed motion to bar expert | 1 |
| 12/05/2003 | 08 | prepared objection to jury instructions for filing and filed | 1 |
| 12/07/2003 | 08 | conf at Roberson with Hoeft, Fisher, Griffin and Hanlin | 5 |
| 12/07/2003 | 08 | conf. with Brian Griffin, Craig Honlin, Steve Hoeft and Joe Fisher | 5 |
| 12/08/2003 | 08 | trial | 10 |
| 12/09/2003 | 08 | conf. Hoeft et al | 1 |

HARRINGTON & TOCK

201 West Springfield Avenue, Suite 601
P.O. Box 1550
Champaign, IL 61824-1550
(217) 352-4167

# STATEMENT

| Date |
|---|
| 7/31/2004 |

Bill To

PFT Roberson, Inc. & CX Roberson, Inc.
1100 Roberson Drive
Mahomet, IL 61853
Client # 36300

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/09/2003 | 08 | trial | 3.5 |
| 12/09/2003 | 08 | prepared for Morton deposition | 1 |
| 12/10/2003 | 08 | took deposition of Volvo expert | 1 |
| 12/10/2003 | 08 | attended trial | 1 |
| 12/10/2003 | 08 | reviewed jury instructions; attended instructions conf. | 2.5 |
| 12/12/2003 | 08 | trial | 3 |
| 12/31/2003 | Exp | Exp-UPS | 1 |
| 01/12/2004 | 08 | prepared and filed pleadings | 1 |
| 01/13/2004 | 08 | prepared and filed motion re: Griffin transcript | 1 |
| 01/14/2004 | 08 | prepared pleadings re: petition for fees; filed | 1.5 |
| 03/10/2004 | 08 | prepared and filed motion for extension | 1 |
| 03/22/2004 | 09 | phone call McDermott Will & Emery; file briefs in response to Volvo post-trial motions and e-mail confirmation and serve and prep. certificate | 0.75 |
| 03/30/2004 | | PMT | |
| 07/31/2004 | | Amount Due | |

Page 3