E-FILED
Wednesday, 13 October, 2004  11:36:55 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION



| | |
|---|---|
| PFT ROBERSON, INC., | |
| Plaintiff, | |
| v. | Case No. 02-2096 |
| VOLVO TRUCK NORTH AMERICA, INC., and VOLVO TRANSPORTATION SERVICES N.A., INC., | |
| Defendant. | |

### DEFENDANTS' MOTION TO WITHDRAW THE RECORD

NOW COME Defendants VOLVO TRUCKS NORTH AMERICA, INC. ("Volvo Trucks") and VOLVO TRANSPORTATION SERVICES, N.A., INC. ("Volvo Service") (collectively herein "Volvo") by and through their attorneys Wayne F. Plaza, Charles A. LeMoine and Robert K. Villa of DYKEMA GOSSETT ROOKS PITTS, PLLC and William J. Brinkmann of THOMAS, MAMER & HAUGHEY, and move as follows:

1.    Defendants-Appellants move to withdraw the record in this cause in order to prepare briefing on appeal.

WHEREFORE, Defendants VOLVO TRUCKS NORTH AMERICA, INC. and VOLVO TRANSPORTATION SERVICES, N.A., INC., respectfully request leave to withdraw the record.

Respectfully submitted,

By: _____
One of the Attorneys for Defendants
Volvo Trucks North America, Inc

Wayne F. Plaza (Atty. No. 2218836)
(*Lead Counsel*)
Charles A. LeMoine (Atty. No. 6194888)
Robert K. Villa  (Atty. No. 6230453)
DYKEMA GOSSETT ROOKS PITTS, PLLC
10 South Wacker Drive - Suite 2300
Chicago, IL  60606-7407
(312) 876-1700

and

William J. Brinkmann
Christopher Kanis
Thomas Mamer & Haughey
National City Bank Building
30 Main Street, 5th Floor
Champaign, Illinois 61820

Dated: October 12, 2004


CHICAGO\2056839.6
ID\RKV

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| PFT ROBERSON, INC., <br><br> Plaintiff, <br><br> v. <br><br> VOLVO TRUCKS NORTH AMERICA, INC., and VOLVO TRANSPORTATION SERVICES N.A., INC., <br><br> Defendants. | Case No. 02-2096 |



## CERTIFICATE OF SERVICE

CHRISTOPHER KANIS hereby certifies that a true and correct copy of **Defendants' Motion to Withdraw Record** was sent to:

Steve H. Hoeft
McDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, IL 60606

Jeffrey W. Tock
HARRINGTON, TOCK & ROYSE
201 West Springfield Ave., Suite 601
Champaign, IL 61802

by placing same in the U.S. Mail first class postage fully prepaid on **October 12, 2004.**

William J. Brinkmann
Christopher M. Kanis
THOMAS, MAMER & HAUGHEY
30 Main Street, Suite 500
P.O. Box 560
Champaign, IL 61824-0560
(217) 351-1500

Wayne F. Plaza
Charles A. LeMoine
Robert K. Villa
ROOKS PITTS
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 876-1700

PFT Roberson, Inc. v.
Volvo Truck North America, Inc. and
Volvo Transportation Services North America, Inc.
Case No. 02 C 2096

**SERVICE LIST**

Attorneys for PFT Roberson, Inc.
Steven H. Hoeft
Robert S. O'Meara
McDermott, Will & Emery
227 West Monroe Street
Chicago, Illinois 60606
(312) 372-2000

Jeffrey W. Tock
Harrington, Tock & Royse
201 West Springfield Avenue
Suite 601
Champaign, Illinois 61820
(217) 352-4167

Attorneys for Volvo Truck North America, Inc.
and Volvo Transportation Services North America, Inc.
Wayne F. Plaza
Charles A. LeMoine
Robert K. Villa
Rooks Pitts
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700

William J. Brinkmann
Thomas, Mamer & Haughey
National City Bank Building
30 E. Main St., Ste. 500
P.O. Box 560
Champaign, Illinois 61824-0560
(217) 351-1500