E-FILED
Friday, 15 October, 2004  10:00:53 AM
Clerk, U.S. District Court, ILCD



# United States District Court

| | | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | CENTRAL DISTRICT OF ILLINOIS<br>OFFICE OF THE CLERK<br>218 U.S. COURTHOUSE<br>201 S. VINE STREET<br>URBANA, ILLINOIS 61802 | TEL: 217-373-5830<br>FAX: 217-373-5834 |

October 14, 2004

William J Brinkmann
THOMAS MAMER & HAUGHEY
PO Box 560
Champaign, IL 61824-0560

Re: PFT Roberson v. Volvo, No. 02-2096

Dear Mr. Brinkmann:

Enclosed please find the Appeal Record for the above captioned case consisting of:

  __4__   volumes of pleadings
  __12__  volumes of transcripts
  _____  volumes of depositions
  __4__   loose pleadings
  _____  other

Any trial exhibits in this case will be included in the record on appeal and sent to the Court of Apeals with the record.  They may be viewed by any party in the Clerk's office but are not allowed to be sent to attorneys, in accordance with FRAP 11(d).

If there are any sealed or **in camera** documents in this case, they will also accompany the record sent to the Court of Appeals.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,
s/ John M. Waters
enc.

This is to acknowledge receipt of the appeal Record on __10-14-04__.

_____