E-FILED
Friday, 29 October, 2004  04:33:33 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| PFT ROBERSON, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 02-2096 |
| | ) |
| VOLVO TRUCKS NORTH AMERICA, | ) |
| INC. and VOLVO TRANSPORTATION | ) |
| SERVICES N.A., INC., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, PFT Roberson, Inc., hereby appeals to the United States Court of Appeals for the Seventh Circuit from that part of the final judgment of this Court entered on the 8th day of October 2004, denying Plaintiff's motion for reconsideration of this Court's denial of Plaintiff's fee petition, as well as this Court's prior denial of Plaintiff's fee petition.

Respectfully submitted,

By: /S/ Jeffrey W. Tock
    One of the Attorneys for PFT Roberson, Inc.

Steven H. Hoeft (#1232290)　　　　　Jeffrey W. Tock
Joseph G. Fisher (#6242884)　　　　　Harrington, Tock & Royse
McDermott Will & Emery LLP　　　　201 West Springfield Avenue
227 West Monroe Street　　　　　　 Suite 601
Chicago, Illinois  60606-5096　　　　 Champaign, Illinois  61820
312-372-2000　　　　　　　　　　　 217-352-4167

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF ILLINOIS

## URBANA DIVISION

| | |
|---|---|
| PFT ROBERSON, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 02-2096 |
| ) | |
| VOLVO TRUCK NORTH AMERICA, ) | |
| INC. and VOLVO TRANSPORTATION ) | |
| SERVICES N.A., INC., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on October 29, 2004, a copy of the foregoing Notice of Appeal was filed electronically. I hereby certify that on October 29, 2004 a copy of the foregoing Notice of Appeal was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Wayne F. Plaza  
Charles A. Lemoine  
Robert K. Villa  
Dykema, Gossett, Rooks, Pitts PLLC  
10 South Wacker Drive, Suite 2300  
Chicago, IL  60606-7407  

William Brinkmann  
Christopher M. Kanis  
Thomas, Mamer & Haughey  
P.O. Box 560  
Champaign, IL  61824-0560  

/S/ Jeffrey W. Tock

Prepared by:

Jeffrey W. Tock  
Harrington & Tock  
201 W. Springfield Avenue, Suite 601  
P.O. Box 1550  
Champaign, IL  61824-1550  
Telephone:  (217) 352-4167  

vlb/Complain.jef/Roberson/ElecNotcFiling2

CHI99 4373207-1.059848.0013