## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois                Docket No.: 02-2096

Division: Urbana

### Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)

PFT ROBERSON, INC.,                v.    VOLVO TRUCKS NORTH AMERICA, INC., ET AL.

---

**Current Counsel for Plaintiff (Petitioner):**         **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Steven H. Hoeft                                   Name: Charles A. LeMoine

Firm: McDermott Will & Emery                            Firm: Dykema Gossett Rooks Pitts

Address: 227 W Monroe Fl 31                             Address: 10 S Wacker Dr, Ste 2300

Chicago, IL 60606-5096                                  Chicago, IL 60606

Phone: 312-372-2000                                     Phone: 312-876-1155

---

Judge: Michael P. McCuskey                              Nature of Suit Code: 190

Court Reporter: Lisa Cosimini                           Date Filed in District Court: 4/24/02

                                                        Date of Judgment:

                                                        Date of Notice of Appeal:

Counsel:   ___Appointed      __X_Retained   ___Pro Se

Fee Status:   ___Paid        __X

_Due   ___IFP      ___IFP Pending     ___U.S.      ___Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office:      ___Yes      __X_No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

| Additional Attorneys for Plaintiff: | Additional Attorneys for Defendant: |
|---|---|
| Jeffrey W. Tock | Christopher M. Kanis |
| Harrington Tock & Royse | William J. Brinkmann |
| 201 W Springfield Ave Ste 601 | Thomas Mamer & Haughey |
| PO Box 1550 | PO Box 560 |
| Champaign, IL 61824-1550 | Champaign, IL 61824-0560 |
| 217-352-8707 | 217-351-1500 |
| | |
| Joseph G. Fisher | Robert K. Villa |
| Robert S. O'Meara | Wayne F. Plaza |
| McDermott Will & Emery | Dykema Gossett Rooks Pitts |
| 227 W Monroe 31st Fl | 10 S Wacker Dr Ste 2300 |
| Chicago, IL 60606-5096 | Chicago, IL 60606 |
| 312-372-6974 | 312-876-1700 |