# AMENDED SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois          Docket No.: 02-2096

Division: Urbana Division

### *Plaintiff (Petitioner)        Short Caption        Defendant (Respondent)*

PFT Roberson, Inc., Plaintiff-Appellant     v.     Volvo Trucks North America, Inc., et al., Defendants-Appellees

---

**Current Counsel for Plaintiff (Petitioner):**        **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Steven H. Hoeft | Name: Charles A. LeMoine |
| Firm: McDermott Will & Emery | Firm: Dykema Gossett Rooks Pitts |
| Address: 227 W Monroe Fl31 | Address: 10 S Wacker Dr, Ste 2300 |
| Chicago, IL 60606-5096 | Chicago, IL 60606 |
| Phone: 312-372-2000 | Phone: 312-876-1155 |

---

Judge: Michael P. McCuskey           Nature of Suit Code:   190

Court Reporter: Lisa Cosimini         Date Filed in District Court:  4/24/02

                                      Date of Judgment: 12/16/03

                                      Date of Notice of Appeal: 10/29/04

Counsel:   ___Appointed      ___Retained    ___Pro Se

Fee Status:    XX Paid      ___Due      ___IFP      ___IFP Pending      ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:       ___Yes       XX  No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

Jeffrey W. Tock
Harrington Tock & Royse
201 W Springfield Ave Ste 601
PO Box 1550
Champaign, IL 61824-1550
217-352-8707 217-351-1500

Joseph G. Fisher
Robert S. O'Meara
McDermott Will & Emery
227 W Monroe 31st Fl
Chicago, IL 60606-5096
312-372-6974

Christopher M. Kanis
William J. Brinkmann
Thomas Mamer & Haughey
PO Box 560
Champaign, IL 61824-0560

Robert K. Villa
Wayne F. Plaza
Dykema Gossett Rooks Pitts
10 S Wacker Dr Ste 2300
Chicago, IL 60606
312-876-1700