**E-FILED**
Thursday, 04 November, 2004  11:14:17 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION**

| | |
|---|---|
| PFT ROBERSON, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>VOLVO TRUCKS NORTH AMERICA, INC., and VOLVO TRANSPORTATION SERVICES N.A., INC.,<br><br>    Defendants. | Case No.  02-2096 |

**AMENDED NOTICE OF APPEAL**

NOTICE IS HERBY GIVEN that Volvo Trucks North America, Inc., and Volvo Transportation Services N.A., Inc., defendants in the above named case, hereby amend its original notice of appeal filed August 12, 2004, to include an appeal to the United States Court of Appeals for the Seventh Circuit from the District Court's October 8, 2004, order denying defendants' Petition for Fees and Costs under Rule 54(d)(1) and 54(d)(2)(A) of the Federal Rules of Civil Procedure (FED. R. CIV. P. 54(d)(1), (d)(2)(A)).

                                                  Respectfully submitted,

                                      By:   S/Robert K. Villa
                                                  One of the Attorneys for Defendants
                                                  Volvo Trucks North America, Inc. and Volvo
                                                  Transportation Services N.A., Inc.

Wayne F. Plaza (Atty. No. 2218836)
(*Lead Counsel*)
Charles A. LeMoine (Atty. No. 6194888)
Robert K. Villa  (Atty. No. 6230453)
DYKEMA GOSSETT ROOKS PITTS, PLLC
10 South Wacker Drive - Suite 2300
Chicago, IL  60606-7407
(312) 876-1700

and

William J. Brinkmann
Christopher Kanis
Thomas Mamer & Haughey
National City Bank Building
30 Main Street, 5th Floor
Champaign, Illinois 61820

Dated:  November 3, 2004

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on November 3, 2004, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Steven H. Hoeft, Esq. | Jeffrey W. Tock |
| McDermott, Will & Emery | Harrington, Tock & Royse |
| 227 West Monroe Street | 201 West Springfield Avenue |
| Chicago, Illinois 60606 | Suite 601 |
| | Champaign, Illinois 61820 |

S/Robert K. Villa

CHICAGO\2065833.1
ID\RMT