# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois            Docket No.: 02-2096

Division: Urbana Division

### Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)

PFT Roberson, Inc.,          v.    Volvo Trucks North America, Inc., and Volvo Transportation Services N.A., Inc.

---

**Current Counsel for Plaintiff (Petitioner):**       **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Steven H. Hoeft, Joseph G. Fisher, Robert S. O'Meara

Firm: McDermott Will & Emery

Address: 227 W Monroe Fl 31

Chicago, IL  60606-5096

Phone: 312-372-2000

Name: Charles A. LeMoine, Robert K. Villa, Wayne F. Plaza

Firm: Dykema Gossett Rooks Pitts

Address: 10 S Wacker Dr Ste 2300

Chicago, IL  60606

Phone: 312-876-1155

---

Judge: Michael P. McCuskey

Court Reporter: Lisa Cosimini

Nature of Suit Code:   190

Date Filed in District Court:  4/24/02

Date of Judgment: 12/16/03

Date of Notice of Appeal: 11/3/04

Counsel:   ___Appointed      ___Retained    ___Pro Se

Fee Status:   ___Paid       XX  Due       ___IFP        ___IFP Pending       ___U.S.        ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes        XX  No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

| Additional Attorney for Plaintiff: | Additional Attorney for Defendant |
|---|---|
| Jeffrey W. Tock | Christopher M. Kanis |
| Harrington Tock & Royse | William J. Brinkmann |
| 201 W Springfield Ave Ste 601 | Thomas Mamer & Haughey |
| PO Box 1550 | PO Box 560 |
| Champaign, IL 61824-1550 | Champaign, IL 61824-0560 |
| 217-352-8707 | 312-351-1500 |