

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

Gino Agnello
Clerk, U. S. Court of Appeals
Room 2722
219 S. Dearborn St.
Chicago, IL 60604

                                          RE: Filing Fee Paid for PFT Roberson v. Volvo
                                          CASE NO. IN U. S. D. C. 02-2096
                                          CASE NO. IN U. S. C. A.  04-3841

Dear Mr. Agnello:

      The filing fee of $255.00 for the notice of appeal filed on November 3, 2004,  has been paid to the Clerk, U. S. District Court on November 1, 2004.

                                          Very truly yours,

                                          S/ John M. Waters
                                          JOHN M. WATERS, CLERK
                                          U. S. DISTRICT COURT

JMW/