

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

Gino Agnello
Clerk, U. S. Court of Appeals
Room 2722
219 S. Dearborn St.
Chicago, IL 60604

RE: Filing Fee Paid for PFT ROBERSON INC vs VOLVO TRUCKS NORTH AMERICA, INC. et al. Receipt #U3548.
CASE NO. IN U. S. D. C.  02-2096
CASE NO. IN U. S. C. A.

Dear Mr. Agnello:

The filing fee of $255.00 for the notice of appeal filed on November 4, 2004, has been paid to the Clerk, U. S. District Court on November 9, 2004.

Very truly yours,

s/John M. Waters

JOHN M. WATERS, CLERK
U. S. DISTRICT COURT

JMW/sj