E-FILED
Friday, 12 November, 2004 04:01:20 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois  60604

November 9, 2004

FILED

NOV 12 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**By the Court:**

| | |
|---|---|
| PFT ROBERSON, INC., | ] Appeals from the United |
|     Plaintiff-Appellee, | ] States District Court for |
|     Cross-Appellant, | ] the Central District of |
| | ] Illinois. |
| Nos. 04-3100, 04-3232, 04-3841 | ] |
|     and 04-3877            v. | ] No. 02 C 2096 |
| | ] |
| VOLVO TRUCK NORTH AMERICA, INC. | ] Michael P. McCuskey, Judge. |
| and VOLVO TRANSPORTATION SERVICES | ] |
| NORTH AMERICA, INC., | ] |
|     Defendants-Appellants, | ] |
|     Cross-Appellees. | ] |

### O R D E R

The court, on its own motion, orders that these appeals are CONSOLIDATED for purposes of briefing and disposition.

The briefing schedule is as follows:

1. Defendants shall file their opening brief and required short appendix in the main appeals docketed in 04-3100 and 04-3877 on or before December 13, 2004.

2. Plaintiff shall file its combined responsive brief in the main appeals and opening brief and appendix in the cross-appeals docketed in 04-3232 and 04-3841 on or before January 12, 2005.

3. Defendants shall file their combined reply brief, if any, in the main appeals and responsive brief in the cross-appeals on or before February 11, 2005.

**NOTE:** Counsel should note that the digital copy of the brief required by Circuit Rule 31(e) must contain the entire brief from cover to conclusion.  The language in the rule that "[t]he disk contain nothing more than the text of the brief..." means that the disk must not contain other files, not that tabular matter or other sections of the brief not included in the word count should be omitted.  The parties are advised that Federal Rule of Appellate Procedure 26(c), which allows for three additional days after service by mail, does not apply when the due dates of briefs are set by order of this court.  All briefs are due by the dates ordered.