**E-FILED**
Monday, 20 December, 2004  03:12:55 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| PFT ROBERSON, INC.,<br><br>    Plaintiff,<br>    Appellee/Cross-Appellant<br><br>v.<br><br>VOLVO TRUCKS NORTH AMERICA, INC., AND VOLVO TRANSPORTATION SERVICE N.A., INC.,<br><br>    Defendants,<br>    Appellants/Cross-Appellees. | Case No. 02-2096<br><br>The Honorable Judge Michael P. McCuskey, Presiding |

## PLAINTIFF'S MOTION TO WITHDRAW RECORD ON APPEAL

Plaintiff PFT ROBERSON, INC. (Roberson), by and through its attorney McDermott Will and Emery LLP, hereby moves as follows:

1.    Plaintiff-Appellee/Cross-Appellant Roberson moves this Court to withdraw the record in this case in order to prepare briefing on appeal.

WHEREFORE, Plaintiff PFT ROBERSON, INC. respectfully requests this court to withdraw the record on appeal.

Dated: December 20, 2004

PFT ROBERSON, INC.

By: _____
    One of Its Attorneys

Steven H. Hoeft, P.C.
Joseph G. Fisher
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606
(312) 372-2000

## CERTIFICATE OF SERVICE

I, Amy J. Carletti, an attorney, certify that on December 20, 2004, I caused a copy of the foregoing PLAINTIFF'S MOTION TO WITHDRAW RECORD ON APPEAL to be served via United States Mail first-class postage pre-paid upon the following:

TO:    Wayne F. Plaza
Charles A. LeMoine
Robert K. Villa
DYKEMA GOSSETT ROOKS PITTS, PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606-7407

William J. Brinkmann
Christopher Kanis
THOMAS MAMER & HAUGHEY
National City Bank Building
30 Main Street, 5th Floor
Champaign, Illinois 61820

_____
Amy J. Carletti