E-FILED
Monday, 27 December, 2004  12:22:23 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

December 27, 2004

Steven H Hoeft, Esq.
MCDERMOTT WILL & EMERY
31st Floor
227 W Monroe
Chicago, IL 60606-5096

Re: PFT Roberson v. Volvo Truck, No. 02-2096

Dear Mr. Hoeft:

The Appeal Record for the above captioned case is being sent to you under separate cover by UPS.  The Record consists of:

|     |     |
| --- | --- |
| 4   | volumes of pleadings |
| 12  | volumes of transcripts |
|     | volumes of depositions |
| 4   | loose pleadings |
|     | other |

Any trial exhibits in this case will be included in the record on appeal and sent to the Court of Apeals with the record.  They may be viewed by any party in the Clerk's office but are not allowed to be sent to attorneys, in accordance with FRAP 11(d).

If there are any sealed or **in camera** documents in this case, they will also accompany the record sent to the Court of Appeals.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,
s/ John M. Waters

JMW/mkt/enc.
This is to acknowledge receipt of the appeal Record on _____.

_____.