E-FILED
Friday, 18 February, 2005  03:15:38 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| PFT ROBERSON, INC., <br><br> Plaintiff, <br><br> v. <br><br> VOLVO TRUCK NORTH AMERICA, INC., and VOLVO TRANSPORTATION SERVICES N.A., INC., <br><br> Defendant. | Case No.  02-2096 |

**DEFENDANTS-APPELLANTS' MOTION TO WITHDRAW RECORD**

NOW COME Defendants-Appellants' VOLVO TRUCKS NORTH AMERICA, INC. ("Volvo Trucks") and VOLVO TRANSPORTATION SERVICES, N.A., INC. ("Volvo Service") (collectively herein "Volvo") by and through their attorneys Wayne F. Plaza, Charles A. LeMoine and Robert K. Villa of DYKEMA GOSSETT ROOKS PITTS, PLLC and William J. Brinkmann of THOMAS, MAMER & HAUGHEY, and move as follows:

1.    Defendants-Appellants' move to withdraw the record in this cause in order to prepare our reply brief on appeal, which is due on March 15, 2005.

WHEREFORE, Defendants' VOLVO TRUCKS NORTH AMERICA, INC. and VOLVO TRANSPORTATION SERVICES, N.A., INC., respectfully request leave to withdraw the record.

Respectfully submitted,

By: s/Robert K. Villa
One of the Attorneys for Defendants
Volvo Trucks North America, Inc

Wayne F. Plaza (Atty. No. 2218836)
(*Lead Counsel*)
Charles A. LeMoine (Atty. No. 6194888)
Robert K. Villa  (Atty. No. 6230453)
DYKEMA GOSSETT ROOKS PITTS, PLLC
10 South Wacker Drive - Suite 2300
Chicago, IL  60606-7407
(312) 876-1700

and

William J. Brinkmann
Christopher Kanis
Thomas Mamer & Haughey
National City Bank Building
30 Main Street, 5th Floor
Champaign, Illinois 61820

Dated: February 18, 2005

CHICAGO\2094574.1
ID\LKR