

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

February 18, 2005

William J Brinkmann
THOMAS MAMER & HAUGHEY
PO Box 560
Champaign, IL 61824-0560

Re: PFT Roberson v. Volvo Transportation, et al.   #02-2096

Dear Mr. Brinkmann:

Enclosed please find the Appeal Record for the above captioned case consisting of:

| | |
|---|---|
| ____4____ | volumes of pleadings |
| ____12____ | volumes of transcripts |
| _____ | volumes of depositions |
| ____4____ | loose pleadings |
| _____ | other |

Any trial exhibits in this case will be included in the record on appeal and sent to the Court of Appeals with the record. They may be viewed by any party in the Clerk's office but are not allowed to be sent to attorneys, in accordance with FRAP 11(d).

If there are any sealed or **in camera** documents in this case, they will also accompany the record sent to the Court of Appeals.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,

s/ John M. Waters

JMW/kjm/enc.


This is to acknowledge receipt of the appeal Record on ___2/18/05___