UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| PFT ROBERSON, INC.,<br><br>    Plaintiff,<br><br>        v.<br><br>VOLVO TRUCK NORTH AMERICA, INC., and VOLVO TRANSPORTATION SERVICES N.A., INC.,<br><br>    Defendant. | Case No.  02-2096 |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on February 18, 2005, we electronically filed the Defendant's Motion to Withdraw the Record with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William J Brinkmann    wjbrinkm@tmh-law.com

Joseph G Fisher    jfisher@mwe.com,

Christopher M Kanis    ckanis@tmh-law.com, joan@tmh-law.com

Charles A LeMoine    clemoine@dykema.com, lcrafton@dykema.com

Wayne F Plaza    wplaza@dykema.com, bdargelis@dykema.com

Jeffrey W Tock    jtock@htr-law.com, vbarton@htr-law.com

Robert K Villa    rvilla@dykema.com, rschultz@dykema.com

Additionally a copy was placed in the U.S. Mail before the time of 5:00 p.m., first-class postage pre-paid and sent to:

Steven H. Hoeft, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, Illinois 60606


S/Robert K. Villa

CHICAGO\2095107.1
ID\LKR