**DYKEMAGOSSETT**
**ROOKS | PITTS** PLLC

10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
WWW.DYKEMA.COM

Tel: (312) 876-1700
Fax: (866) 557-7775

**Robert K. Villa**
Direct Dial: (312) 627-2120
Email: RVILLA@DYKEMA.COM

March 22, 2005

Clerk, United State District Court
for the Central District of Illinois
Urbana Division
218 U.S. Courthouse
201 S. Vine Street
Urbana IL 61802

    Re: *Roberson v. Volvo*; Case No. 02-cv-2096

Dear Clerk:

    This letter is to confirm your telephone conversation with my paralegal, Kit Runion, in which she advised you that the 7th Circuit Appellate Court has authorized our retention of the record in the above referenced matter up to and including April 6, 2005 when our reply brief is due. We will forward the record in it's entirety to you on that date.

Sincerely,

**DYKEMA GOSSETT ROOKS PITTS** PLLC

S/Robert K. Villa

Robert K. Villa

RKV:lkr

cc:    Wayne F. Plaza
       William J. Brinkmann
       Joseph G. Fisher
       Charles LeMoine
       Jeffrey W. Tock
       Steven H. Hoeft