E-FILED
Thursday, 07 April, 2005  02:38:29 PM
Clerk, U.S. District Court, ILCD



# United States District Court
## Central District of Illinois

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

April 7, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE: PFT Roberson  v. Volvo
        D. C. Docket No. 02-2096
        U. S. C. A. Docket No. 04-3100 and 04-3232

Dear Mr. AgAgnello:

    I am sending you herewith the original record on appeal. It consists of the following:

    4     Volumes of Pleadings

   12     Volumes of Transcript

          Volumes of Depositions

    4     Volumes of Exhibits:

          Impounded Exhibits:

          Other (specify):

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

                          Very truly yours,

                          JOHN M. WATERS, CLERK

                          BY:  s/ M. Talbott
                              Deputy Clerk