# DykemaGossett
# Rooks | Pitts PLLC

CALIFORNIA | ILLINOIS | MICHIGAN | WASHINGTON D.C.

10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
WWW.DYKEMA.COM

Tel: (312) 876-1700
Fax: (866) 749-9964

Direct Dial: (312) 627-2116
Email: KRUNION@DYKEMA.COM

April 5, 2005

Overnight Courier/Mail

Clerk, United States District Court
For the Central District of Illinois
URBANA DIVISION
218 U.S. Courthouse
201 S. Vine Street
Urbana IL 61802

**FILED**

APR - 6 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Re:  Roberson v. Volvo; Case No. 02-2096

Dear Clerk:

Enclosed please find the 12 volumes of transcripts, 4 volumes of pleadings and 4 loose pleadings comprising the record of the above-referenced matter. Please note that the transcript of the September 25, 2003 pre-trial hearing has not previously been included either time that we have requested the withdrawal of the record.

On August 27, 2004 we filed our Transcript Order requesting that the pretrial hearing of September 25, 2003 be included with the record. I have attached a copy for your convenience. The inclusion of this transcript with the record to the Seventh Circuit Court of Appeals would be great appreciated.

As always, thank you for your assistance.

Sincerely,

*L. Kit Runion*

L. Kit Runion
Legal Specialist

LKR:lkr

cc:   Robert K. Villa

**FILED**

**AUG 27 2004**

| AO 435 (Rev. 1/90) Read Instructions on Back: | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| | **TRANSCRIPT ORDER** | JOHN M. WATERS, Clerk DUE DATE U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS URBANA, IL |

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Robert K. Villa - Dyllena Gossett Rooks Pitts | (312) 876-1700 | August 26, 2004 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 10 S. Wacker Drive - 23rd Floor | Chicago | IL | 60606 |

| 8. CASE NUMBER | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS |  |
|---|---|---|---|
| 02-2096 | | 10. FROM | 11. TO |

| 12. CASE NAME | | LOCATION OF PROCEEDINGS | |
|---|---|---|---|
| PPT Roberson v. Volvo Trucks et al. | 13. CITY URBANA | | 14. STATE IL |

15. ORDER FOR
- (X) APPEAL
- ( ) NON-APPEAL
- ( ) CRIMINAL
- (X) CIVIL
- ( ) CRIMINAL JUSTICE ACT
- ( ) IN FORMA PAUPERIS
- ( ) BANKRUPTCY
- ( ) OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ( ) VOIR DIRE | | ( ) TESTIMONY (Specify Witness) | |
| ( ) OPENING STATEMENT (Plaintiff) | 12/8/03 | All Witnesses | 12/8/03 - 12/12/03 |
| ( ) OPENING STATEMENT (Defendant) | 12/8/03 | | |
| ( ) CLOSING ARGUMENT (Plaintiff) | 12/15/03 | ( ) PRE-TRIAL PROCEEDING (Spcy) | |
| ( ) CLOSING ARGUMENT (Defendant) | 12/15/03 | Pretrial hearings | 9/25/03 |
| ( ) OPINION OF COURT | 12/15/03 | | 11/14/03 |
| ( ) JURY INSTRUCTIONS | | ( ) OTHER (Specify) | |
| ( ) SENTENCING | | | |
| ( ) BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ( ) | ( ) | NO. OF COPIES | | |
| EXPEDITED | ( ) | ( ) | NO. OF COPIES | | |
| DAILY | ( ) | ( ) | NO. OF COPIES | | |
| HOURLY | ( ) | ( ) | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE  [signature]

19. DATE  August 26, 2004

ESTIMATE TOTAL

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY                    COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE |

(Previous editions of this form may still be used)

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY