

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

April 7, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

U.S.C.A. — 7th Circuit
RECEIVED
APR 1 1 2005 DW
GINO J. AGNELLO
CLERK

FILED
APR 18 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

RE: PFT Roberson  v. Volvo
D. C. Docket No. 02-2096
U. S. C. A. Docket No. 04-3100 and 04-3232

Dear Mr. AgAgnello:

I am sending you herewith the original record on appeal. It consists of the following:

| | |
|---|---|
| 4 | Volumes of Pleadings |
| 12 | Volumes of Transcript |
|  | Volumes of Depositions |
| 4 | Volumes of Exhibits: |
|  | Impounded Exhibits: |
|  | Other (specify): |

04-3100  U.S.C.A. — 7th Circuit
FILED
4LOOSE
APR 1 1 2005 SK
04-3232  GINO J. AGNELLO
CLERK
04-3841  1846911-1
04-3877

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

ON A143
APR 1 1

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/ M. Talbott
    Deputy Clerk