# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## AMENDED JUDGMENT IN A CIVIL CASE

**PFT ROBERSON, INC.,**
       **Plaintiff,**

     vs.                                                                      Case Number:   **02-2096**

**VOLVO TRUCKS NORTH AMERICA, INC.,
and VOLVO TRANSPORTATION SERVICES, N.A., INC.,**
       **Defendants.**

☐ **DECISION BY THE COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff.

                                                 ENTER this 28th day of September, 2005.

                                                              s/ John M. Waters
                                                         JOHN M. WATERS, CLERK

                                                              s/ M. Talbott
                                                      BY:  DEPUTY CLERK