E-FILED
Wednesday, 23 May, 2007  12:35:24 PM
Clerk, U.S. District Court, ILCD



JOHN M. WATERS
CLERK OF COURT

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

May 23, 2007

Jeffrey W. Tock
HARRINGTON TOCK & ROYCE
Suite 601
201 W Springfield Ave.
P. O. Box 1550
Champaign, IL 61824-1550

Joseph G. Fisher or
Robert S. O'Meara or
Steven H. Hoeft
MCDERMOTT WILL & EMERY
31st Floor
227 W Monroe
Chicago, IL 60606-5096

Charles A. LeMoine or
Robert K. Villa or
Wayne F. Plaza
DYKEMA GOSSETT ROOKS PITTS PLLC
Suite 2300
10 S Wacker Dr.
Chicago, IL 60606

Christopher M. Kanis or
William J. Brinkmann
THOMAS MAMER & HAUGHEY
P O Box 560
Champaign, IL 61824-0560

RE: PTF ROBERSON INC v VOLVO TRUCK N AMERICA INC, ET AL
CASE NO. 02-2096

Dear Counsel of Record:

The Clerk of the U. S. District Court has in its possession **volume one (1) of plaintiff's exhibits** 3, 4, 10, 22, 23, 24, 25, 26, 27, 31, 32, 33, 35, 36, 41, 44, 47, 50, 51, 54,56,61,73,75, 76, 79, 82, 85, 86, 97, 105, 106, 108, 113, 118, 123, 124, 125, 126, 129, 134, 137, 139, 141, 146, 147, 154, 156, 159, 161, 164, 165, 166, 171, 183, 185, 186, 191, 206, 224, 237, 238, 239, 240,245; **volume two (2) of defendant's exhibits** 3, 4,12, 23A, 47, 61, 66, 116, 120, 138, 139, 142, 172, 207,217A; **volume three (3) of joint exhibits** 1, 2, 3, 4, 6, 7, 8, 10, 11, 14, 15, 17, 18, 22, 25, 27, 28, 34; and **defendant's exhibit** 216.

If you wish to have these exhibits returned to you, please notify the Clerk within ten (10) working days, by **June 7, 2007.** If the Clerk has not heard from you by that deadline, the exhibits will be shredded by the Clerk.

        Sincerely,

        s/John M. Waters
        JOHN M. WATERS, CLERK
        U. S. DISTRICT COURT

JMW/vlb